UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

PHOENIX LIGHT SF LIMITED, in its own right and in the right of BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XIV LTD., and C-BASS CBO XVII LTD., and each of BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED, in their own right.,

:   Index No. 14-cv-10116

         Plaintiffs,

   -against-

U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, NA,

         Defendants.

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

      Please enter my appearance in the above-captioned case as an additional attorney of record for Plaintiffs. I kindly request receipt of electronic ECF notifications in this matter.

      I certify that I am admitted to practice in this Court.

                                               /s/  William A. Maher

                                   William A. Maher
                                   WOLLMUTH MAHER & DEUTSCH LLP
                                   500 Fifth Avenue
                                   New York, New York 10110

Phone: (212) 382-3300
Fax: (212) 382-0050
wmaher@wmd-law.com

*Attorneys for Plaintiffs*