

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PHOENIX LIGHT SF LIMITED, et al.,

        Plaintiff,

-against-

U.S. BANK NATIONAL ASSOCIATION, AND
BANK OF AMERICA, NA,

        Defendants.
----------------------------------------------------------------X

Civil Action No. 14 CV 10116

AFFIDAVIT OF SERVICE

STATE OF OHIO      )
        S.S.:
COUNTY OF HAMILTON  )

      **JACK R. LATHAM, JR.**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 30th day of December, 2014, at approximately 2:15 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, RELATED CASE STATEMENT, INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES OF UNITED STATES DISTRICT JUDGE KATHERINE B. FORREST, AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon **U.S. BANK NATIONAL ASSOCIATION** at 425 Walnut Street, Cincinnati, OH, by personally delivering and leaving the same with **JORDAN MORAN**, who informed deponent that she is a Personal Banker and is authorized by appointment to receive service at that address.

      **JORDAN MORAN** is a white female, approximately 25 years of age, stands approximately 5 feet 5 inches tall, and weighs approximately 155 pounds with brown hair and brown eyes.

_____
JACK R. LATHAM, JR.

Sworn to before me this
31st day of December, 2014

_____
NOTARY PUBLIC

CELINE M. ESTILL
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Clermont County
My Comm. Exp. 7/11/15

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com