UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX LIGHT SF LIMITED, et. al.<br><br>   Plaintiffs,<br><br>  v.<br><br>U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, N.A.<br><br>   Defendant. | Case No. 14-cv-10116-UA<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

PLEASE TAKE NOTICE that Lee M. Pollack, who is admitted to practice in this Court, enters his appearance in this matter as counsel for Defendant U.S. Bank National Association.

Dated: New York, New York  
   January 7, 2015

Respectfully submitted,

By: /s/ Lee M. Pollack  
  Lee M. Pollack  
  JONES DAY  
  222 East 41st Street  
  New York, NY 10017-6702  
  (212) 326-3939  
  lmpollack@jonesday.com  
  *Attorney for Defendant U.S. Bank National Association*

## CERTIFICATE OF SERVICE

I, Lee M. Pollack, certify that on January 7, 2014, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

    /s/ Lee M. Pollack