```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHOENIX LIGHT SF LIMITED, in its own right   :
and in the right of BLUE HERON FUNDING VI    :
LTD., BLUE HERON FUNDING VII LTD.,           :
KLEROS PREFERRED FUNDING V PLC,              :    Index No. 14-cv-10116 (KBF)
SILVER ELMS CDO PLC, SILVER ELMS CDO         :
II LIMITED, C-BASS CBO XIV LTD., and         :
C-BASS CBO XVII LTD., and each of BLUE       :
HERON FUNDING VI LTD., BLUE HERON            :
FUNDING VII LTD., KLEROS PREFERRED           :
FUNDING V PLC, SILVER ELMS CDO PLC           :
and SILVER ELMS CDO II LIMITED, in their     :
own right,                                   :
                                             :
                       Plaintiffs,           :
                                             :
       - against -                           :
                                             :
U.S. BANK NATIONAL ASSOCIATION,              :
and BANK OF AMERICA, NA,                     :
                                             :
                       Defendants.           :
                                             :
------------------------------------------------------------X
```

## BANK OF AMERICA, NA'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bank of America, NA ("BANA") by and through its undersigned counsel, hereby certifies that:

1. BANA is an indirect, wholly-owned subsidiary of Bank of America Corporation ("BAC").

2. BAC is a publicly held corporation whose shares are traded on the New York Stock Exchange.

3. BAC has no parent corporation, and no publicly held corporation owns 10% or more of its shares.

Dated: New York, New York
January 8, 2015

Respectfully Submitted,

SIDLEY AUSTIN LLP

By: /s/ Isaac S. Greaney
Isaac S. Greaney
igreaney@sidley.com
Jon W. Muenz
jmuenz@sidley.com
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Counsel for Defendant Bank of America, NA*