UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

PHOENIX LIGHT SF LIMITED, in its own right and in the right of BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XIV LTD., and C-BASS CBO XVII LTD., and each of BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED, in their own right,

Plaintiffs,

- against -

U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, NA,

Defendants.

------------------------------------------------------------------------ X

Index No. 14-cv-10116 (KBF)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Jon Muenz, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant Bank of America, NA. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
      January 8, 2015

SIDLEY AUSTIN LLP

By: /s/ Jon W. Muenz
    Jon W. Muenz
    787 Seventh Avenue
    New York, New York 10019
    Tel: (212) 839-5300
    Fax: (212) 839-5599
    jmuenz@sidley.com

*Attorneys for Defendant*
*Bank of America, NA*