UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHOENIX LIGHT SF LIMITED, et. al.

    Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION and
BANK OF AMERICA, N.A.

    Defendants.

Case No. 14-cv-10116-KBF
(Rel. 12-cv-02865-KBF)

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that U.S. Bancorp, a public corporation, is the corporate parent of Defendant U.S. Bank National Association and owns 100% of U.S. Bank National Association's stock.

Dated: January 8, 2015

/s/ Lee M. Pollack
Lee M. Pollack
lmpollack@jonesday.com
JONES DAY
222 E. 41st Street
New York, NY 10017
Tel: (212) 326-3939
Fax: (212) 755-7306

David F. Adler (pro hac vice pending)
dfadler@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio, 44114
Tel: (216) 586-3939
Fax: (216) 579-0212

Mathew A. Martel (pro hac vice forthcoming)
mmartel@jonesday.com
Michael T. Marcucci (pro hac vice pending)
mmarcucci@jonesday.com
100 High Street
21st Floor
Boston, MA 02110-1781
Tel: (617) 960-3939
Fax: (617) 449-6999

*Attorneys for Defendant U.S. Bank National Association*

# CERTIFICATE OF SERVICE

I, Lee M. Pollack, certify that on January 8, 2015, I caused the foregoing Rule 7.1 Disclosure Statement of U.S. Bank National Association to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

    /s/ Lee M. Pollack