USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____ **JAN 0 8 2015**
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHOENIX LIGHT SF LIMITED, et. al.

Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION and
BANK OF AMERICA, N.A.

Defendant.

Case No. 14-cv-10116-UA

## ORDER FOR ADMISSION
## PRO HAC VICE

The motion of David F. Adler, for admission to practice Pro Hac Vice in the above
captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the states of

Ohio and New York; and that his contact information is as follows:

Applicant's Name: David F. Adler

Firm Name: Jones Day

Address: 901 Lakeside Avenue

City / State / Zip: Cleveland, Ohio 44114-1190

Telephone / Fax: 1.216.586.3939 / 1.216.579.0212

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Defendant U.S. Bank National Association in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: 1/8/15

_____

United States District /~~Magistrate Judge~~