USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 8 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHOENIX LIGHT SF LIMITED, et. al.

    Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION and
BANK OF AMERICA, N.A.

    Defendant.

Case No. 14-cv-10116-UA

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Michael T. Marcucci, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Massachusetts; and that his contact information is as follows:

    Applicant's Name: Michael T. Marcucci

    Firm Name: Jones Day

    Address: 100 High Street, 21st Floor

    City / State / Zip: Boston, MA 02110-1781

    Telephone / Fax: 1.617.960.3939 / 1.617.449.6999

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant U.S. Bank National Association in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: 1/8/15

K. B. Fox

United States District ~~/ Magistrate Judge~~