**Exhibit A**

| **Trust** | **Short Title** | **Depositor** | **Sponsor** |
|---|---|---|---|
| Bayview Financial Mortgage Pass-Through Trust 2006-B | BAYV 2006-B | Bayview Financial Securities Company, LLC | Bayview Financial, L.P. |
| C-BASS 2005-CB3 Trust | CBASS 2005-CB3 | Merrill Lynch Mortgage Investors, Inc. | Credit-Based Asset Servicing and Securitization LLC |
| C-BASS 2006-CB2 Trust | CBASS 2006-CB2 | Bond Securitization, LLC | Credit-Based Asset Servicing and Securitization LLC |
| C-BASS 2006-CB4 Trust | CBASS 2006-CB4 | Merrill Lynch Mortgage Investors, Inc. | Credit-Based Asset Servicing and Securitization LLC |
| Securitized Asset Backed Receivables LLC Trust 2006-CB5 | CBASS 2006-CB5 | Securitized Asset Backed Receivables LLC | Credit-Based Asset Servicing and Securitization LLC |
| C-BASS 2006-CB6 Trust | CBASS 2006-CB6 | Asset Backed Funding Corporation | Credit-Based Asset Servicing and Securitization LLC |
| Chevy Chase Funding LLC Trust, Series 2006-1 | CCMFC 2006-1 | Chevy Chase Funding LLC | Chevy Chase Funding LLC |
| Chevy Chase Funding LLC Trust, Series 2006-2 | CCMFC 2006-2 | Chevy Chase Funding LLC | Chevy Chase Funding LLC |
| CitiMortgage Alternative Loan Trust, Series 2006-A7 | CMALT 2006-A7 | Citicorp Mortgage Securities, Inc. | CitiMortgage, Inc. |
| CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-1 | CSAB 2006-1 | Credit Suisse First Boston Mortgage Securities Corporation | DLJ Mortgage Capital, Inc. |
| GSAMP Trust 2006-HE2 | GSAMP 2006-HE2 | GS Mortgage Securities Corporation | Credit-Based Asset Servicing and Securitization LLC |

**Exhibit A**

| | | | |
|---|---|---|---|
| GSAMP Trust 2006-HE3 | GSAMP 2006-HE3 | GS Mortgage Securities Corporation | Goldman Sachs Mortgage Company |
| GSAMP Trust 2006-HE5 | GSAMP 2006-HE5 | GS Mortgage Securities Corporation | Goldman Sachs Mortgage Company |
| GSAMP Trust 2006-HE6 | GSAMP 2006-HE6 | GS Mortgage Securities Corporation | Credit-Based Asset Servicing and Securitization LLC |
| GSAMP Trust 2006-NC1 | GSAMP 2006-NC1 | GS Mortgage Securities Corporation | Credit-Based Asset Servicing and Securitization LLC |
| J.P. Morgan Alternative Loan Trust 2007-A2 | JPALT 2007-A2 | J.P. Morgan Acceptance Corporation I | J.P. Morgan Mortgage Acquisition Corp. |
| Morgan Stanley Mortgage Loan Trust 2006-12XS | MSM 2006-12XS | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| Morgan Stanley Mortgage Loan Trust 2006-13ARX | MSM 2006-13ARX | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| Morgan Stanley Mortgage Loan Trust 2006-16AX | MSM 2006-16AX | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| Morgan Stanley Mortgage Loan Trust 2006-6AR | MSM 2006-6AR | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| Morgan Stanley Mortgage Loan Trust 2006-9AR | MSM 2006-9AR | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| Morgan Stanley Mortgage Loan Trust 2007-1XS | MSM 2007-1XS | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| Morgan Stanley Mortgage Loan Trust 2007-2AX | MSM 2007-2AX | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| Morgan Stanley Mortgage Loan Trust 2007-5AX | MSM 2007-5AX | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| Morgan Stanley Mortgage Loan Trust 2007-7AX | MSM 2007-7AX | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| Ownit Mortgage Loan Trust, Series 2006-3 | OWNIT 2006-3 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |

**Exhibit A**

| | | | |
|---|---|---|---|
| Ownit Mortgage Loan Trust, Series 2006-4 | OWNIT 2006-4 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| Ownit Mortgage Loan Trust, Series 2006-5 | OWNIT 2006-5 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| WaMu Mortgage Pass-Through Certificates Series 2006-AR17 Trust | WAMU 2006-AR17 | WaMu Asset Acceptance Corp. | Washington Mutual Bank |
| Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2005-6 Trust | WMALT 2005-6 | Washington Mutual Mortgage Securities Corp. | Washington Mutual Bank |
| Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2005-9 Trust | WMALT 2005-9 | Washington Mutual Mortgage Securities Corp. | Washington Mutual Mortgage Securities Corp. |
| Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR8 Trust | WMALT 2006-AR8 | WaMu Asset Acceptance Corp. | Washington Mutual Mortgage Securities Corp. |
| Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9 Trust | WMALT 2006-AR9 | WaMu Asset Acceptance Corp. | Washington Mutual Mortgage Securities Corp. |
| Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2007-OA2 Trust | WMALT 2007-OA2 | WaMu Asset Acceptance Corp. | Washington Mutual Bank |