```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 6, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

| | | |
|---|---|---|
| BLACKROCK ALLOCATION TARGET SHARES: SERIES S PORTFOLIO et al., | : | |
| Plaintiffs, | : | |
| -v- | : | 14-cv-9401 (KBF) |
| U.S. BANK NATIONAL ASSOCIATION, | : | |
| Defendant, | : | |
| THE TRUSTS IDENTIFIED IN EXHIBIT 1, | : | |
| Nominal defendant. | : | |

------------------------------------------------------------------ X

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD as Liquidating Agent of U.S. Central Federal Credit Union et al., | : | |
| Plaintiffs, | : | |
| -v- | : | 14-cv-9928 (KBF) |
| U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, NA, | : | |
| Defendants. | : | |

------------------------------------------------------------------ X

| | | |
|---|---|---|
| PHOENIX LIGHT SF LIMITED et al., | : | |
| Plaintiffs, | : | |
| -v- | : | 14-cv-10116 (KBF) |
| U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, NA, | : | <u>ORDER</u> |
| Defendants. | : | |

------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

Not later than **Friday, February 13, 2015**, the parties in the above-captioned actions shall set forth their views as to whether plaintiffs' Trust Indenture Act ("TIA") claims are subject to dismissal under the Second Circuit's decision in <u>Ret. Bd. of the Policemen's Annuity & Ben. Fund of the City of Chicago v. Bank of New York Mellon</u>, No. 13-1776-CV, 2014 WL 7272269 (2d Cir. Dec. 23, 2014).  The Court would like to understand whether the complaints should be amended to remove the TIA claims.  The Court is not seeking full briefing on the issue—just the parties' views with some reasoning.

SO ORDERED.

Dated:     New York, New York
           February 6, 2015

*[signature: K. B. Forrest]*

_____
KATHERINE B. FORREST
United States District Judge