USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 9 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX LIGHT SF LIMITED in its own right and in the right of BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XIV LTD., and each of BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, and SILVER ELMS CDO II LIMITED, in their own right,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, and BANK OF AMERICA, NA,<br><br>Defendants. | Civil Action No. 14-cv-10116 (KBF)<br><br>**ORDER FOR ADMISSION PRO HAC VICE FOR JACOB S. KREILKAMP** |

This motion of Jacob S. Kreilkamp for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the States of California and New York; and that his contact information is as follows:

> Jacob S. Kreilkamp
> Munger, Tolles & Olson LLP
> 355 South Grand Ave., 35th Floor
> Los Angeles, CA 90071
> Phone: (213) 683-9260
> Facsimile: (213) 593-2960
> Email: Jacob.Kreilkamp@mto.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Bank of America, N.A. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 9, 2015

_____
Honorable Katherine B. Forrest
United States District Judge