MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

RONALD L. OLSON†
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
STEPHEN M. KRISTOVICH
JOHN W. SPIEGEL
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
KATHLEEN M. McDOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
PATRICK J. CAFFERTY, JR.
JAY M. FUJITANI
O'MALLEY M. MILLER
SANDRA A. SEVILLE-JONES
MARK H. EPSTEIN
HENRY WEISSMANN
KEVIN S. ALLRED
BART H. WILLIAMS
JEFFREY A. HEINTZ
JUDITH T. KITANO
KRISTIN LINSLEY MYLES
MARC T.G. DWORSKY
JEROME C. ROTH
STEPHEN D. ROSE
JEFFREY L BLEICH
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
DANIEL P. COLLINS
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
MARY ANN TODD
MICHAEL J. O'SULLIVAN
KELLY M. KLAUS
DAVID B. GOLDMAN
KEVIN S. MASUDA
HOJOON HWANG

†A PROFESSIONAL CORPORATION

PETER A. DETRE
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
GREGORY J. WEINGART
TAMERLIN J. GODLEY
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
MARK H. KIM
BRETT J. RODDA
SEAN ESKOVITZ
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
RANDALL G. SOMMER
MARIA SEFERIAN
MANUEL F. CACHÁN
ROSEMARIE T. RING
TODD J. ROSEN
TRUC T. DO
MELINDA EADES LeMOINE
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
KATHERINE KU
HAILYN J. CHEN
BETHANY W. KRISTOVICH
SUSAN R. SZABO
KIMBERLY A. CHI
JACOB S. KREILKAMP
ERIC P. TUTTLE
HEATHER E. TAKAHASHI
KEITH R.D. HAMILTON, II
SORAYA C. KELLY
JEFFREY Y. WU
ALISSA BRANHAM
ADAM R. LAWTON
JENNY H. HONG
AARON SEIJI LOWENSTEIN
LAURA D. SMOLOWE
MATTHEW A. MACDONALD
MARGARET G. MARASCHINO

ESTHER H. SUNG
BENJAMIN J. MARO
MICHAEL J. MONGAN
KYLE A. CASAZZA
ERIN J. COX
CLAIRE YAN
ALLISON S. WOODS
JESLYN A. MILLER
MARK R. SAYSON
CHRISTIAN K. WREDE
PETER E. GRATZINGER
ANJAN CHOUDHURY
JEREMY A. LAWRENCE
BENJAMIN E. FRIEDMAN
CHRISTOPHER M. LYNCH
RAY S. SEILIE
NICHOLAS C. SOLTMAN
ADAM I. KAPLAN
AMELIA L.B. SARGENT
KENNETH M. TRUJILLO-JAMISON
BRYAN H. HECKENLIVELY
LAURA WIRTH
JASMINE M. ROBERTS
JENNIFER A. JONES
LAURA K. LIN
KYLE W. MACH
JEFFREY M. OSOFSKY
GREGORY M. SERGI
ACHYUT J. PHADKE
DAVID A. TAYLOR
TINA W. ARROYO
MARI OVERBECK
JESSE MAX CREED
JOHN M. GILDERSLEEVE
ERIC K. CHIU
SARAH L. GRAHAM
JESSICA BARCLAY-STROBEL
ZACHARY M. BRIERS
JENNIFER M. BRODER
CHRISTINA P. MONIODIS
JOHN P. MITTELBACH
SARAH GARBER
SAMUEL T. GREENBERG
CAROLINE M. McKAY
EMILY B. VIGLIETTA
WILLIAM J. EDELMAN
KEVIN L. BRADY
EMILY R.D. MURPHY
ELLEN MEDLIN RICHMOND

NICOLE S. PHILLIS
JORDAN D. SEGALL
DANIEL J. HARRIS
VICTORIA A. DEGTYAREVA
WESLEY T.L. BURRELL
CHRISTA L. CULVER
ANYA J. GOLDSTEIN
KAREN A. LORANG
KURUVILLA J. OLASA
KEVIN H. SCOTT
JUSTIN P. RAPHAEL
HANNAH E. SHEARER
ELIA HERRERA
ROBERT W. GRAY, JR.
THOMAS P. CLANCY
JOSHUA PATASHNIK
ERIC C. TUNG
GUHA KRISHNAMURTHI
JOSHUA S. MELTZER
SARA E. CROLL
ANDREW G. PROUT
THANE REHN
ADAM B. WEISS
ROSE LEDA EHLER
AMY L. GREYWITT
ANDREW Z. WOLSTAN
NASSIM NAZEMI

OF COUNSEL

RICHARD D. ESBENSHADE†
ROBERT K. JOHNSON†
ALAN V. FRIEDMAN†
RONALD K. MEYER
ALLISON B. STEIN
SUSAN E. NASH
WILLIANA CHANG
MIRANDA KANE
BRAD SCHNEIDER

E. LEROY TOLLES
(1922-2008)

February 13, 2015

WRITER'S DIRECT CONTACT
(213) 683-9260
(213) 593-2960 FAX
jacob.kreilkamp@mto.com

***<u>VIA ECF</u>***

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: <u>National Credit Union Administration Board, et al. v. U.S. Bank National Association, et al.</u>
Case No. 14-cv-9928

<u>Phoenix Light SF Limited, et al. v. U.S. Bank National Association, et al.</u>
Case No. 14-cv-10116

(Rel. 12-cv-2865-KBF)

Your Honor:

I write on behalf of Bank of America, N.A. ("BANA"), defendant in the above-captioned *National Credit Union Administration* ("*NCUA*") and *Phoenix Light SF Limited* ("*Phoenix Light*") actions, in response to the Court's February 6, 2013 Order requesting the parties' views as to whether plaintiffs' Trust Indenture Act ("TIA") claims are subject to dismissal under the Second Circuit's decision in *Ret. Bd. of the Policemen's Annuity & Ben. Fund of the City of Chicago v. Bank of New York Mellon*, No. 13-1776-CV, 775 F.3d 154 (2d Cir. 2014) ("*BNYM*").

MUNGER, TOLLES & OLSON LLP

Hon. Katherine B. Forrest
February 13, 2015
Page 2

  It is BANA's view that, under *BNYM*, plaintiffs' TIA claims as to all of the trusts at issue in *NCUA* and *Phoenix Light* are subject to dismissal. *NCUA* and *Phoenix Light* assert claims against BANA on two kinds of trusts: (1) New York common law trusts created by Pooling and Servicing Agreements ("New York PSA Trusts"); and (2) Delaware statutory trusts that issue certificates pursuant to PSAs (or Transfer and Servicing Agreements) ("Delaware PSA Trusts"). Under *BNYM*, the TIA does *not* apply to New York PSA Trusts or the Delaware PSA Trusts. Indeed, plaintiffs have conceded that their TIA claims on the Delaware and New York PSA Trusts are subject to dismissal. *See NCUA* Amended Complaint at ¶ 15 n.2 ("In its [*BNYM*] order, the Second Circuit held that residential mortgage-backed securities ('RMBS') certificates issued pursuant to pooling and servicing agreements ('PSAs') are not covered by the TIA because they fall under TIA § 304(a)(2), which exempts 'any certificate of interest or participation in two or more securities having substantially different rights and privileges.' 15 U.S.C. § 77ddd(a)(2). Plaintiffs have kept their TIA claims in this Amended Complaint to preserve their appellate rights.").

  BANA also believes that the complaints should be amended to remove the TIA claims and all allegations based upon those claims. The TIA allegedly imposes duties beyond those assumed by BANA as Trustee under the governing agreements for each trust, but numerous allegations throughout the complaints conflate alleged TIA duties with alleged contract duties. This lack of clarity will impede defendants' responses to the complaints, and may present challenges for the Court in evaluating motions to dismiss. Accordingly, BANA respectfully requests that the Court order plaintiffs to amend the complaints in *NCUA* and *Phoenix Light* to excise the TIA claims and all allegations regarding the duties that plaintiffs claim the TIA imposes.

            Very truly yours,

            Jacob S. Kreilkamp

cc:  All counsel of Record (by CM/ECF)

25775777.1