UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKROCK ALLOCATION TARGET SHARES, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION<br>       Defendant. | Case No. 14-cv-9401-KBF<br>(Rel. 12-cv-02865-KBF) |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union,<br><br>       Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION, and BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>       Defendants. | Case No. 14-cv-9928-KBF<br>(Rel. 12-cv-02865-KBF) |
| PHOENIX LIGHT SF LIMITED, et. al.<br><br>       Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, N.A.<br>       Defendants. | Case No. 14-cv-10116-KBF<br>(Rel. 12-cv-02865-KBF) |

**NOTICE OF APPEARANCE OF ANDREW S. KLEINFELD**

PLEASE TAKE NOTICE that Andrew S. Kleinfeld, who is admitted to practice in this Court, enters his appearance in the above-captioned matters as counsel for Defendant U.S. Bank National Association.

Dated: New York, New York
February 26, 2015

Respectfully submitted,

By: /s/ Andrew S. Kleinfeld
Andrew S. Kleinfeld
JONES DAY
222 East 41st Street
New York, NY 10017-6702
(212) 326-3939
askleinfeld@jonesday.com
*Attorney for Defendant U.S. Bank National Association*

## **CERTIFICATE OF SERVICE**

I, Andrew S. Kleinfeld, certify that on February 26, 2015, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

                                                   /s/ Andrew S. Kleinfeld