UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHOENIX LIGHT SF LIMITED, in its own right and in the right of BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XIV LTD., and C-BASS CBO XVII LTD., and each of BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED, in their own right.,

Plaintiffs,

-against-

U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, NA,

Defendants.

Index No. 14-cv-10116 (KBF)
(Rel. 12-cv-2865-KBF)

---

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Please enter my appearance in the above-captioned case as an additional attorney of record for Plaintiffs. I kindly request receipt of electronic ECF notifications in this matter.

I certify that I am admitted to practice in this Court.

Dated: New York, New York         Respectfully submitted,
      February 26, 2015

                                 By:    */s/ Danielle A. D'Aquila*
                                          Danielle A. D'Aquila
                                          WOLLMUTH MAHER & DEUTSCH LLP
                                          500 Fifth Ave
                                          New York, New York 10110
                                          Phone: (212) 382-0050
                                          Fax: (212) 382-0050
                                          ddaquila@wmd-law.com

                                          *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, Danielle A. D'Aquila, certify that on February 26, 2015, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

                                                                       */s/ Danielle A. D'Aquila*