UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x

PHOENIX LIGHT SF LIMITED, in its own right and in the right of BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XIV LTD., and C-BASS CBO XVII LTD., and each of BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED, in their own right,

   Plaintiffs,

 v.

U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, NA,

   Defendants.

---------------------------------------------------------------------------- x

No. 14-cv-10116 (KBF)
(Rel. 12-cv-2865-KBF)

ECF CASE

**DEFENDANTS' NOTICE OF JOINT MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)&(6)**

**PLEASE TAKE NOTICE** that, upon the Declaration of Jacob S. Kreilkamp, executed on February 27, 2015, and the exhibits thereto; the accompanying Memorandum of Law, dated February 27, 2015; and all prior pleadings and proceedings herein, defendants Bank of America, N.A. and U.S. Bank National Association move this Court, before the Honorable Katherine B. Forrest, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York, as soon as counsel may be heard, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing Plaintiffs' Complaint for lack of subject matter jurisdiction and failure to state a claim.

Dated: February 27, 2015                                    Respectfully submitted,

| BANK OF AMERICA, N.A. | U.S. BANK NATIONAL ASSOCIATION |
|---|---|
| By its attorneys | By its attorneys |
| /s/ Jacob S. Kreilkamp | /s/ David F. Adler |
| Marc T. G. Dworsky | David F. Adler (*pro hac vice*) |
| James C. Rutten (*pro hac vice forthcoming*) | JONES DAY |
| Jacob S. Kreilkamp (*pro hac vice*) | North Point |
| MUNGER, TOLLES & OLSON LLP | 901 Lakeside Avenue |
| 355 South Grand Avenue, 35th Floor | Cleveland, OH  44114 |
| Los Angeles, CA  90071 | Tel: 216.586.3939 |
| Tel:. 213.683.9260 | dfadler@jonesday.com |
| marc.dworsky@mto.com | |
| james.rutten@mto.com | |
| jacob.kreilkamp@mto.com | |
| | |
| Isaac S. Greaney | Michael T. Marcucci (*pro hac vice*) |
| Jon W. Muenz | JONES DAY |
| SIDLEY AUSTIN LLP | 100 High Street |
| 787 Seventh Avenue | Boston, MA  02110 |
| New York, NY  10019 | Tel: 617.960.3939 |
| Tel: 212.839.7324 | mmarcucci@jonesday.com |
| igreaney@sidley.com | |
| jmuenz@sidley.com | |
| | |
| David F. Graham (*pro hac vice*) | Andrew S. Kleinfeld |
| Frank J. Favia, Jr. (*pro hac vice*) | JONES DAY |
| SIDLEY AUSTIN LLP | 222 East 41st Street |
| One South Dearborn | New York, NY  10017-6702 |
| Chicago, IL 60603 | Tel: 212.326.3939 |
| Tel: 312.853.7000 | askleinfeld@jonesday.com |
| dgraham@sidley.com | |
| ffavia@sidley.com | |
| | |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| *Bank of America, N.A.* | *U.S. Bank National Association* |