```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 11, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
PHOENIX LIGHT SF LIMITED et al.,                                   :
:
                 Plaintiffs,           :     14-cv-10116 (KBF)
:
           -v-                                           :     ORDER
:
U.S. BANK NATIONAL ASSOCIATION and                                 :
BANK OF AMERICA, NA,                                               :
:
                 Defendants.          :
:
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

      Plaintiffs shall provide hard copies of any Asset Purchase Agreements (or "similar agreements") they assert are relevant to establishing standing not later than February 16, 2016 at 5 p.m. (The Court assumes that plaintiffs have these and that they are readily available if you could get them to Chambers today, all the better. Bring them directly to Room 1950, not to the mailroom.)

      SO ORDERED.

Dated:     New York, New York
             February 11, 2016

                                                                     _____
                                                                     KATHERINE B. FORREST
                                                                  United States District Judge