**Exhibit A**

|  | **Trust** | **Short Title** | **Depositor** | **Sponsor** |
|---|---|---|---|---|
| 1 | Asset Backed Securities Corporation Home Equity Loan Trust, Series AEG 2006-HE1 | ABSHE 2006-HE1 | Asset Backed Securities Corporation | DLJ Mortgage Capital, Inc. |
| 2 | Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 | ABSHE 2006-HE2 | Asset Backed Securities Corporation | DLJ Mortgage Capital, Inc. |
| 3 | Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE4 | ABSHE 2006-HE4 | Asset Backed Securities Corporation | DLJ Mortgage Capital, Inc. |
| 4 | Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 | ABSHE 2006-HE7 | Asset Backed Securities Corporation | DLJ Mortgage Capital, Inc. |
| 5 | Bayview Financial Mortgage Pass-Through Trust 2006-B | BAYV 2006-B | Bayview Financial Securities Company, LLC | Bayview Financial, L.P. |
| 6 | C-BASS 2005-CB3 Trust | CBASS 2005-CB3 | Merrill Lynch Mortgage Investors, Inc. | Credit-Based Asset Servicing and Securitization LLC |
| 7 | C-BASS 2006-CB2 Trust | CBASS 2006-CB2 | Bond Securitization, LLC | Credit-Based Asset Servicing and Securitization LLC |
| 8 | Chevy Chase Funding LLC Trust, Series 2006-1 | CCMFC 2006-1 | Chevy Chase Funding LLC | Chevy Chase Funding LLC |
| 9 | Chevy Chase Funding LLC Trust, Series 2006-2 | CCMFC 2006-2 | Chevy Chase Funding LLC | Chevy Chase Funding LLC |
| 10 | CitiMortgage Alternative Loan Trust, Series 2006-A7 | CMALT 2006-A7 | Citicorp Mortgage Securities, Inc. | CitiMortgage, Inc. |
| 11 | Citigroup Mortgage Loan Trust 2006-AMC1 | CMLTI 2006-AMC1 | Citigroup Mortgage Loan Trust Inc. | Citigroup Global Markets Realty Corporation |
| 12 | Citigroup Mortgage Loan Trust 2006-NC2 | CMLTI 2006-NC2 | Citigroup Mortgage Loan Trust Inc. | Citigroup Global Markets Realty Corporation |
| 13 | Citigroup Mortgage Loan Trust 2006-WF2 | CMLTI 2006-WF2 | Citigroup Mortgage Loan Trust Inc. | Citigroup Global Markets Realty Corporation |
| 14 | Citigroup Mortgage Loan Trust 2007-AMC1 | CMLTI 2007-AMC1 | Citigroup Mortgage Loan Trust Inc. | Citigroup Global Markets Realty Corporation |

**Exhibit A**

|    | Trust | Short Title | Depositor | Sponsor |
|----|-------|-------------|-----------|---------|
| 15 | Citigroup Mortgage Loan Trust 2007-WFHE2 | CMLTI 2007-WFHE2 | Citigroup Mortgage Loan Trust Inc. | Citigroup Global Markets Realty Corporation |
| 16 | CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-1 | CSAB 2006-1 | Credit Suisse First Boston Mortgage Securities Corporation | DLJ Mortgage Capital, Inc. |
| 17 | CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3 | CSMC 2006-3 | Credit Suisse First Boston Mortgage Securities Corporation | DLJ Mortgage Capital, Inc. |
| 18 | Home Equity Asset Trust 2006-4 | HEAT 2006-4 | Credit Suisse First Boston Mortgage Securities Corporation | DLJ Mortgage Capital, Inc. |
| 19 | Home Equity Asset Trust 2006-7 | HEAT 2006-7 | Credit Suisse First Boston Mortgage Securities Corporation | DLJ Mortgage Capital, Inc. |
| 20 | MASTR Asset Backed Securities Trust 2006-FRE1 | MABS 2006-FRE1 | Mortgage Asset Securitization Transactions, Inc. | UBS Real Estate Securities Inc. |
| 21 | MASTR Asset Backed Securities Trust 2006-HE1 | MABS 2006-HE1 | Mortgage Asset Securitization Transactions, Inc. | UBS Real Estate Securities Inc. |
| 22 | MASTR Asset Backed Securities Trust 2006-HE4 | MABS 2006-HE4 | Mortgage Asset Securitization Transactions, Inc. | UBS Real Estate Securities Inc. |
| 23 | MASTR Asset Backed Securities Trust 2005-NC1 | MABS 2005-NC1 | Mortgage Asset Securitization Transactions, Inc. | UBS Real Estate Securities Inc. |
| 24 | MASTR Asset Backed Securities Trust 2006-NC3 | MABS 2006-NC3 | Mortgage Asset Securitization Transactions, Inc. | UBS Real Estate Securities Inc. |

**Exhibit A**

|    | **Trust** | **Short Title** | **Depositor** | **Sponsor** |
|----|-----------|-----------------|---------------|-------------|
| 25 | MASTR Asset Backed Securities Trust 2006-WMC3 | MABS 2006-WMC3 | Mortgage Asset Securitization Transactions, Inc. | UBS Real Estate Securities Inc. |
| 26 | MASTR Asset Backed Securities Trust 2006-WMC4 | MABS 2006-WMC4 | Mortgage Asset Securitization Transactions, Inc. | UBS Real Estate Securities Inc. |
| 27 | MASTR Adjustable Rate Mortgages Trust 2006-OA1 | MARM 2006-OA1 | Mortgage Asset Securitization Transactions, Inc. | UBS Real Estate Securities Inc. |
| 28 | Merrill Lynch Mortgage Investors Trust, Series 2006-AR1 | MLMI 2006-AR1 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| 29 | Merrill Lynch Mortgage Investors Trust, Series 2006-HE6 | MLMI 2006-HE6 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| 30 | Merrill Lynch Mortgage Investors Trust, Series 2006-RM4 | MLMI 2006-RM4 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| 31 | Merrill Lynch Mortgage Investors Trust, Series 2006-WMC2 | MLMI 2006-WMC2 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| 32 | Morgan Stanley Mortgage Loan Trust 2006-12XS | MSM 2006-12XS | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| 33 | Morgan Stanley Mortgage Loan Trust 2006-13ARX | MSM 2006-13ARX | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| 34 | Morgan Stanley Mortgage Loan Trust 2006-16AX | MSM 2006-16AX | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| 35 | Morgan Stanley Mortgage Loan Trust 2006-6AR | MSM 2006-6AR | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| 36 | Morgan Stanley Mortgage Loan Trust 2006-9AR | MSM 2006-9AR | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| 37 | Morgan Stanley Mortgage Loan Trust 2007-1XS | MSM 2007-1XS | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| 38 | Morgan Stanley Mortgage Loan Trust 2007-2AX | MSM 2007-2AX | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |

**Exhibit A**

| | **Trust** | **Short Title** | **Depositor** | **Sponsor** |
|---|---|---|---|---|
| 39 | Morgan Stanley Mortgage Loan Trust 2007-5AX | MSM 2007-5AX | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| 40 | Morgan Stanley Mortgage Loan Trust 2007-7AX | MSM 2007-7AX | Morgan Stanley Capital I Inc. | Morgan Stanley Mortgage Capital Inc. |
| 41 | Ownit Mortgage Loan Trust, Series 2006-3 | OWNIT 2006-3 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| 42 | Ownit Mortgage Loan Trust, Series 2006-4 | OWNIT 2006-4 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| 43 | Specialty Underwriting and Residential Finance Trust, Series 2006-AB2 | SURF 2006-AB2 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| 44 | Specialty Underwriting and Residential Finance Trust, Series 2006-BC2 | SURF 2006-BC2 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| 45 | Specialty Underwriting and Residential Finance Trust, Series 2006-BC5 | SURF 2006-BC5 | Merrill Lynch Mortgage Investors, Inc. | Merrill Lynch Mortgage Lending Inc. |
| 46 | TBW Mortgage-Backed Trust Series 2006-4 | TBW 2006-4 | Credit Suisse First Boston Mortgage Securities Corporation | Taylor, Bean & Whitaker Mortgage Corporation |
| 47 | WaMu Mortgage Pass-Through Certificates Series 2006-AR17 Trust | WAMU 2006-AR17 | WaMu Asset Acceptance Corp. | Washington Mutual Bank |
| 48 | Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE1 Trust | WMABS 2006-HE1 | WaMu Asset Acceptance Corp.=oration | Washington Mutual Mortgage Securities Corporation |
| 49 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2005-6 Trust | WMALT 2005-6 | Washington Mutual Mortgage Securities Corporation | Washington Mutual Bank |
| 50 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2005-9 Trust | WMALT 2005-9 | Washington Mutual Mortgage Securities Corporation | Washington Mutual Mortgage Securities Corporation |
| 51 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR8 Trust | WMALT 2006-AR8 | WaMu Asset Acceptance Corporation | Washington Mutual Mortgage Securities Corporation |

**Exhibit A**

| | Trust | Short Title | Depositor | Sponsor |
|---|---|---|---|---|
| 52 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9 Trust | WMALT 2006-AR9 | WaMu Asset Acceptance Corporation | Washington Mutual Mortgage Securities Corporation |
| 53 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2007-OA2 Trust | WMALT 2007-OA2 | WaMu Asset Acceptance Corportation | Washington Mutual Bank |