**Exhibit B**

| | CDO Issuer | Deal Name | CUSIP | Tranche | Original Face Value | Securitization Closing Date | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Phoenix Light SF Limited | ABSHE 2006-HE1 | 04541GVL3 | M1 | $15,000,000 | 2/6/2006 | 3/31/2008 | 11/21/2008 | Asset Purchase Agreement with Greyhawk | From Harrier dated 2/13/2012 & From Kestrel dated 12/20/2012 |
| 2 | Phoenix Light SF Limited | ABSHE 2006-HE1 | 04541GVL3 | M1 | | 2/6/2006 | 3/31/2008 | 6/24/2009 | Asset Purchase Agreement with Kestrel | From Harrier dated 2/13/2012 & From Kestrel dated 12/20/2012 |
| 3 | Phoenix Light SF Limited | ABSHE 2006-HE1 | 04541GVN9 | M3 | $5,000,000 | 2/6/2006 | 3/31/2008 | 7/22/2009 | Asset Purchase Agreement with Kestrel | From Harrier dated 2/13/2012 & From Kestrel dated 12/20/2012 |
| 4 | Silver Elms CDO PLC | ABSHE 2006-HE2 | 04541GWL2 | M5 | $5,000,000 | 3/24/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 5 | Silver Elms CDO PLC | ABSHE 2006-HE4 | 04544GAM1 | M5 | $2,000,000 | 4/28/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 6 | Kleros Preferred Funding V PLC | ABSHE 2006-HE7 | 04544QAK3 | M5 | $3,112,000 | 11/30/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 7 | Silver Elms CDO II Limited | BAYV 2006-B | 07325NDX7 | M4 | $4,278,000 | 4/7/2006 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 8 | Silver Elms CDO II Limited | BAYV 2006-B | 07325NDU3 | M1 | $4,000,000 | 4/7/2006 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 9 | Silver Elms CDO PLC | BAYV 2006-B | 07325NDS8 | 2A3 | $4,000,000 | 4/7/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 10 | Silver Elms CDO II Limited | BAYV 2006-B | 07325NDT6 | 2A4 | $7,000,000 | 4/7/2006 | 12/22/2006 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 11 | C-BASS CBO XIV Ltd. | CBASS 2005-CB3 | 12489WLL6 | B3 | $4,174,000 | 6/9/2005 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 12 | C-BASS CBO XIV Ltd. | CBASS 2005-CB3 | 12489WLN2 | B5 | $4,174,000 | 6/9/2005 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 13 | C-BASS CBO XIV Ltd. | CBASS 2005-CB3 | 12489WLJ1 | B1 | $5,635,000 | 6/9/2005 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |

**Exhibit B**

| | CDO Issuer | Deal Name | CUSIP | Tranche | Original Face Value | Securitization Closing Date | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | C-BASS CBO XIV Ltd. | CBASS 2005-CB3 | 12489WLM4 | B4 | $3,757,000 | 6/9/2005 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 15 | C-BASS CBO XIV Ltd. | CBASS 2005-CB3 | 12489WLK8 | B2 | $4,800,000 | 6/9/2005 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 16 | C-BASS CBO XVII Ltd. | CBASS 2006-CB2 | 12498NAM5 | B1 | $5,000,000 | 2/28/2006 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 17 | C-BASS CBO XVII Ltd. | CBASS 2006-CB2 | 12498NAN3 | B2 | $4,991,000 | 2/28/2006 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 18 | C-BASS CBO XVII Ltd. | CBASS 2006-CB2 | 12498NAP8 | B3 | $3,000,000 | 2/28/2006 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 19 | C-BASS CBO XVII Ltd. | CBASS 2006-CB2 | 12498NAQ6 | B4 | $3,000,000 | 2/28/2006 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 20 | Phoenix Light SF Limited | CCMFC 2006-1 | 16678RFD4 | B1 | $9,000,000 | 3/29/2006* | 4/25/2007 | 9/22/2009 | Asset Purchase Agreement with Kestrel | From Kestrel dated 2/14/2012 & From WestLB dated 2/13/2012 |
| 21 | Silver Elms CDO II Limited | CCMFC 2006-1 | 16678RFD4 | B1 | $3,000,000 | 3/29/2006* | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 22 | Silver Elms CDO II Limited | CCMFC 2006-1 | 16678RFE2 | B2 | $2,629,000 | 3/29/2006* | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 3/7/2012 |
| 23 | Silver Elms CDO II Limited | CCMFC 2006-2 | 16678WAD8 | B2 | $4,000,000 | 6/23/2006* | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 3/7/2012 |
| 24 | Kleros Preferred Funding V PLC | CMALT 2006-A7 | 12566TAE7 | 1A5 | $11,293,871 | 12/21/2006 | 1/10/2007 | 1/11/2007 | Market Purchase | |
| 25 | Kleros Preferred Funding V PLC | CMLTI 2006-AMC1 | 17309PAF3 | M3 | $4,000,000 | 9/28/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 26 | Kleros Preferred Funding V PLC | CMLTI 2006-AMC1 | 17309PAG1 | M4 | $6,000,000 | 9/28/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 27 | Kleros Preferred Funding V PLC | CMLTI 2006-NC2 | 17309TAJ7 | M4 | $8,093,000 | 9/28/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |

**Exhibit B**

| | CDO Issuer | Deal Name | CUSIP | Tranche | Original Face Value | Securitization Closing Date | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Silver Elms CDO II Limited | CMLTI 2006-WF2 | 17309BAD9 | A2E | $5,000,000 | 5/31/2006 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 29 | Silver Elms CDO II Limited | CMLTI 2006-WF2 | 17309BAF4 | M1 | $7,900,000 | 5/31/2006 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 30 | Kleros Preferred Funding V PLC | CMLTI 2007-AMC1 | 17311BAE3 | M2 | $7,619,000 | 3/9/2007 | 1/10/2007 | 3/9/2007 | Market Purchase | |
| 31 | Kleros Preferred Funding V PLC | CMLTI 2007-AMC1 | 17311BAF0 | M3 | $4,000,000 | 3/9/2007 | 1/10/2007 | 3/9/2007 | Market Purchase | |
| 32 | Silver Elms CDO II Limited | CMLTI 2007-WFH2 | 17312BAD4 | A4 | $10,000,000 | 4/10/2007 | 4/25/2007 | 7/18/2007 | Market Purchase | |
| 33 | C-BASS CBO XVII Ltd. | CSAB 2006-1 | 22943HAK2 | M1 | $5,000,000 | 5/30/2006 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 34 | Silver Elms CDO PLC | CSMC 2006-3 | 225470R70 | 1M1 | $10,000,000 | 3/30/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 35 | Silver Elms CDO II Limited | CSMC 2006-3 | 225470R70 | 1M1 | $3,000,000 | 3/30/2006 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 3/7/2012 |
| 36 | Silver Elms CDO PLC | HEAT 2006-4 | 437084VW3 | M6 | $2,700,000 | 5/1/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 37 | Phoenix Light SF Limited | HEAT 2006-7 | 43709NAE3 | 2A4 | $11,000,000 | 10/3/2006 | 3/31/2008 | 3/31/2008 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 38 | Kleros Preferred Funding V PLC | HEAT 2006-7 | 43709NAM5 | M6 | $4,000,000 | 10/3/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 39 | Silver Elms CDO PLC | MABS 2006-FRE1 | 57643LPS9 | M3 | $2,000,000 | 2/24/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 40 | Silver Elms CDO PLC | MABS 2006-FRE1 | 57643LPT7 | M4 | $1,000,000 | 2/24/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 41 | Silver Elms CDO PLC | MABS 2006-HE1 | 57643LQX7 | M3 | $4,000,000 | 2/27/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 42 | Kleros Preferred Funding V PLC | MABS 2006-HE4 | 576449AJ1 | M5 | $3,500,000 | 11/1/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |

**Exhibit B**

| | CDO Issuer | Deal Name | CUSIP | Tranche | Original Face Value | Securitization Closing Date | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | Kleros Preferred Funding V PLC | MABS 2005-NC1 | 57643LGL4 | M6 | $3,724,000 | 2/24/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | |
| 44 | Kleros Preferred Funding V PLC | MABS 2006-NC3 | 55275RAL6 | M6 | $7,451,000 | 12/28/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 45 | Silver Elms CDO PLC | MABS 2006-WMC3 | 55291KAH0 | M3 | $6,000,000 | 12/28/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 46 | Kleros Preferred Funding V PLC | MABS 2006-WMC4 | 57645MAL6 | M5 | $3,500,000 | 11/30/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 47 | Silver Elms CDO PLC | MARM 2006-OA1 | 576433H58 | 4A3 | $6,751,000 | 4/20/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 48 | Silver Elms CDO PLC | MLMI 2006-AR1 | 59020VAZ6 | M3 | $3,750,000 | 4/27/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 49 | Kleros Preferred Funding V PLC | MLMI 2006-HE6 | 59023XAJ5/ BCC0UU539 | M5 | $6,000,000 | 12/28/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 50 | Kleros Preferred Funding V PLC | MLMI 2006-HE6 | 59023XAK2/ BCC0UU547 | M6 | $5,500,000 | 9/27/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 51 | Kleros Preferred Funding V PLC | MLMI 2006-RM4 | 59023QAK7 | M5 | $3,068,000 | 9/27/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 52 | Kleros Preferred Funding V PLC | MLMI 2006-RM4 | 59023QAL5 | M6 | $2,500,000 | 9/27/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 53 | Silver Elms CDO PLC | MLMI 2006-WMC2 | 59020U6T7 | M6 | $4,000,000 | 3/1/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 54 | Kleros Preferred Funding V PLC | MSM 2006-12XS | 61749EAE7 | A4 | $8,000,000 | 9/29/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 55 | Phoenix Light SF Limited | MSM 2006-13ARX | 61750PAC2 | A3 | $11,514,000 | 9/29/2006 | 3/31/2008 | 3/31/2008 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 56 | Phoenix Light SF Limited | MSM 2006-16AX | 617487AD5 | 2A3 | $10,000,000 | 10/31/2006 | 3/31/2008 | 3/31/2008 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |

**Exhibit B**

|  | CDO Issuer | Deal Name | CUSIP | Tranche | Original Face Value | Securitization Closing Date | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | Phoenix Light SF Limited | MSM 2006-6AR | 61749CAA9 | 1A1 | $100,000,000 | 4/28/2006 | 3/31/2008 | 6/24/2009 | Asset Purchase Agreement with Harrier | From Harrier dated 2/13/2012 |
| 58 | Phoenix Light SF Limited | MSM 2006-9AR | 61748JAE7 | A5 | $10,000,000 | 7/31/2006 | 3/31/2008 | 3/31/2008 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 59 | Blue Heron Funding VII Ltd. | MSM 2007-1XS | 61752JAE0 | 2A3 | $5,000,000 | 1/31/2007 | 12/28/2005 | 1/31/2007 | Market Purchase | |
| 60 | Blue Heron Funding VI Ltd. | MSM 2007-1XS | 61752JAE0 | 2A3 | $5,000,000 | 1/31/2007 | 12/21/2005 | 1/31/2007 | Market Purchase | |
| 61 | Phoenix Light SF Limited | MSM 2007-2AX | 61751TAD1 | 2A3 | $6,106,000 | 1/31/3007 | 3/31/2008 | 3/31/2008 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 62 | Phoenix Light SF Limited | MSM 2007-5AX | 61751GAE7 | 2A4 | $20,300,000 | 2/28/2007 | 3/31/2008 | 9/8/2009 | Asset Purchase Agreement with Harrier | From Harrier dated 2/13/2012 |
| 63 | Phoenix Light SF Limited | MSM 2007-7AX | 61754HAC6 | 2A2 | $30,000,000 | 4/30/2007 | 3/31/2008 | 6/24/2009 | Asset Purchase Agreement with Kestrel | From WestLB dated 2/14/2012 |
| 64 | C-BASS CBO XVII Ltd. | OWNIT 2006-3 | 69121PEF6 | B2 | $8,917,000 | 4/13/2006 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 65 | C-BASS CBO XVII Ltd. | OWNIT 2006-3 | 69121PEG4 | B3 | $5,465,000 | 4/13/2006 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 66 | C-BASS CBO XVII Ltd. | OWNIT 2006-3 | 69121PEE9 | B1 | $4,355,000 | 4/13/2006 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 67 | Silver Elms CDO PLC | OWNIT 2006-3 | 69121PEB5 | M3 | $2,803,000 | 4/13/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 68 | Silver Elms CDO II Limited | OWNIT 2006-3 | 69121PEJ8 | M6 | $2,225,000 | 4/13/2006 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 3/7/2012 |
| 69 | C-BASS CBO XVII Ltd. | OWNIT 2006-4 | 69121QAN1 | B2 | $6,000,000 | 6/26/2006 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 70 | C-BASS CBO XVII Ltd. | OWNIT 2006-4 | 69121QAP6 | B3 | $4,000,000 | 6/26/2006 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |

**Exhibit B**

| | CDO Issuer | Deal Name | CUSIP | Tranche | Original Face Value | Securitization Closing Date | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | Silver Elms CDO II Limited | OWNIT 2006-4 | 69121QAG6 | M2 | $10,000,000 | 6/26/2006 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 72 | Silver Elms CDO II Limited | OWNIT 2006-4 | 69121QAH4 | M3 | $10,320,000 | 6/26/2006 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 3/7/2012 |
| 73 | Phoenix Light SF Limited | SURF 2006-AB2 | 84751VAE6 | A2D | $13,073,000 | 5/31/2006 | 3/31/2008 | 3/31/2008 | 39,538 | From WestLB dated 2/13/2012 |
| 74 | Silver Elms CDO II Limited | SURF 2006-BC2 | 84751PLR8 | M2 | $4,500,000 | 3/30/2006 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 3/7/2012 |
| 75 | Kleros Preferred Funding V PLC | SURF 2006-BC5 | 84751NAK0/ BCC0U0NK7 | M4 | $6,600,000 | 11/28/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 76 | C-BASS CBO XVII Ltd. | TBW 2006-4 | 872224AH3 | A7 | $5,000,000 | 8/30/2006 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 77 | Silver Elms CDO PLC | WAMU 2006-AR17 | 92925DAK6 | B2 | $7,000,000 | 11/21/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 78 | Silver Elms CDO PLC | WMABS 2006-HE1 | 92925CEW8 | M3 | $2,068,000 | 4/20/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 79 | C-BASS CBO XIV Ltd. | WMALT 2005-6 | 92922FZ92 | B1 | $10,500,000 | 11/21/2006 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 80 | C-BASS CBO XIV Ltd. | WMALT 2005-6 | 92922F2A5 | B2 | $3,823,995 | 11/21/2006 | 9/22/20050 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 81 | C-BASS CBO XIV Ltd. | WMALT 2005-6 | 92922F2B3 | B3 | $2,389,997 | 11/21/2006 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 82 | C-BASS CBO XIV Ltd. | WMALT 2005-6 | 92922F2D9 | B4 | $1,911,997 | 11/21/2006 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 83 | C-BASS CBO XVII Ltd. | WMALT 2005-9 | 93934FFQ0 | B1 | $3,781,000 | 10/27/2005 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 84 | Kleros Preferred Funding V PLC | WMALT 2006-AR8 | 93935LAN8 | LB1 | $7,000,000 | 9/28/2006 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |

**Exhibit B**

|    | CDO Issuer | Deal Name | CUSIP | Tranche | Original Face Value | Securitization Closing Date | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|----|------------|-----------|-------|---------|---------------------|-----------------------------|------------------|------------------|----------------------|------------------------|
| 85 | Silver Elms CDO PLC | WMALT 2006-AR9 | 939346AH5 | B2 | $10,000,000 | 10/26/2006 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 86 | Phoenix Light SF Limited | WMALT 2007-OA2 | 93935QAD9 | 1C | $43,829,000 | 2/26/2007 | 3/31/2008 | 6/24/2009 | Asset Purchase Agreement with Kestrel | From WestLB dated 2/14/2012 |

\* Indicates private agreement with approximate date of closing based on Moody's assignment of ratings