**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

PHOENIX LIGHT SF DAC, BLUE HERON
FUNDING VI LTD., BLUE HERON FUNDING VII
LTD., KLEROS PREFERRED FUNDING V PLC,
SILVER ELMS CDO PLC, SILVER ELMS CDO II
LIMITED, C-BASS CBO XIV LTD. and C-BASS
CBO XVII LTD.,

                              Plaintiffs,

      -against-

U.S. BANK NATIONAL ASSOCIATION and BANK
OF AMERICA, N.A.,

                              Defendants.

-------------------------------------------------------------- x

Index No. 14-cv-10116

Hon. Vernon S. Broderick

STIPULATION AND
[PROPOSED] ORDER

        IT IS HEREBY STIPULATED AND AGREED that the causes of action asserted in this

action against Bank of America, N.A. insofar as and solely as they relate to the residential

mortgage-backed securities trusts contained in Exhibit A hereto are dismissed with prejudice

without costs, expenses or attorneys' fees to any party and pursuant to the Federal Rules of Civil

Procedure.  All other causes of actions asserted against Bank of America, N.A. in the action

remain.

**AGREED**

Dated:  March 29, 2018

WOLLMUTH MAHER & DEUTSCH LLP

By: /s/ *Steven S. Fitzgerald*
      Steven S. Fitzgerald

WOLLMUTH MAHER & DEUTSCH LLP
David H. Wollmuth
Lyndon M. Tretter
Steven S. Fitzgerald
Roselind F. Hallinan
500 Fifth Avenue, 12th Floor
New York, NY 10110
(212) 382-3300; (212) 382-3300 (fax)
dwollmuth@wmd-law.com
ltretter@wmd-law.com
sfitzgerald@wmd-law.com
rhallinan@wmd-law.com

KOREIN TILLERY LLC
George A. Zelcs
John A. Libra
Max C. Gibbons
Matthew C. Davies
205 North Michigan Avenue
Suite 1950
Chicago, Illinois 60601
(312) 641-9760; (312) 641-9751 (fax)
gzelcs@koreintillery.com
jlibra@koreintillery.com
mgibbons@koreintillery.com
mdavies@koreintillery.com

KOREIN TILLERY LLC
Stephen M. Tillery
505 North Seventh Street
Suite 3600
St. Louis, Missouri 63101-1625
(314) 241-4844; (314) 241-3525 (fax0
stillery@koreintillery.com

*Attorneys for Plaintiffs Phoenix Light SF*
*DAC*

MUNGER, TOLLES & OLSON LLP

By: /s/ *James C. Rutten*
      James C. Rutten

MUNGER, TOLLES & OLSON LLP
James C. Rutten
Jacob S. Kreilkamp
Wesley T.L. Burrell
Adam P. Barry
350 South Grand Avenue, 50th Floor
Los Angeles, California  90071-3426
(213) 683-9100; (213) 687-3702 (fax)
james.rutten@mto.com
jacob.kreilkamp@mto.com
wesley.burrell@mto.com
adam.barry@mto.com

SIDLEY AUSTIN LLP
David F. Graham
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000; (312) 853-7036 (fax)
dgraham@sidley.com

SIDLEY AUSTIN LLP
Isaac S. Greaney
Daniel Gimmel
Jon W. Muenz
787 Seventh Avenue
New York, New York  10019
(212) 839-5300; (212) 853-5599 (fax)
igreaney@sidley.com
dgimmel@sidley.com
jmuenz@sidley.com

*Attorneys for Defendant Bank of America,*
*N.A.*

2

**EXHIBIT A**

|   | Plaintiff | Trust | CUSIP | Tranche | Original Face Value |
|---|-----------|-------|-------|---------|---------------------|
| 1 | Phoenix Light SF DAC | MSM 2007-7AX | 61754HAC6 | 2A2 | $30,000,000 |
| 2 | Phoenix Light SF DAC | WMALT 2007-OA2 | 93935QAD9 | 1C | $43,829,000 |

## **ORDER**

IT IS SO ORDERED.

DATED: _____4/2/2018_____

Vernon S. Broderick
United States District Judge