UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PHOENIX LIGHT SF LIMITED, BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XIV LTD. and C-BASS CBO XVII LTD.,

                          Plaintiffs,

    -against-

U.S. BANK NATIONAL ASSOCIATION and BANK OF AMERICA, NA,

                          Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2021

Index No. 14-cv-10116 (VSB)

## Order Granting Motion for Withdrawal of Appearance

**IT IS HEREBY ORDERED** that the Motion for Withdrawal of Appearance of Jennifer M. Thomas as counsel of record filed by Plaintiffs in the above-captioned case is hereby GRANTED, and Jennifer M. Thomas is withdrawn as counsel of record for Plaintiffs.

Dated: 8/9/2021

                                              Vernon S. Broderick
                                              United States District Judge