# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PHOENIX LIGHT SF LTD., BLUE HERON
FUNDING VI LTD., BLUE HERON
FUNDING VII LTD., KLEROS
PREFERRED FUNDING V PLC, SILVER
ELMS CDO PLC, SILVER ELMS CDO II
LTD., C-BASS CBO XIV LTD. and C-BASS
CBO XVII LTD.,

   Plaintiffs,

-against-

U.S. BANK NATIONAL ASSOCIATION,

   Defendant.

Case No. 14-cv-10116 (VSB) (DCF)

---

## NOTICE OF TAXATION OF COSTS AGAINST PLAINTIFFS

PLEASE TAKE NOTICE that, upon the Bill of Costs submitted by U.S. Bank National Association, and the incorporated Declaration of Samuel L. Walling executed on December 27, 2021, and the exhibits annexed thereto, and all other pleadings and proceedings herein, U.S. Bank will move this Court before the Judgment Clerk, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Room 200, New York, NY 10007, on January 11, 2022, at 11:00 AM, or as soon thereafter as counsel may be heard, at a time and date to be determined by the Court, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Rule 54.1, and 28 U.S.C. § 1920(2) taxing the costs sought by Defendant as described herein and granting such other and further relief as this Court deems just and proper.

|  |  |
|---|---|
| Dated:  December 27, 2021 | Respectfully Submitted, |

/s/ Samuel L. Walling

JONES DAY
David F. Adler
Michael T. Marcucci
100 High Street, 21st Floor
Boston, Massachusetts  02110-1781
(617) 960-3939; (617) 449-6999 (fax)
dfadler@jonesday.com
mmarcucci@jonesday.com

Louis A. Chaiten (admitted *pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939; (216) 579-0212 (fax)
lachaiten@jonesday.com

Albert J. Rota
2727 N. Harwood Street, Suite 500
Dallas, Texas 75201-1515
(214) 220-3939; (214) 969-5100 (fax)
ajrota@jonesday.com

Samuel L. Walling (admitted *pro hac vice*)
90 South Seventh Street, Suite 4950
Minneapolis, Minnesota 55402
(612) 217-8800; (844) 345-3178 (fax)
swalling@jonesday.com

*Attorneys for Defendant U.S. Bank National Association*