# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

PHOENIX LIGHT SF LIMITED, et al.,

                Plaintiff,                      14 **CIVIL** 10116 (VSB)

      -against-                           **JUDGMENT**

U.S. BANK NATIONAL ASSOCIATION and
BANK OF AMERICA, NA,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2020, Defendant U.S. Bank's motion for summary judgment (Doc. 243) is granted, and Defendant U.S. Bank's motion for partial summary judgment on the pleadings, (Doc. 139) is denied.

**Dated:**  New York, New York
          March 18, 2020

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                     **BY:**

                                                           **Deputy Clerk**