# Appendix A

| Deponent | Deposition Date | Invoice Numbers | Vendor | Transcript Charge | Exhibit Fees | Cost Attributable to Word Index | Taxable Transcript Costs | Taxable Video Costs |
|---|---|---|---|---|---|---|---|---|
| Strodthoff, Scott | 6/1/2017 | 060117-468845; 060117-468846 | TSG Reporting | $854.25 | $467.40 | $0 | $1,321.65 | $570.00 |
| Kaplan, Eve | 6/9/2017 | 060917-349556; 060917-349557 | TSG Reporting | $1,005.00 | $286.00 | $0 | $1,291.00 | $475.00 |
| Pillar, Tim | 6/13/2017 | 061317-469372; 061317-469373 | TSG Reporting | $998.30 | $347.00 | $0 | $1,345.30 | $475.00 |
| Tri, Brian | 6/15/2017 | 061517-469732; 061517-469733 | TSG Reporting | $549.40 | $176.62 | $0 | $726.02 | $237.50 |
| Frere, Edward | 6/21/2017 | 062117-349879; 062117-349880 | TSG Reporting | $1,122.25 | $319.50 | $0 | $1,441.75 | $570.00 |
| Brewster, Elisabeth | 6/29/2017 | 062917-700582; 062817-700583 | TSG Reporting | $1,048.55 | $296.25 | $0 | $1,344.80 | $475.00 |
| Elliott, Jessica | 7/12/2017 | 071217-469951; 071217-469952 | TSG Reporting | $1,353.40 | $1,411.65 | $0 | $2,765.05 | $475.00 |
| Rantz, Shannon | 7/13/2017 | 071317-470019; 071317-470020 | TSG Reporting | $1,145.70 | $1,261.65 | $0 | $2,407.35 | $570.00 |
| Mikolajczak, Michael | 7/14/2017 | M-147397 | DTI | $1,379.00 | $45.00 | $165 | $1,259.50 | $0.00 |
| Rantz, Shannon | 7/14/2017 | 071417-350241; 071417-350242 | TSG Reporting | $385.25 | $204.30 | $0 | $589.55 | $190.00 |
| Valaperta, Nicolas | 7/18/2017 | 071817-350500; 071817-350501 | TSG Reporting | $911.20 | $500.25 | $0 | $1,411.45 | $475.00 |
| Giel, Brian | 7/21/2017 | 072117-470307; 072117-470308 | TSG Reporting | $891.10 | $279.45 | $0 | $1,170.55 | $475.00 |
| Plagemann, Stephan | 7/21/2017 | M-147404; M-113351 (replacing M-143551) | DTI | $1,113.00 | $45.00 | $137 | $1,021.50 | $617.50 |
| Reynolds, Diane | 7/26/2017 | 072617-602938; 072617-602939 | TSG Reporting | $1,092.10 | $550.35 | $0 | $1,642.45 | $570.00 |
| Feld, Susan | 7/27/2017 | 072717-350670; 072717-350671 | TSG Reporting | $723.60 | $89.55 | $0 | $813.15 | $665.00 |
| Tully, Sean | 8/9/2017 | M-147586; M-147588 | DTI | $1,153.40 | $45.00 | $150 | $1,048.75 | $1,422.50 |
| Geraghty, Alan | 8/10/2017 | M-147592; M-147593 | DTI | $1,095.50 | $45.00 | $123 | $1,018.00 | $1,240.00 |
| Hunter, Maryellen | 8/16/2017 | 081617-470717; 081617-470718 | TSG Reporting | $639.85 | $350.10 | $0 | $989.95 | $285.00 |
| Miller, Jay | 8/22/2017 | 082217-470977; 082217-470978 | TSG Reporting | $793.95 | $267.75 | $0 | $1,061.70 | $380.00 |
| Lancsak, April | 8/24/2017 | 082417-470915; 082417-470916 | TSG Reporting | $653.25 | $558.60 | $0 | $1,211.85 | $570.00 |
| Collins, Peter | 8/30/2017 | M-150808; M-150809 | DTI | $1,064.00 | $45.00 | $126 | $983.00 | $1,570.00 |
| Berichi, Karim | 9/8/2017 | M-217482; M-217476 | epiq | $1,299.54 | $45.00 | $147 | $1,197.76 | $1,305.00 |
| Rogers, Claire | 9/14/2017 | M-152501; M-152502 | DTI | $1,011.50 | $45.00 | $119 | $937.50 | $1,247.50 |
| Robillard, Toby | 9/26/2017 | 092617-472361; 092617-472362 | TSG Reporting | $619.75 | $472.50 | $0 | $1,092.25 | $380.00 |
| Bankole, Edward | 9/28/2017 | M-154913; M-154915 | DTI | $978.20 | $45.00 | $120 | $902.75 | $1,253.75 |
| Kubik, Patrick | 10/5/2017 | 100517-353251; 100517-353252 | TSG Reporting | $546.05 | $189.90 | $0 | $735.95 | $285.00 |
| Watson, Ellayne | 10/9/2017 | 100917-353256; 100917-353257 | TSG Reporting | $864.30 | $692.85 | $0 | $1,557.15 | $380.00 |
| Folsom, Erin | 10/11/2017 | 101117-353261; 101117-353262 | TSG Reporting | $643.20 | $655.80 | $0 | $1,299.00 | $285.00 |
| Linssen, John | 10/11/2017 | 101117-353266; 101117-353267 | TSG Reporting | $482.40 | $288.45 | $0 | $770.85 | $285.00 |
| Bengtson, Michael | 10/18/2017 | 101817-353424; 101817-353425 | TSG Reporting | $763.80 | $491.10 | $0 | $1,254.90 | $380.00 |
| Boduch, Martha | 10/18/2017 | 101817-353271; 101817-353272 | TSG Reporting | $385.25 | $110.70 | $0 | $495.95 | $285.00 |
| Ruxton, Tim | 10/19/2017 | 101917-353276; 101917-353277 | TSG Reporting | $505.85 | $561.30 | $0 | $1,067.15 | $380.00 |
| Pedersen, Charles | 10/24/2017 | 102417-353429; 102417-353430 | TSG Reporting | $904.50 | $273.60 | $0 | $1,178.10 | $380.00 |
| Warren, Becky | 10/24/2017 | 102417-690495; 102417-690496 | TSG Reporting | $693.45 | $442.95 | $0 | $1,136.40 | $380.00 |
| Moeller, Michelle | 10/25/2017 | 102517-690500; 102517-690501 | TSG Reporting | $502.50 | $158.55 | $0 | $661.05 | $190.00 |
| Schultz-Fugh, Tamara | 10/26/2017 | 102617-353434; 102617-353435 | TSG Reporting | $549.40 | $128.40 | $0 | $677.80 | $380.00 |
| Brunie, Christine | 11/9/2017 | M-166987; M-166989 | DTI | $1,059.00 | $45.00 | $123 | $981.00 | $1,382.50 |
| Mack, Phillip | 11/10/2017 | M-166995; M-166997 | DTI | $927.10 | $45.00 | $117 | $855.30 | $1,180.00 |

| Name | Date | Invoice | Vendor | | | | | |
|---|---|---|---|---|---|---|---|---|
| Jacobs, Kimberly | 11/14/2017 | 111417-690962; 111417-690963 | TSG Reporting | $760.45 | $127.35 | $0 | $887.80 | $475.00 |
| Kachinski, Edward | 11/14/2017 | 111417-690957; 111417-690958 | TSG Reporting | $596.30 | $1,007.25 | $0 | $1,603.55 | $190.00 |
| Balz, Enno | 11/16/2017 | M-166912; M-166916 | DTI | $960.00 | $45.00 | $117 | $888.00 | $1,180.00 |
| Byrnes, James | 11/21/2017 | 112117-690967; 112117-690968 | TSG Reporting | $482.40 | $1,062.00 | $0 | $1,544.40 | $285.00 |
| Spriggs, Tammy | 11/21/2017 | 112117-690973; 112117-690974 | TSG Reporting | $800.65 | $814.50 | $0 | $1,615.15 | $190.00 |
| Collins, Peter | 1/22/2018 | M-175495; M-179232 | epiq | $1,326.50 | $45.00 | $165 | $1,207.00 | $1,470.00 |
| Collins, Peter | 1/23/2018 | M-175498; M-175499 | epiq | $1,193.50 | $45.00 | $161 | $1,077.50 | $1,295.00 |
| Valaperta, Nick | 1/31/2018 | 013118-704744; 013118-704745 | TSG Reporting | $510.60 | $352.50 | $0 | $863.10 | $380.00 |
| Franklin, Susan | 2/1/2018 | 020118-621095; 020118-621096 | TSG Reporting | $1,066.05 | $800.00 | $0 | $1,866.05 | $475.00 |
| Franklin, Susan | 2/2/2018 | 020218-621100; 020218-621101 | TSG Reporting | $662.40 | $633.00 | $0 | $1,295.40 | $380.00 |
| Kaplan, Eve | 2/2/2018 | 020218-704748; 020218-704749 | TSG Reporting | $683.10 | $1,222.00 | $0 | $1,905.10 | $285.00 |
| Donovan, Thomas | 2/8/2018 | M-179248; M-179249 | epiq | $1,131.50 | $45.00 | $164 | $1,012.25 | $1,220.00 |
| De Silva, Harin | 2/9/2018 | M-179254; M-179255 | epiq | $1,149.75 | $45.00 | $150 | $1,045.10 | $1,267.50 |
| Gault, David | 3/30/2018 | M-190429; M-190431 | epiq | $682.50 | $45.00 | $120 | $607.25 | $870.00 |
| Cigolle, Alex | 4/5/2018 | M-190450; M-190451 | epiq | $598.00 | $45.00 | $88 | $555.25 | $870.00 |
| Sood, Munish | 4/5/2018 | M-190441; M-190443 | epiq | $551.15 | $45.00 | $88 | $508.55 | $409.00 |
| Westerback, Diane | 4/6/2018 | M-190433; M-190434 | epiq | $642.40 | $45.00 | $113 | $574.25 | $715.00 |
| Wynn, Tyler | 4/6/2018 | M-190218; M-190219 | epiq | $521.95 | $45.00 | $77 | $490.30 | $580.00 |
| McLoughlin, Michael | 5/4/2018 | M-195730; M-195733 | epiq | $824.90 | $45.00 | $113 | $756.75 | $775.00 |
| Halpern, Ivan | 7/19/2018 | M-208970; M-210820 | epiq | $416.10 | $45.00 | $77 | $384.45 | $425.00 |
| Wong, Angel | 8/16/2018 | M-215513; M-215514 | epiq | $689.85 | $45.00 | $88 | $647.25 | $930.00 |
| Cody, William | 8/24/2018 | M-215502; M-215503 | epiq | $511.00 | $45.00 | $84 | $472.00 | $660.00 |
| Collins, Peter | 9/18/2018 | M-219672; M-219673 | epiq | $1,137.50 | $45.00 | $146 | $1,036.25 | $1,442.50 |
| Dubitsky, Rod | 6/7/2019 | CS3828410; CS3834434 | Veritext | $989.00 | $0.00 | $184 | $805.00 | $1,383.50 |
| Erhardt, Joachim | 6/7/2019 | CS3828410; CS3834434 | Veritext | $713.00 | $0.00 | $132 | $580.75 | $413.00 |
| | | | | | **Totals** | | **$67,893.63** | **$41,231.75** |
| | | | | | **Total Costs Taxable Under 28 U.S.C. § 1920(2)** | | **$109,125.38** | |