# Appendix B.I



# INVOICE

**DATE:** 6/19/2017
**INVOICE #** 060117-468845

**Bill To:**   Nancy Adamczyk
              Jones Day
              North Point
              901 Lakeside Avenue
              Cleveland, OH 44114-1190

**CASE:**      Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Scott Strodthoff
**DATE:**      6/1/2017
**LOCATION:**  Minneapolis, MN

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| **SERVICES** | **# PAGES / QTY** | **UNIT PRICE** | **AMOUNT** |
|---|---|---|---|
| Certified Transcript | 255 | $3.35 | $854.25 |
| Certified Transcript - 2 Day Delivery | 255 | $4.50 | $1,147.50 |
| Local Real-time Transcription | 255 | $1.50 | $382.50 |
| Rough Transcript | 255 | $1.50 | $382.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 339 | $0.10 | $33.90 |
| Exhibits - Scanned & Hyperlinked - Color | 289 | $1.50 | $433.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,234.15 |
| | | SHIPPING & HANDLING | $17.50 |
| | | **TOTAL** | $3,251.65 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 6/19/2017
**INVOICE #** 060117-468846

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**Bill To:**     Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**        Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**     Scott Strodthoff
**DATE:**        6/1/2017
**LOCATION:**    Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Videosynch / Tape | 6 | $95.00 | $570.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $570.00 |
| | | SHIPPING & HANDLING | $17.50 |
| | | TOTAL | $587.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                TSG REPORTING, INC.

Payment Initiated:    06/28/2017
Vendor Number:        253931
Jones Day ID:            011101
Total Amount:            8,039.50
Currency:                    USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 060117-468845 | 06/19/2017 | 3,251.65 |
| 060117-468846 | 06/19/2017 | 587.50 |
| 060217-468853 | 06/19/2017 | 3,685.35 |
| 060217-468854 | 06/19/2017 | 515.00 |
| Total | | 8,039.50 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                                                    1                                                    10:49:21 AM



# INVOICE

**DATE:** 6/29/2017
**INVOICE #** 060917-349556

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**   Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Eve D. Kaplan
**DATE:**   6/9/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 300 | $3.35 | $1,005.00 |
| Certified Transcript - Early AM Pages | 46 | $1.25 | $57.50 |
| Local Real-time Transcription | 300 | $1.50 | $450.00 |
| Rough Transcript | 300 | $1.50 | $450.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 565 | $0.10 | $56.50 |
| Exhibits - Scanned & Hyperlinked - Color | 153 | $1.50 | $229.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,248.50 |
| | | SHIPPING & HANDLING | $17.50 |
| | | TOTAL | $2,266.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 6/29/2017
**INVOICE #** 060917-349557

**Bill To:**      Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Eve D. Kaplan
**DATE:**       6/9/2017
**LOCATION:**  Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $17.50 |
| | | TOTAL | $492.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                    TSG REPORTING, INC.

Payment Initiated:    07/07/2017
Vendor Number:        253931
Jones Day ID:            011101
Total Amount:           2,758.50
Currency:                   USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 060917-349556 | 06/29/2017 | 2,266.00 |
| 060917-349557 | 06/29/2017 | 492.50 |
| Total | | 2,758.50 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                                              1                                          10:54:46 AM



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 6/30/2017
**INVOICE #** 061317-469372

**Bill To:**     Nancy Adamczyk
                Jones Day
                North Point
                901 Lakeside Avenue
                Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Timothy G. Pillar
**DATE:**       6/13/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 298 | $3.35 | $998.30 |
| Local Real-time Transcription | 298 | $1.50 | $447.00 |
| Rough Transcript | 298 | $1.50 | $447.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 185 | $0.10 | $18.50 |
| Exhibits - Scanned & Hyperlinked - Color | 219 | $1.50 | $328.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $2,239.30 |
| | | **SHIPPING & HANDLING** | $50.00 |
| | | **TOTAL** | $2,289.30 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 6/30/2017
**INVOICE #** 061317-469373

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**   Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Timothy G. Pillar
**DATE:**   6/13/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $515.00 |

Please make all checks payable to: TSG Reporting, Inc.         Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              TSG REPORTING, INC.

Payment Initiated:    07/17/2017
Vendor Number:       253931
Jones Day ID:           011101
Total Amount:          5,909.90
Currency:                USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 061317-469372 | 06/30/2017 | 2,289.30 |
| 061317-469373 | 06/30/2017 | 515.00 |
| 061417-469378 | 06/30/2017 | 1,879.45 |
| 061417-469379 | 06/30/2017 | 507.50 |
| 061617-601920 | 06/30/2017 | 718.65 |
| Total | | 5,909.90 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



**INVOICE**

**DATE:** 7/17/2017
**INVOICE #** 061517-469732

**Worldwide – 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**      Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Brian C. Tri
**DATE:**      6/15/2017
**LOCATION:**  Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 328 | $3.35 | $1,098.80 |
| Local Real-time Transcription | 328 | $1.50 | $492.00 |
| Rough Transcript | 328 | $1.50 | $492.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 785 | $0.30 | $235.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 785 | $0.15 | $117.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $2,436.05 |
| SHIPPING & HANDLING | $50.00 |
| TOTAL | $2,486.05 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 7/17/2017
**INVOICE #** 061517-469733

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**        Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Brian C. Tri
**DATE:**        6/15/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $515.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:           TSG REPORTING, INC.

Payment Initiated:     07/28/2017
Vendor Number:         253931
Jones Day ID:          011101
Total Amount:          5,224.85
Currency:              USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 061517-469732 | 07/17/2017 | 2,486.05 |
| 061517-469733 | 07/17/2017 | 515.00 |
| 063017-469769 | 07/18/2017 | 1,818.80 |
| 063017-469770 | 07/18/2017 | 405.00 |
| Total | | 5,224.85 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                          1                          11:47:55 AM



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 7/13/2017
**INVOICE #** 062117-349879

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**   Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Edward M. Frere
**DATE:**   6/21/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 335 | $3.35 | $1,122.25 |
| Local Real-time Transcription | 335 | $1.50 | $502.50 |
| Rough Transcript | 335 | $1.50 | $502.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 150 | $0.30 | $45.00 |
| Exhibits - OCR Processing - Color | 84 | $0.50 | $42.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 150 | $0.15 | $22.50 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 84 | $2.50 | $210.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,446.75 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $2,496.75 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 7/13/2017
**INVOICE #** 062117-349880

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**   Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Edward M. Frere
**DATE:**   6/21/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 6 | $95.00 | $570.00 |
| Certified – MPEG – Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $570.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $610.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              TSG REPORTING, INC.

Payment Initiated:        07/19/2017
Vendor Number:            253931
Jones Day ID:             011101
Total Amount:             3,106.75
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 062117-349879 | 07/13/2017 | 2,496.75 |
| 062117-349880 | 07/13/2017 | 610.00 |
| Total | | 3,106.75 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 7/18/2017
**INVOICE #** 062917-700582

**Bill To:**  Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

| | |
|---|---|
| **CASE:** | Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA |
| **WITNESS:** | Elisabeth A. Brewster |
| **DATE:** | 6/29/2017 |
| **LOCATION:** | Minneapolis, MN |

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 313 | $3.35 | $1,048.55 |
| Local Real-time Transcription | 313 | $1.50 | $469.50 |
| Rough Transcript | 313 | $1.50 | $469.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 625 | $0.30 | $187.50 |
| Exhibits - OCR Processing - Color | 5 | $0.50 | $2.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 625 | $0.15 | $93.75 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 5 | $2.50 | $12.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $2,283.80 |
| SHIPPING & HANDLING | $32.50 |
| **TOTAL** | $2,316.30 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide – 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 7/18/2017
**INVOICE #** 062917-700583

**Bill To:**  Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**  Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**  Elisabeth A. Brewster
**DATE:**  6/29/2017
**LOCATION:**  Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $32.50 |
| | | TOTAL | $507.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

**Payment Remittance Advice**

Beneficiary:             TSG REPORTING, INC.

Payment Initiated:       08/07/2017
Vendor Number:           253931
Jones Day ID:            011101
Total Amount:            4,060.85
Currency:               USD

**Remittance Detail**

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 062917-700582 | 07/18/2017 | 2,316.30 |
| 062917-700583 | 07/18/2017 | 507.50 |
| 071417-350241 | 07/31/2017 | 1,022.05 |
| 071417-350242 | 07/31/2017 | 215.00 |
| Total | | 4,060.85 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 7/31/2017
**INVOICE #** 071217-469951

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**        Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Jessica Elliott
**DATE:**        7/12/2017
**LOCATION:**   Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 404 | $3.35 | $1,353.40 |
| Local Real-time Transcription | 404 | $1.50 | $606.00 |
| Rough Transcript | 404 | $1.50 | $606.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 697 | $0.30 | $209.10 |
| Exhibits - OCR Processing - Color | 366 | $0.50 | $183.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 697 | $0.15 | $104.55 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 366 | $2.50 | $915.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,977.05 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $4,002.05 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 7/31/2017
**INVOICE #** 071217-469952

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**   Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Jessica Elliott
**DATE:**   7/12/2017
**LOCATION:**   Chicago, IL

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $500.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              TSG REPORTING, INC.

Payment Initiated:       08/09/2017
Vendor Number:          253931
Jones Day ID:            011101
Total Amount:            4,502.05
Currency:               USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 071217-469951 | 07/31/2017 | 4,002.05 |
| 071217-469952 | 07/31/2017 | 500.00 |
| Total | | 4,502.05 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 7/31/2017
**INVOICE #** 071317-470019

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**        Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Shannon Rantz / Shannon Rantz - Phoenix Light
**DATE:**        7/13/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 342 | $3.35 | $1,145.70 |
| Local Real-time Transcription | 342 | $1.50 | $513.00 |
| Rough Transcript | 342 | $1.50 | $513.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 837 | $0.30 | $251.10 |
| Exhibits - OCR Processing - Color | 295 | $0.50 | $147.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 837 | $0.15 | $125.55 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 295 | $2.50 | $737.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,433.35 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $3,513.35 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 7/31/2017
**INVOICE #** 071317-470020

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**Bill To:**   Nancy Adamczyk
              Jones Day
              North Point
              901 Lakeside Avenue
              Cleveland, OH 44114-1190

**CASE:**      Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Shannon Rantz / Shannon Rantz - Phoenix Light
**DATE:**      7/13/2017
**LOCATION:**  Minneapolis, MN

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| **SERVICES** | **# PAGES / QTY** | **UNIT PRICE** | **AMOUNT** |
|---|---|---|---|
| Videosynch / Tape | 6 | $95.00 | $570.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $570.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | $610.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:            TSG REPORTING, INC.

Payment Initiated:    08/11/2017
Vendor Number:       253931
Jones Day ID:          011101
Total Amount:         4,123.35
Currency:               USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 071317-470019 | 07/31/2017 | 3,513.35 |
| 071317-470020 | 07/31/2017 | 610.00 |
| Total | | 4,123.35 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

**INVOICE**

Page    1

| | | |
|---|---|---|
| **Phone:** | 877-489-0367 | |

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-147397 |
| **Invoice Date:** | 08/31/17 |
| **Our Order #:** | MP-133478-01 |
| **Customer #:** | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

Job Date: 07/14/17
Deponent: Michael Mikolajczak

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Deposition Transcript - Copy | 394 | PAGE | $3.50 | $1,379.00 |
| Shipping and Handling | 1 | EACH | $35.00 | $35.00 |
| Interactive Realtime | 347 | EACH | $1.25 | $433.75 |
| Rough ASCII | 347 | EACH | $1.20 | $416.40 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |

| | |
|---|---|
| **Subtotal:** | **$2,309.15** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$2,309.15** |

**Depo Location:**    250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: ████0248
Beneficiary Account #: ████6904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:          DTI

Payment Initiated:    09/20/2017
Vendor Number:        279099
Jones Day ID:         011101
Total Amount:         10,841.95
Currency:             USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-147397 | 08/31/2017 | 2,309.15 |
| M-147404 | 08/31/2017 | 1,876.55 |
| M-147586 | 08/31/2017 | 2,047.15 |
| M-147588 | 08/31/2017 | 1,457.50 |
| M-147593 | 08/31/2017 | 1,275.00 |
| M147592 | 08/31/2017 | 1,876.60 |
| Total | | 10,841.95 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 7/31/2017
**INVOICE #** 071417-350241

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Shannon M. Rantz
**DATE:**       7/14/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:---:|:---:|:---:|
| Certified Transcript | 115 | $3.35 | $385.25 |
| Certified Transcript - Early AM Pages | 50 | $1.25 | $62.50 |
| Local Real-time Transcription | 115 | $1.50 | $172.50 |
| Rough Transcript | 115 | $1.50 | $172.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 114 | $0.30 | $34.20 |
| Exhibits - OCR Processing - Color | 51 | $0.50 | $25.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 114 | $0.15 | $17.10 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 51 | $2.50 | $127.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $997.05 |
| | | SHIPPING & HANDLING | $25.00 |
| | | **TOTAL** | $1,022.05 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 7/31/2017
**INVOICE #** 071417-350242

**Bill To:**    Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**        Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Shannon M. Rantz
**DATE:**        7/14/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $190.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | **TOTAL** | $215.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              TSG REPORTING, INC.

Payment Initiated:     08/07/2017
Vendor Number:       253931
Jones Day ID:           011101
Total Amount:          4,060.85
Currency:                USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 062917-700582 | 07/18/2017 | 2,316.30 |
| 062917-700583 | 07/18/2017 | 507.50 |
| 071417-350241 | 07/31/2017 | 1,022.05 |
| 071417-350242 | 07/31/2017 | 215.00 |
| Total | | 4,060.85 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 7/31/2017
**INVOICE #** 071817-350500

**Bill To:**  Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:** Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:** Nicolas Valaperta
**DATE:** 7/18/2017
**LOCATION:** Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 272 | $3.35 | $911.20 |
| Local Real-time Transcription | 272 | $1.50 | $408.00 |
| Rough Transcript | 272 | $1.50 | $408.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 945 | $0.30 | $283.50 |
| Exhibits - OCR Processing - Color | 25 | $0.50 | $12.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 945 | $0.15 | $141.75 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 25 | $2.50 | $62.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | **SUBTOTAL** | $2,227.45 |
| | | **SHIPPING & HANDLING** | $32.50 |
| | | **TOTAL** | $2,259.95 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 7/31/2017
**INVOICE #** 071817-350501

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Nicolas Valaperta
**DATE:**       7/18/2017
**LOCATION:**   Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified – MPEG – Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $32.50 |
| | | TOTAL | $507.50 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              TSG REPORTING, INC.

Payment Initiated:        08/16/2017
Vendor Number:            253931
Jones Day ID:             011101
Total Amount:             2,767.45
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|----------------|--------------|-------------|
| 071817-350500 | 07/31/2017 | 2,259.95 |
| 071817-350501 | 07/31/2017 | 507.50 |
| Total | | 2,767.45 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 8/11/2017
**INVOICE #** 072117-470307

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Brian Giel
**DATE:**       7/21/2017
**LOCATION:**   Minneapolis, MN

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 266 | $3.35 | $891.10 |
| Certified Transcript - Early AM Pages | 50 | $1.25 | $62.50 |
| Local Real-time Transcription | 266 | $1.50 | $399.00 |
| Rough Transcript | 266 | $1.50 | $399.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 601 | $0.30 | $180.30 |
| Exhibits - OCR Processing - Color | 3 | $0.50 | $1.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 601 | $0.15 | $90.15 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 3 | $2.50 | $7.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $2,031.05 |
| | SHIPPING & HANDLING | $25.00 |
| | TOTAL | $2,056.05 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 8/11/2017
**INVOICE #** 072117-470308

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Brian Giel
**DATE:**       7/21/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $500.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:          TSG REPORTING, INC.

Payment Initiated:    08/23/2017
Vendor Number:        253931
Jones Day ID:         011101
Total Amount:         4,732.20
Currency:             USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 072117-470307 | 08/11/2017 | 2,056.05 |
| 072117-470308 | 08/11/2017 | 500.00 |
| 072717-350670 | 08/14/2017 | 1,486.15 |
| 072717-350671 | 08/14/2017 | 690.00 |
| Total | | 4,732.20 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

**INVOICE**

Page   1

**Phone:**   877-489-0367

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

**Invoice #:**   M-147404
**Invoice Date:**   08/31/17
**Our Order #:**   MP-133479-01
**Customer #:**   101029

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

Job Date: 07/21/17
Deponent: Stephan Plagemann

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Shipping and Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition Transcript - Copy | 318 | PAGE | $3.50 | $1,113.00 |
| Interactive Realtime | 279 | EACH | $1.25 | $348.75 |
| Rough ASCII | 279 | EACH | $1.20 | $334.80 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |

|  |  |
|---|---|
| **Subtotal:** | **$1,876.55** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,876.55** |

**Depo Location:**   250 Vesey Street
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**DTI**

**INVOICE**

Page 1

| | Phone: | 877-489-0367 |

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH 44114-1190

Attn: NANCY ADAMCZYK

| Invoice #: | M-143551 |
| Invoice Date: | 08/14/17 |
| Our Order #: | MP-133479-02 |
| Customer #: | 101029 |

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

Job Date: 07/21/17
Deponent: Stephan Plagemann

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Video Hourly | 8.5 | HOUR | $135.00 | $1,147.50 |
| Delivery – Video | 1 | EACH | $15.00 | $15.00 |
| Tape Stock – DV Cam | 5 | EACH | $20.00 | $100.00 |
| | | | Subtotal: | $1,262.50 |
| | | | Sales Tax | $0.00 |
| | | | Total Invoice USD | $1,262.50 |

**Depo Location:** 250 Vesey Street
New York, NY 10281

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**INVOICE**

Page   1

Phone:   877-489-0367

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| Invoice #: | M-113351 |
| Invoice Date: | 08/14/17 |
| Our Order #: | MP-133479-02 |
| Customer #: | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 07/21/17 | | | | |
| Deponent: Stephan Plagemann | | | | |
| Video Hourly | 6.5 | HOUR | $95.00 | $617.50 |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |

This invoice replaces M-143551
Depo Location: New York, NY

| | |
|---|---|
| Subtotal: | $632.50 |
| Sales Tax | $0.00 |
| Total Invoice USD | $632.50 |

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:          DTI

Payment Initiated:    08/23/2017
Vendor Number:        279099
Jones Day ID:         011101
Total Amount:         3,525.00
Currency:             USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-143547 | 08/14/2017 | 500.00 |
| M-143548 | 08/14/2017 | 567.50 |
| M-143549 | 08/14/2017 | 1,195.00 |
| M-143551 | 08/14/2017 | 1,262.50 |
| Total | | 3,525.00 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

| | |
|---|---|
| Beneficiary: | DTI |

| | |
|---|---|
| Payment Initiated: | 09/20/2017 |
| Vendor Number: | 279099 |
| Jones Day ID: | 011101 |
| Total Amount: | 10,841.95 |
| Currency: | USD |

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-147397 | 08/31/2017 | 2,309.15 |
| M-147404 | 08/31/2017 | 1,876.55 |
| M-147586 | 08/31/2017 | 2,047.15 |
| M-147588 | 08/31/2017 | 1,457.50 |
| M-147593 | 08/31/2017 | 1,275.00 |
| M147592 | 08/31/2017 | 1,876.60 |
| Total | | 10,841.95 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Adamczyk, Nancy                                    *Plagemann*

| | |
|---|---|
| **From:** | Adamczyk, Nancy |
| **Sent:** | Thursday, September 7, 2017 4:52 PM |
| **To:** | 'Peter Inman' |
| **Subject:** | RE: Invoices- Phoenix Light vs. U.S. Bank and B of A |

Peter: We will just wait on our end to receive the refund from DTI. Then, if there are any outstanding expenses for these 2 depos, we can clear it up.

I think this has to be resolved at your end since payment has gone out from Jones Day at the higher rate.

Nancy Adamczyk
Paralegal
JONES DAY® - One Firm Worldwide℠
901 Lakeside Avenue
Cleveland, OH 44114-1190
Office +1.216.586.7310
nmadamczyk@jonesday.com

**From:** Peter Inman [mailto:Peter.Inman@dtiglobal.com]
**Sent:** Thursday, September 7, 2017 4:48 PM
**To:** Adamczyk, Nancy <nmadamczyk@JonesDay.com>
**Subject:** RE: Invoices- Phoenix Light vs. U.S. Bank and B of A

Hi Nancy,
Attached are the replacement invoices. These are also being mailed but I thought I would email them to make sure they don't get double paid because the replacement invoices have a new invoice number. We added a note saying what invoice these replace.

I ran this by our A/R team and I'm being told when we receive the higher payment amount we can apply the amount to these invoices and refund the differences. I would imagine it would take a little while to work thru Jones Day a/p process and the DTI a/r process but I've flagged this so we can follow up in timely fashion.

Sorry about the confusion on our end. I should have got this issue before sending out.

Thanks

**Peter Inman | DTI**
Operations Manager, Minneapolis/St. Paul Court Reporting

peter.inman@DTIGlobal.com
Office: +1 (877) 489-0367
Mobile: +1 (612) 396-5214

7901 Xerxes Avenue South | Suite 230 | Bloomington, MN 55431
www.DTIGlobal.com World-class service. Local commitment.

1



*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

**From:** Adamczyk, Nancy [mailto:nmadamczyk@JonesDay.com]
**Sent:** Wednesday, September 06, 2017 2:56 PM
**To:** Peter Inman <Peter.Inman@dtiglobal.com>
**Subject:** RE: Invoices- Phoenix Light vs. U.S. Bank and B of A

Peter:  We have already processed these for payment.

The Mikolajczak invoice was sent to our Financial Dept on 08/21/17; the Plagemann invoice was sent to our Financial Dept on 08/21/17.

You will have to issue Jones Day refund checks once your folks process these checks.  The can come to my attention.

Nancy Adamczyk
Paralegal
**JONES DAY® - One Firm Worldwide℠**
901 Lakeside Avenue
Cleveland, OH  44114-1190
Office +1.216.586.7310
nmadamczyk@jonesday.com


**From:** Peter Inman [mailto:Peter.Inman@dtiglobal.com]
**Sent:** Wednesday, September 6, 2017 3:34 PM
**To:** Adamczyk, Nancy <nmadamczyk@JonesDay.com>
**Subject:** Invoices- Phoenix Light vs. U.S. Bank and B of A

Hi Nancy,
Can you do me a favor.  Can you ignore any invoices you've received on Michael Mikolajczak and Stephen Plagemann.  My records show we sent out M-143549 & M-113351.

With the addition of Munger Tolles the billing protocol had to change a little when they receive the original transcript.  The replacement invoices will be a little lower as Munger Tolles will assume some of the costs of videographer.

**Peter Inman | DTI**
Operations Manager, Minneapolis/St. Paul Court Reporting

peter.inman@DTIGlobal.com
Office: +1 (877) 489-0367
Mobile: +1 (612) 396-5214

7901 Xerxes Avenue South | Suite 230 | Bloomington, MN 55431
**www.DTIGlobal.com**  World-class service. Local commitment.





# INVOICE

**DATE:** 8/11/2017
**INVOICE #** 072617-602938

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Diane Reynolds
**DATE:**       7/26/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 326 | $3.35 | $1,092.10 |
| Local Real-time Transcription | 326 | $1.50 | $489.00 |
| Rough Transcript | 326 | $1.50 | $489.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 143 | $0.30 | $42.90 |
| Exhibits - OCR Processing - Color | 162 | $0.50 | $81.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 143 | $0.15 | $21.45 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 162 | $2.50 | $405.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,620.45 |
| | | SHIPPING & HANDLING | $32.50 |
| | | TOTAL | $2,652.95 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 8/11/2017
**INVOICE #** 072617-602939

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**        Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Diane Reynolds
**DATE:**        7/26/2017
**LOCATION:**  Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Videosynch / Tape | 6 | $95.00 | $570.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $570.00 |
| | | SHIPPING & HANDLING | $32.50 |
| | | TOTAL | $602.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

| | |
|---|---|
| Beneficiary: | TSG REPORTING, INC. |

| | |
|---|---|
| Payment Initiated: | 08/18/2017 |
| Vendor Number: | 253931 |
| Jones Day ID: | 011101 |
| Total Amount: | 8,464.00 |
| Currency: | USD |

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 060917-602607 | 08/01/2017 | 336.00 |
| 071917-350507 | 08/07/2017 | 1,747.40 |
| 071917-350508 | 08/07/2017 | 500.00 |
| 072617-602938 | 08/11/2017 | 2,652.95 |
| 072617-602939 | 08/11/2017 | 602.50 |
| 072717-470302 | 08/11/2017 | 2,212.65 |
| 072717-470303 | 08/11/2017 | 412.50 |
| Total | | 8,464.00 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 8/14/2017
**INVOICE #** 072717-350670

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**        Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**     Susan Feld
**DATE:**        7/27/2017
**LOCATION:**    Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 216 | $3.35 | $723.60 |
| Local Real-time Transcription | 216 | $1.50 | $324.00 |
| Rough Transcript | 216 | $1.50 | $324.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 199 | $0.30 | $59.70 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 199 | $0.15 | $29.85 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,461.15 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,486.15 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

 

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**DATE:** 8/14/2017
**INVOICE #** 072717-350671

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**   Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Susan Feld
**DATE:**   7/27/2017
**LOCATION:**   Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|:-------------:|:----------:|:------:|
| Videosynch / Tape | 7 | $95.00 | $665.00 |
| Certified - MPEG - Complimentary | 7 | $50.00 | $0.00 |
| | | SUBTOTAL | $665.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $690.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:            TSG REPORTING, INC.

Payment Initiated:    08/23/2017
Vendor Number:     253931
Jones Day ID:       011101
Total Amount:      4,732.20
Currency:          USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 072117-470307 | 08/11/2017 | 2,056.05 |
| 072117-470308 | 08/11/2017 | 500.00 |
| 072717-350670 | 08/14/2017 | 1,486.15 |
| 072717-350671 | 08/14/2017 | 690.00 |
| Total | | 4,732.20 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021             1            11:25:54 AM

**INVOICE**

Page 1

| | **Phone:** | 877-489-0367 |
|---|---|---|

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| **Invoice #:** | M-147586 |
|---|---|
| **Invoice Date:** | 08/31/17 |
| **Our Order #:** | MP-134769-01 |
| **Customer #:** | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 08/09/17 | | | | |
| Deponent: Sean Tully | | | | |
| Deposition Transcript - Original | 316 | PAGE | $3.65 | $1,153.40 |
| Shipping and Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition Appearance Fee - Regular - Hourly | 3 | HOUR | $40.00 | $120.00 |
| Interactive Realtime | 275 | EACH | $1.25 | $343.75 |
| Rough ASCII | 275 | EACH | $1.20 | $330.00 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

| | | |
|---|---|---|
| **Subtotal:** | | $2,047.15 |
| **Sales Tax** | | $0.00 |
| **Total Invoice USD** | | $2,047.15 |

**Depo Location:**   250 Vesey Street
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**INVOICE**
Page   1

**DTI**

**Phone:**   877-489-0367

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-147588 |
| **Invoice Date:** | 08/31/17 |
| **Our Order #:** | MP-134769-02 |
| **Customer #:** | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: **14-10116**

Phoenix Light v. U.S. Bank and Bank of America

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 08/09/17 | | | | |
| Deponent: Sean Tully | | | | |
| Delivery - Transcript | 1 | EACH | $35.00 | $35.00 |
| Tape Stock - DV Cam | 7 | EACH | $20.00 | $140.00 |
| Video Hourly | 9.5 | HOUR | $135.00 | $1,282.50 |

| | |
|---|---|
| **Subtotal:** | $1,457.50 |
| **Sales Tax** | $0.00 |
| **Total Invoice USD** | $1,457.50 |

**Depo Location:**   250 Vesey Street
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

| | |
|---|---|
| Beneficiary: | DTI |

| | |
|---|---|
| Payment Initiated: | 09/20/2017 |
| Vendor Number: | 279099 |
| Jones Day ID: | 011101 |
| Total Amount: | 10,841.95 |
| Currency: | USD |

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-147397 | 08/31/2017 | 2,309.15 |
| M-147404 | 08/31/2017 | 1,876.55 |
| M-147586 | 08/31/2017 | 2,047.15 |
| M-147588 | 08/31/2017 | 1,457.50 |
| M-147593 | 08/31/2017 | 1,275.00 |
| M147592 | 08/31/2017 | 1,876.60 |
| Total | | 10,841.95 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

**INVOICE**
Page   1

| | | **Phone:** | **877-489-0367** |
|---|---|---|---|

| | |
|---|---|
| Jones Day | |
| 901 Lakeside Avenue East | **Invoice #:** M-147592 |
| Suite 2 | **Invoice Date:** 08/31/17 |
| Cleveland, OH  44114-1190 | **Our Order #:** MP-136442-01 |
| | **Customer #:** 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 08/10/17 | | | | |
| Deponent: Alan Geraghty | | | | |
| Shipping and Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition Transcript - Copy | 313 | PAGE | $3.50 | $1,095.50 |
| Interactive Realtime | 278 | EACH | $1.25 | $347.50 |
| Rough ASCII | 278 | EACH | $1.20 | $333.60 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

| | | |
|---|---|---|
| | **Subtotal:** | **$1,876.60** |
| | **Sales Tax** | **$0.00** |
| | **Total Invoice USD** | **$1,876.60** |

**Depo Location:**   250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

**REMIT TO:**
DTI
PO Box 936158
Atlanta, GA 31193-6158

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #: 121000248**
**Beneficiary Account #: 4125126904**
**Beneficiary Name: DTI**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**INVOICE**

Page   1

| | |
|---|---|
| **Phone:** | 877-489-0367 |

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

Attn:  NANCY ADAMCZYK

| | |
|---|---|
| **Invoice #:** | M-147593 |
| **Invoice Date:** | 08/31/17 |
| **Our Order #:** | MP-136442-03 |
| **Customer #:** | 101029 |

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

Job Date: 08/10/17
Deponent: Alan Geraghty

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Delivery - Video | 1 | EACH | $35.00 | $35.00 |
| Tape Stock - DV Cam | 8 | EACH | $20.00 | $160.00 |
| Video Hourly | 8 | HOUR | $135.00 | $1,080.00 |
| | | | **Subtotal:** | $1,275.00 |
| | | | **Sales Tax** | $0.00 |
| | | | **Total Invoice USD** | $1,275.00 |

**Depo Location:**      250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:                                                                 PLEASE PAY FROM THIS INVOICE
DTI                                                                                    ABA Routing #: 121000248
PO Box 936158                                                        Beneficiary Account #: 4125126904
Atlanta, GA 31193-6158                                                            Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**Jones Day**
**Financial Services**
**Accounts Payable**

**Payment Remittance Advice**

Beneficiary:              DTI

Payment Initiated:        09/20/2017
Vendor Number:            279099
Jones Day ID:             011101
Total Amount:             10,841.95
Currency:                 USD

**Remittance Detail**

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-147397 | 08/31/2017 | 2,309.15 |
| M-147404 | 08/31/2017 | 1,876.55 |
| M-147586 | 08/31/2017 | 2,047.15 |
| M-147588 | 08/31/2017 | 1,457.50 |
| M-147593 | 08/31/2017 | 1,275.00 |
| M147592 | 08/31/2017 | 1,876.60 |
| Total | | 10,841.95 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 8/31/2017
**INVOICE #** 081617-470717

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**Bill To:** Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:** Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:** Maryellen Hunter
**DATE:** 8/16/2017
**LOCATION:** Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 191 | $3.35 | $639.85 |
| Local Real-time Transcription | 191 | $1.75 | $334.25 |
| Rough Transcript | 191 | $1.50 | $286.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 98 | $0.30 | $29.40 |
| Exhibits - OCR Processing - Color | 102 | $0.50 | $51.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 98 | $0.15 | $14.70 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 102 | $2.50 | $255.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,610.70 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,635.70 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 8/31/2017
**INVOICE #** 081617-470718

**Bill To:**      Nancy Adamczyk
               Jones Day
               North Point
               901 Lakeside Avenue
               Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Maryellen Hunter
**DATE:**       8/16/2017
**LOCATION:**   Boston, MA

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $285.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | **TOTAL** | $310.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                    TSG REPORTING, INC.

Payment Initiated:      09/06/2017
Vendor Number:          253931
Jones Day ID:               011101
Total Amount:              1,945.70
Currency:                      USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 081617-470717 | 08/31/2017 | 1,635.70 |
| 081617-470718 | 08/31/2017 | 310.00 |
| Total | | 1,945.70 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



**INVOICE**

DATE: 9/13/2017
INVOICE # 082217-470977

**Bill To:**  Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

| | |
|---|---|
| **CASE:** | Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA |
| **WITNESS:** | Jay Russell Miller |
| **DATE:** | 8/22/2017 |
| **LOCATION:** | Charlotte, NC |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 237 | $3.35 | $793.95 |
| Local Real-time Transcription | 237 | $1.50 | $355.50 |
| Rough Transcript | 237 | $1.50 | $355.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 415 | $0.30 | $124.50 |
| Exhibits - OCR Processing - Color | 27 | $0.50 | $13.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 415 | $0.15 | $62.25 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 27 | $2.50 | $67.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,772.70 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,822.70 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 9/13/2017
**INVOICE #** 082217-470978

**Bill To:**     Nancy Adamczyk
                Jones Day
                North Point
                901 Lakeside Avenue
                Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Jay Russell Miller
**DATE:**       8/22/2017
**LOCATION:**   Charlotte, NC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $420.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              TSG REPORTING, INC.

Payment Initiated:    09/22/2017
Vendor Number:       253931
Jones Day ID:           011101
Total Amount:           4,739.55
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 082217-470977 | 09/13/2017 | 1,822.70 |
| 082217-470978 | 09/13/2017 | 420.00 |
| 082417-470915 | 09/12/2017 | 1,886.85 |
| 082417-470916 | 09/12/2017 | 610.00 |
| Total | | 4,739.55 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 9/12/2017
**INVOICE #** 082417-470915

**Bill To:**     Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    April Lancsak
**DATE:**       8/24/2017
**LOCATION:**   Chicago, IL

**Billing Comments / Instructions:**     Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 195 | $3.35 | $653.25 |
| Local Real-time Transcription | 195 | $1.50 | $292.50 |
| Rough Transcript | 195 | $1.50 | $292.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 228 | $0.30 | $68.40 |
| Exhibits - OCR Processing - Color | 152 | $0.50 | $76.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 228 | $0.15 | $34.20 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 152 | $2.50 | $380.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,796.85 |
| | | SHIPPING & HANDLING | $90.00 |
| | | TOTAL | $1,886.85 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 9/12/2017
**INVOICE #** 082417-470916

**Bill To:**  Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

| | |
|---|---|
| **CASE:** | Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA |
| **WITNESS:** | April Lancsak |
| **DATE:** | 8/24/2017 |
| **LOCATION:** | Chicago, IL |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 6 | $95.00 | $570.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $570.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | $610.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:               TSG REPORTING, INC.

Payment Initiated:    09/22/2017
Vendor Number:       253931
Jones Day ID:            011101
Total Amount:          4,739.55
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 082217-470977 | 09/13/2017 | 1,822.70 |
| 082217-470978 | 09/13/2017 | 420.00 |
| 082417-470915 | 09/12/2017 | 1,886.85 |
| 082417-470916 | 09/12/2017 | 610.00 |
| Total | | 4,739.55 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                                    1                                    11:30:32 AM

**INVOICE**

Page 1

**DTI**

| | | |
|---|---|---|
| **Phone:** | 877-489-0367 |

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH 44114-1190

| | |
|---|---|
| **Invoice #:** | M-150808 |
| **Invoice Date:** | 09/27/17 |
| **Our Order #:** | MP-136449-01 |
| **Customer #:** | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 08/30/17 | | | | |
| Deponent: Peter Collins | | | | |
| Shipping and Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition Transcript - Copy | 304 | PAGE | $3.50 | $1,064.00 |
| Interactive Realtime | 269 | EACH | $1.25 | $336.25 |
| Rough ASCII | 269 | EACH | $1.20 | $322.80 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

| | | |
|---|---|---|
| **Subtotal:** | **$1,823.05** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,823.05** |

**Depo Location:**   250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**INVOICE**

Page   1

**DTI**

**Phone:**   877-489-0367

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-150809 |
| **Invoice Date:** | 09/27/17 |
| **Our Order #:** | MP-136449-02 |
| **Customer #:** | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 08/30/17 | | | | |
| Deponent: Peter Collins | | | | |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Tape Stock - DV Cam | 11 | EACH | $20.00 | $220.00 |
| Video Hourly | 10 | HOUR | $135.00 | $1,350.00 |

| | |
|---|---|
| **Subtotal:** | $1,585.00 |
| **Sales Tax** | $0.00 |
| **Total Invoice USD** | $1,585.00 |

**Depo Location:**   250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              DTI

Payment Initiated:        10/06/2017
Vendor Number:            279099
Jones Day ID:             011101
Total Amount:             3,408.05
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-150808 | 09/27/2017 | 1,823.05 |
| M-150809 | 09/27/2017 | 1,585.00 |
| Total | | 3,408.05 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

**INVOICE**

Page    1

**Email:**      customerinquiry@epiqglobal.com

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

Attn:  SAM WALLING

| | |
|---|---|
| **Invoice #:** | M-217482 |
| **Invoice Date:** | 09/30/18 |
| **Our Order #:** | MP-189536-01 |
| **Customer #:** | 101029 |

Terms: NET 30 DAY

**Case No: 14-10116**

Phoenix Light v. U.S. Bank and Bank of America

Job Date: 09/08/18
Deponent: Karim Berichi

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Shipping and Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition (Technical/Expert) Transcript - Copy | 363 | PAGE | $3.58 | $1,299.54 |
| Interactive Realtime | 322 | EACH | $1.38 | $444.36 |
| Rough ASCII | 322 | EACH | $1.32 | $425.04 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | **$2,268.94** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$2,268.94** |

**Depo Location:**      250 Vesey Street
New York, NY  10281

Thank You. Your Business is appreciated.

**REMIT TO:**

**Epiq Court Reporting**
**P.O. Box 936158**
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #:          0248
Beneficiary Account #:          6904
Beneficiary Name: Epiq

Tax ID: 20-2665382

**INVOICE**

Page   1

**epiq**

**Email:**   customerinquiry@epiqglobal.com

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-217476 |
| **Invoice Date:** | 09/30/18 |
| **Our Order #:** | MP-189536-02 |
| **Customer #:** | 101029 |

Attn:  SAM WALLING

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| | | | | |
| Job Date: 09/08/18 | | | | |
| Deponent: Karim Berichi | | | | |
|   Delivery - Video | 1 | EACH | $15.00 | $15.00 |
|   Tape Stock - DV Cam | 4 | EACH | $20.00 | $80.00 |
|   Video Hourly | 7 | HOUR | $175.00 | $1,225.00 |
| | | | | |
| Weekend Deposition | | | | |

| | |
|---|---|
| **Subtotal:** | **$1,320.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,320.00** |

**Depo Location:**   250 Vesey Street
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:

**Epiq Court Reporting**
**P.O. Box 936158**
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**

ABA Routing #:          0248
Beneficiary Account #:          6904
Beneficiary Name: Epiq

Tax ID: 20-2665382

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              EPIQ COURT REPORTING

Payment Initiated:      10/08/2018
Vendor Number:         271017
Jones Day ID:            011101
Total Amount:           3,588.94
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-217476 | 09/30/2018 | 1,320.00 |
| M-217482 | 09/30/2018 | 2,268.94 |
| Total | | 3,588.94 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                                    1                                11:26:55 AM

**INVOICE**

Page    1

**DTI**

| | Phone: | 877-489-0367 |
|---|---|---|

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

Attn:  NANCY ADAMCZYK

| | |
|---|---|
| **Invoice #:** | M-152501 |
| **Invoice Date:** | 09/30/17 |
| **Our Order #:** | MP-142102-01 |
| **Customer #:** | 101029 |

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 09/14/17 | | | | |
| Deponent: Claire Rogers | | | | |
| Shipping and Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition Transcript - Copy | 289 | PAGE | $3.50 | $1,011.50 |
| Interactive Realtime | 255 | EACH | $1.25 | $318.75 |
| Rough ASCII | 255 | EACH | $1.20 | $306.00 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |
| | | | **Subtotal:** | $1,736.25 |
| | | | **Sales Tax** | $0.00 |
| | | | **Total Invoice USD** | $1,736.25 |

**Depo Location:**    250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**INVOICE**

Page   1

| | | Phone: | 877-489-0367 |
|---|---|---|---|

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| Invoice #: | M-152502 |
| Invoice Date: | 09/30/17 |
| Our Order #: | MP-142102-02 |
| Customer #: | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 09/14/17 | | | | |
| Deponent: Claire Rogers | | | | |
| Delivery - Video | 1 | EACH | $35.00 | $35.00 |
| Tape Stock - DV Cam | 5 | EACH | $20.00 | $100.00 |
| Video Hourly | 8.5 | HOUR | $135.00 | $1,147.50 |

| | |
|---|---|
| Subtotal: | $1,282.50 |
| Sales Tax | $0.00 |
| Total Invoice USD | $1,282.50 |

**Depo Location:**   250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:               DTI

Payment Initiated:         10/13/2017
Vendor Number:             279099
Jones Day ID:              011101
Total Amount:              3,018.75
Currency:                  USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-152501 | 09/30/2017 | 1,736.25 |
| M-152502 | 09/30/2017 | 1,282.50 |
| Total | | 3,018.75 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                          1                          12:40:25 PM



**TSG**
**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 10/25/2017
**INVOICE #** 092617-472361

**Bill To:**    Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Toby Robillard
**DATE:**       9/26/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 185 | $3.35 | $619.75 |
| Local Real-time Transcription | 185 | $1.50 | $277.50 |
| Rough Transcript | 185 | $1.50 | $277.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 1050 | $0.30 | $315.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 1050 | $0.15 | $157.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
|  | | SUBTOTAL | $1,647.25 |
|  | | SHIPPING & HANDLING | $40.00 |
|  | | TOTAL | $1,687.25 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 10/25/2017
**INVOICE #** 092617-472362

**Bill To:**     Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**        Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**     Toby Robillard
**DATE:**        9/26/2017
**LOCATION:**    Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $420.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                 TSG REPORTING, INC.

Payment Initiated:      11/08/2017
Vendor Number:         253931
Jones Day ID:             011101
Total Amount:            2,107.25
Currency:                   USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 092617-472361 | 10/25/2017 | 1,687.25 |
| 092617-472362 | 10/25/2017 | 420.00 |
| Total | | 2,107.25 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                                    1                              11:33:08 AM

**DTI**

**INVOICE**
Page   1

| | Phone: | 877-489-0367 |
|---|---|---|

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| Invoice #: | M-154913 |
|---|---|
| Invoice Date: | 10/23/17 |
| Our Order #: | MP-142105-01 |
| Customer #: | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

Job Date: 09/28/17
Deponent: Edward Bankole

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Deposition Transcript - Original | 268 | PAGE | $3.65 | $978.20 |
| Shipping and Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition Appearance Fee - Regular - Full Day | 1 | HOUR | $90.00 | $90.00 |
| Interactive Realtime | 235 | EACH | $1.25 | $293.75 |
| Rough ASCII | 235 | EACH | $1.20 | $282.00 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |
| | | | Subtotal: | $1,743.95 |
| | | | Sales Tax | $0.00 |
| | | | Total Invoice USD | $1,743.95 |

**Depo Location:**   250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**DTI**

**INVOICE**

Page   1

**Phone:**   **877-489-0367**

| | |
|---|---|
| Jones Day | **Invoice #:**   M-154915 |
| 901 Lakeside Avenue East | **Invoice Date:**   10/23/17 |
| Suite 2 | **Our Order #:**   MP-142105-02 |
| Cleveland, OH  44114-1190 | **Customer #:**   101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 09/28/17 | | | | |
| Deponent: Edward Bankole | | | | |
| Delivery - Video | 1 | EACH | $35.00 | $35.00 |
| Tape Stock - DV Cam | 7 | EACH | $20.00 | $140.00 |
| Video Hourly | 8.25 | HOUR | $135.00 | $1,113.75 |

| | | |
|---|---|---|
| | **Subtotal:** | **$1,288.75** |
| | **Sales Tax** | **$0.00** |
| | **Total Invoice USD** | **$1,288.75** |

**Depo Location:**   250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

**REMIT TO:**
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              DTI

Payment Initiated:        11/06/2017
Vendor Number:            279099
Jones Day ID:             011101
Total Amount:             3,032.70
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|----------------|--------------|-------------|
| M-154913 | 10/23/2017 | 1,743.95 |
| M-154915 | 10/23/2017 | 1,288.75 |
| Total | | 3,032.70 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                              1                              12:42:53 PM



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 11/14/2017
**INVOICE #** 100517-353251

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Patrick Kubik
**DATE:**       10/5/2017
**LOCATION:**   Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 163 | $3.35 | $546.05 |
| Local Real-time Transcription | 163 | $1.50 | $244.50 |
| Rough Transcript | 163 | $1.50 | $244.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 422 | $0.30 | $126.60 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 422 | $0.15 | $63.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

|  |  |
|---|---|
| SUBTOTAL | $1,224.95 |
| SHIPPING & HANDLING | $50.00 |
| TOTAL | $1,274.95 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 11/14/2017
**INVOICE #** 100517-353252

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**Bill To:**  Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:** Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:** Patrick Kubik
**DATE:** 10/5/2017
**LOCATION:** Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $285.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $325.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:               TSG REPORTING, INC.

Payment Initiated:        11/29/2017
Vendor Number:            253931
Jones Day ID:             011101
Total Amount:             1,599.95
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|----------------|--------------|-------------|
| 100517-353251  | 11/14/2017   | 1,274.95    |
| 100517-353252  | 11/14/2017   | 325.00      |
| Total          |              | 1,599.95    |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 11/14/2017
**INVOICE #** 100917-353256

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**   Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Ellayne Watson
**DATE:**   10/9/2017
**LOCATION:**   Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 258 | $3.35 | $864.30 |
| Local Real-time Transcription | 258 | $1.50 | $387.00 |
| Rough Transcript | 258 | $1.50 | $387.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 653 | $0.30 | $195.90 |
| Exhibits - OCR Processing - Color | 133 | $0.50 | $66.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 653 | $0.15 | $97.95 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 133 | $2.50 | $332.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,331.15 |
| | | SHIPPING & HANDLING | $65.00 |
| | | TOTAL | $2,396.15 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/14/2017
**INVOICE #** 100917-353257

**Bill To:**     Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

| | |
|---|---|
| **CASE:** | Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA |
| **WITNESS:** | Ellayne Watson |
| **DATE:** | 10/9/2017 |
| **LOCATION:** | Chicago, IL |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | $420.00 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              TSG REPORTING, INC.

Payment Initiated:        11/27/2017
Vendor Number:            253931
Jones Day ID:             011101
Total Amount:             9,827.60
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 100917-353256 | 11/14/2017 | 2,396.15 |
| 100917-353257 | 11/14/2017 | 420.00 |
| 101117-353261 | 11/14/2017 | 1,907.50 |
| 101117-353262 | 11/14/2017 | 317.50 |
| 101117-353266 | 11/14/2017 | 1,252.85 |
| 101117-353267 | 11/14/2017 | 325.00 |
| 101817-353271 | 11/14/2017 | 948.45 |
| 101817-353272 | 11/14/2017 | 310.00 |
| 101917-353276 | 11/14/2017 | 1,545.15 |
| 101917-353277 | 11/14/2017 | 405.00 |
| Total | | 9,827.60 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/14/2017
**INVOICE #** 101117-353261

**REPORTING**

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

| | |
|---|---|
| **CASE:** | Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA |
| **WITNESS:** | Erin Folsom |
| **DATE:** | 10/11/2017 |
| **LOCATION:** | Minneapolis, MN |

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 192 | $3.35 | $643.20 |
| Local Real-time Transcription | 192 | $1.50 | $288.00 |
| Rough Transcript | 192 | $1.50 | $288.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 444 | $0.30 | $133.20 |
| Exhibits - OCR Processing - Color | 152 | $0.50 | $76.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 444 | $0.15 | $66.60 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 152 | $2.50 | $380.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $1,875.00 |
| | SHIPPING & HANDLING | $32.50 |
| | TOTAL | $1,907.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 11/14/2017
**INVOICE #** 101117-353262

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

| | |
|---|---|
| **CASE:** | Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA |
| **WITNESS:** | Erin Folsom |
| **DATE:** | 10/11/2017 |
| **LOCATION:** | Minneapolis, MN |

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $285.00 |
| | SHIPPING & HANDLING | $32.50 |
| | **TOTAL** | $317.50 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:        TSG REPORTING, INC.

| | |
|---|---|
| Payment Initiated: | 11/27/2017 |
| Vendor Number: | 253931 |
| Jones Day ID: | 011101 |
| Total Amount: | 9,827.60 |
| Currency: | USD |

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 100917-353256 | 11/14/2017 | 2,396.15 |
| 100917-353257 | 11/14/2017 | 420.00 |
| 101117-353261 | 11/14/2017 | 1,907.50 |
| 101117-353262 | 11/14/2017 | 317.50 |
| 101117-353266 | 11/14/2017 | 1,252.85 |
| 101117-353267 | 11/14/2017 | 325.00 |
| 101817-353271 | 11/14/2017 | 948.45 |
| 101817-353272 | 11/14/2017 | 310.00 |
| 101917-353276 | 11/14/2017 | 1,545.15 |
| 101917-353277 | 11/14/2017 | 405.00 |
| Total | | 9,827.60 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/14/2017
**INVOICE #** 101117-353266

**REPORTING**

**Bill To:**
Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**      Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   John L. Linssen
**DATE:**      10/11/2017
**LOCATION:**  Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 144 | $3.35 | $482.40 |
| Local Real-time Transcription | 144 | $1.50 | $216.00 |
| Rough Transcript | 144 | $1.50 | $216.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 641 | $0.30 | $192.30 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 641 | $0.15 | $96.15 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,202.85 |
| SHIPPING & HANDLING | $50.00 |
| TOTAL | $1,252.85 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/14/2017
**INVOICE #** 101117-353267

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

| | |
|---|---|
| **CASE:** | Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA |
| **WITNESS:** | John L. Linssen |
| **DATE:** | 10/11/2017 |
| **LOCATION:** | Minneapolis, MN |

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $285.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $325.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:           TSG REPORTING, INC.

Payment Initiated:     11/27/2017
Vendor Number:         253931
Jones Day ID:          011101
Total Amount:          9,827.60
Currency:              USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 100917-353256 | 11/14/2017 | 2,396.15 |
| 100917-353257 | 11/14/2017 | 420.00 |
| 101117-353261 | 11/14/2017 | 1,907.50 |
| 101117-353262 | 11/14/2017 | 317.50 |
| 101117-353266 | 11/14/2017 | 1,252.85 |
| 101117-353267 | 11/14/2017 | 325.00 |
| 101817-353271 | 11/14/2017 | 948.45 |
| 101817-353272 | 11/14/2017 | 310.00 |
| 101917-353276 | 11/14/2017 | 1,545.15 |
| 101917-353277 | 11/14/2017 | 405.00 |
| Total | | 9,827.60 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/17/2017
**INVOICE #** 101817-353424

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**   Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Michael Bengtson
**DATE:**   10/18/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 228 | $3.35 | $763.80 |
| Local Real-time Transcription | 228 | $1.50 | $342.00 |
| Rough Transcript | 228 | $1.50 | $342.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 1078 | $0.30 | $323.40 |
| Exhibits - OCR Processing - Color | 2 | $0.50 | $1.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 1078 | $0.15 | $161.70 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 2 | $2.50 | $5.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,938.90 |
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | $1,978.90 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 11/17/2017
**INVOICE #** 101817-353425

**Bill To:**  Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**      Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Michael Bengtson
**DATE:**      10/18/2017
**LOCATION:**  Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $420.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              TSG REPORTING, INC.

Payment Initiated:      12/05/2017
Vendor Number:         253931
Jones Day ID:            011101
Total Amount:            6,792.80
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 101817-353424 | 11/17/2017 | 1,978.90 |
| 101817-353425 | 11/17/2017 | 420.00 |
| 102417-353429 | 11/17/2017 | 2,038.10 |
| 102417-353430 | 11/17/2017 | 420.00 |
| 102617-353434 | 11/17/2017 | 1,515.80 |
| 102617-353435 | 11/17/2017 | 420.00 |
| Total | | 6,792.80 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 11/14/2017
**INVOICE #** 101817-353271

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Martha Boduch
**DATE:**       10/18/2017
**LOCATION:**   Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 115 | $3.35 | $385.25 |
| Certified Transcript - Early AM Pages | 66 | $1.25 | $82.50 |
| Local Real-time Transcription | 115 | $1.50 | $172.50 |
| Rough Transcript | 115 | $1.50 | $172.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 246 | $0.30 | $73.80 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 246 | $0.15 | $36.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $923.45 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $948.45 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/14/2017
**INVOICE #** 101817-353272

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**        Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Martha Boduch
**DATE:**        10/18/2017
**LOCATION:**  Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $285.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $310.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:           TSG REPORTING, INC.

Payment Initiated:     11/27/2017
Vendor Number:         253931
Jones Day ID:          011101
Total Amount:          9,827.60
Currency:              USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 100917-353256 | 11/14/2017 | 2,396.15 |
| 100917-353257 | 11/14/2017 | 420.00 |
| 101117-353261 | 11/14/2017 | 1,907.50 |
| 101117-353262 | 11/14/2017 | 317.50 |
| 101117-353266 | 11/14/2017 | 1,252.85 |
| 101117-353267 | 11/14/2017 | 325.00 |
| 101817-353271 | 11/14/2017 | 948.45 |
| 101817-353272 | 11/14/2017 | 310.00 |
| 101917-353276 | 11/14/2017 | 1,545.15 |
| 101917-353277 | 11/14/2017 | 405.00 |
| Total | | 9,827.60 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/14/2017
**INVOICE #** 101917-353276

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

| | |
|---|---|
| **CASE:** | Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA |
| **WITNESS:** | Timothy Ruxton |
| **DATE:** | 10/19/2017 |
| **LOCATION:** | Chicago, IL |

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 151 | $3.35 | $505.85 |
| Local Real-time Transcription | 151 | $1.50 | $226.50 |
| Rough Transcript | 151 | $1.50 | $226.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 94 | $0.30 | $28.20 |
| Exhibits - OCR Processing - Color | 173 | $0.50 | $86.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 94 | $0.15 | $14.10 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 173 | $2.50 | $432.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $1,520.15 |
| | SHIPPING & HANDLING | $25.00 |
| | **TOTAL** | $1,545.15 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 11/14/2017
**INVOICE #** 101917-353277

Worldwide – 24 Hours
(877) 702-9580
www.tsgreporting.com

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**        Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Timothy Ruxton
**DATE:**        10/19/2017
**LOCATION:**  Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $405.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                 TSG REPORTING, INC.

Payment Initiated:        11/27/2017
Vendor Number:          253931
Jones Day ID:              011101
Total Amount:             9,827.60
Currency:                   USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 100917-353256 | 11/14/2017 | 2,396.15 |
| 100917-353257 | 11/14/2017 | 420.00 |
| 101117-353261 | 11/14/2017 | 1,907.50 |
| 101117-353262 | 11/14/2017 | 317.50 |
| 101117-353266 | 11/14/2017 | 1,252.85 |
| 101117-353267 | 11/14/2017 | 325.00 |
| 101817-353271 | 11/14/2017 | 948.45 |
| 101817-353272 | 11/14/2017 | 310.00 |
| 101917-353276 | 11/14/2017 | 1,545.15 |
| 101917-353277 | 11/14/2017 | 405.00 |
| Total | | 9,827.60 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 11/17/2017
**INVOICE #** 102417-353429

**Bill To:**  Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**  Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**  Charles F. Pedersen
**DATE:**  10/24/2017
**LOCATION:**  Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 270 | $3.35 | $904.50 |
| Local Real-time Transcription | 270 | $1.50 | $405.00 |
| Rough Transcript | 270 | $1.50 | $405.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 608 | $0.30 | $182.40 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 608 | $0.15 | $91.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,988.10 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $2,038.10 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 11/17/2017
**INVOICE #** 102417-353430

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Charles F. Pedersen
**DATE:**       10/24/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | **TOTAL** | $420.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              TSG REPORTING, INC.

Payment Initiated:        12/05/2017
Vendor Number:            253931
Jones Day ID:             011101
Total Amount:             6,792.80
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 101817-353424 | 11/17/2017 | 1,978.90 |
| 101817-353425 | 11/17/2017 | 420.00 |
| 102417-353429 | 11/17/2017 | 2,038.10 |
| 102417-353430 | 11/17/2017 | 420.00 |
| 102617-353434 | 11/17/2017 | 1,515.80 |
| 102617-353435 | 11/17/2017 | 420.00 |
| Total | | 6,792.80 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com