# Appendix B.II



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 11/27/2017
**INVOICE #** 102417-690495

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Becky Warren
**DATE:**       10/24/2017
**LOCATION:**  Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 207 | $3.35 | $693.45 |
| Local Real-time Transcription | 207 | $1.50 | $310.50 |
| Rough Transcript | 207 | $1.50 | $310.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 911 | $0.30 | $273.30 |
| Exhibits - OCR Processing - Color | 11 | $0.50 | $5.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 911 | $0.15 | $136.65 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 11 | $2.50 | $27.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,757.40 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $1,837.40 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 11/27/2017
**INVOICE #** 102417-690496

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**     Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**  Becky Warren
**DATE:**     10/24/2017
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $420.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:               TSG REPORTING, INC.

Payment Initiated:    12/11/2017
Vendor Number:       253931
Jones Day ID:            011101
Total Amount:           5,325.75
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 101717-353584 | 11/30/2017 | 2,020.85 |
| 101717-353585 | 11/30/2017 | 1,047.50 |
| 102417-690495 | 11/27/2017 | 1,837.40 |
| 102417-690496 | 11/27/2017 | 420.00 |
| Total | | 5,325.75 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                                    1                        11:42:56 AM



# INVOICE

**DATE:** 11/27/2017
**INVOICE #** 102517-690500

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Michelle A. Moeller
**DATE:**       10/25/2017
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 150 | $3.35 | $502.50 |
| Local Real-time Transcription (2) | 300 | $1.50 | $450.00 |
| Rough Transcript | 150 | $1.50 | $225.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 159 | $0.30 | $47.70 |
| Exhibits - OCR Processing - Color | 29 | $0.50 | $14.50 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 159 | $0.15 | $23.85 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 29 | $2.50 | $72.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,336.05 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,386.05 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 11/27/2017
**INVOICE #** 102517-690501

**TSG REPORTING**
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**Bill To:**
Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:** Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:** Michelle A. Moeller
**DATE:** 10/25/2017
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $190.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $230.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:               TSG REPORTING, INC.

Payment Initiated:         12/13/2017
Vendor Number:             253931
Jones Day ID:              011101
Total Amount:              1,616.05
Currency:                  USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 102517-690500 | 11/27/2017 | 1,386.05 |
| 102517-690501 | 11/27/2017 | 230.00 |
| Total | | 1,616.05 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 11/17/2017
**INVOICE #** 102617-353434

**Bill To:** Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:** Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:** Tamara Schultz-Fugh
**DATE:** 10/26/2017
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 164 | $3.35 | $549.40 |
| Local Real-time Transcription (2) | 328 | $1.50 | $492.00 |
| Rough Transcript | 164 | $1.50 | $246.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 272 | $0.30 | $81.60 |
| Exhibits - OCR Processing - Color | 2 | $0.50 | $1.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 272 | $0.15 | $40.80 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 2 | $2.50 | $5.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $1,415.80 |
| SHIPPING & HANDLING | $100.00 |
| TOTAL | $1,515.80 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 11/17/2017
**INVOICE #** 102617-353435

**Bill To:**
Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:** Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:** Tamara Schultz-Fugh
**DATE:** 10/26/2017
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $420.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                    TSG REPORTING, INC.

Payment Initiated:      12/05/2017
Vendor Number:         253931
Jones Day ID:              011101
Total Amount:              6,792.80
Currency:                     USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 101817-353424 | 11/17/2017 | 1,978.90 |
| 101817-353425 | 11/17/2017 | 420.00 |
| 102417-353429 | 11/17/2017 | 2,038.10 |
| 102417-353430 | 11/17/2017 | 420.00 |
| 102617-353434 | 11/17/2017 | 1,515.80 |
| 102617-353435 | 11/17/2017 | 420.00 |
| Total | | 6,792.80 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

**INVOICE**

Page 1

**DTI**

Phone:   877-489-0367

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH 44114-1190

| | |
|---|---|
| Invoice #: | M-166987 |
| Invoice Date: | 12/31/17 |
| Our Order #: | MP-148407-01 |
| Customer #: | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 11/09/17 | | | | |
| . | | | | |
| Deponent: Christine Brunie | | | | |
| Shipping & Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition Transcript - Copy | 353 | PAGE | $3.00 | $1,059.00 |
| Interactive Realtime | 312 | EACH | $1.25 | $390.00 |
| Rough ASCII | 312 | EACH | $1.20 | $374.40 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| Total Transcript CD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| Subtotal: | $1,923.40 |
| Sales Tax | $0.00 |
| Total Invoice USD | $1,923.40 |

**Depo Location:**   250 Vesey Street
34th floor
New York, NY 10281

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**INVOICE**

Page    1

Phone:    **877-489-0367**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-166989 |
| **Invoice Date:** | 12/31/17 |
| **Our Order #:** | MP-148407-02 |
| **Customer #:** | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 11/09/17 | | | | |
| | | | | |
| Deponent: Christine Brunie | | | | |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Tape Stock - DV Cam | 5 | EACH | $20.00 | $100.00 |
| Video Hourly | 9.5 | HOUR | $135.00 | $1,282.50 |

| | |
|---|---|
| **Subtotal:** | **$1,397.50** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,397.50** |

**Depo Location:**    250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:

DTI

PO Box 936158

Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                    DTI

Payment Initiated:       01/24/2018
Vendor Number:          279099
Jones Day ID:              011101
Total Amount:             6,176.90
Currency:                      USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-166987 | 12/31/2017 | 1,923.40 |
| M-166989 | 12/31/2017 | 1,397.50 |
| M-166995 | 12/31/2017 | 1,661.00 |
| M166997 | 12/31/2017 | 1,195.00 |
| Total | | 6,176.90 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



**INVOICE**
Page  1

**Phone:**     877-489-0367

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-166995 |
| **Invoice Date:** | 12/31/17 |
| **Our Order #:** | MP-150241-01 |
| **Customer #:** | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 11/10/17 | | | | |
| | | | | |
| Deponent: Philip Mack | | | | |
| Deposition Transcript - Original | 254 | PAGE | $3.65 | $927.10 |
| Shipping & Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition Appearance Fee - Regular - Full Day | 1 | EACH | $90.00 | $90.00 |
| Interactive Realtime | 222 | EACH | $1.25 | $277.50 |
| Rough ASCII | 222 | EACH | $1.20 | $266.40 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| Total Transcript CD | 1 | EACH | $20.00 | $20.00 |

| | | |
|---|---|---|
| **Subtotal:** | $1,661.00 |
| **Sales Tax** | $0.00 |
| **Total Invoice USD** | $1,661.00 |

**Depo Location:**     250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

**DTI**

**INVOICE**
Page    1

Phone:    877-489-0367

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| Invoice #: | M-166997 |
| Invoice Date: | 12/31/17 |
| Our Order #: | MP-150241-02 |
| Customer #: | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America
Job Date: 11/10/17

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Deponent: Philip Mack | | | | |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Tape Stock - DV Cam | 5 | EACH | $20.00 | $100.00 |
| Video Hourly | 8 | HOUR | $135.00 | $1,080.00 |
| | | | Subtotal: | $1,195.00 |
| | | | Sales Tax | $0.00 |
| | | | Total Invoice USD | $1,195.00 |

**Depo Location:**   250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                DTI

Payment Initiated:    01/24/2018
Vendor Number:       279099
Jones Day ID:            011101
Total Amount:           6,176.90
Currency:                   USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-166987 | 12/31/2017 | 1,923.40 |
| M-166989 | 12/31/2017 | 1,397.50 |
| M-166995 | 12/31/2017 | 1,661.00 |
| M166997 | 12/31/2017 | 1,195.00 |
| Total | | 6,176.90 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 2, 2021                                    1                                    1:37:44 PM



# INVOICE

**DATE:** 12/22/2017
**INVOICE #** 111417-690962

**Bill To:**  Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:** Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:** Kimberly Jacobs
**DATE:** 11/14/2017
**LOCATION:** Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 227 | $3.35 | $760.45 |
| Local Real-time Transcription | 227 | $1.50 | $340.50 |
| Rough Transcript | 227 | $1.50 | $340.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 283 | $0.30 | $84.90 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 283 | $0.15 | $42.45 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,568.80 |
| | | SHIPPING & HANDLING | $32.50 |
| | | TOTAL | $1,601.30 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the Invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**INVOICE**

**DATE:** 12/22/2017
**INVOICE #** 111417-690963

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**Bill To:**    Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**    Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Kimberly Jacobs
**DATE:**    11/14/2017
**LOCATION:**    Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $32.50 |
| | | TOTAL | $507.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              TSG REPORTING, INC.

Payment Initiated:        01/08/2018
Vendor Number:            253931
Jones Day ID:             011101
Total Amount:             9,474.40
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 111417-690957 | 12/22/2017 | 2,073.55 |
| 111417-690958 | 12/22/2017 | 215.00 |
| 111417-690962 | 12/22/2017 | 1,601.30 |
| 111417-690963 | 12/22/2017 | 507.50 |
| 112117-690967 | 12/22/2017 | 1,828.90 |
| 112117-690968 | 12/22/2017 | 317.50 |
| 112117-690973 | 12/22/2017 | 2,715.65 |
| 112117-690974 | 12/22/2017 | 215.00 |
| Total | | 9,474.40 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 12/22/2017
**INVOICE #** 111417-690957

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**    Edward Kachinski
**DATE:**       11/14/2017
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 178 | $3.35 | $596.30 |
| Local Real-time Transcription | 178 | $1.25 | $222.50 |
| Rough Transcript | 178 | $1.25 | $222.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 145 | $0.30 | $43.50 |
| Exhibits - OCR Processing - Color | 314 | $0.50 | $157.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 145 | $0.15 | $21.75 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 314 | $2.50 | $785.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $2,048.55 |
| SHIPPING & HANDLING | $25.00 |
| TOTAL | $2,073.55 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 12/22/2017
**INVOICE #** 111417-690958

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Edward Kachinski
**DATE:**       11/14/2017
**LOCATION:**  New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | SUBTOTAL | | $190.00 |
| | SHIPPING & HANDLING | | $25.00 |
| | **TOTAL** | | $215.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:               TSG REPORTING, INC.

Payment Initiated:     01/08/2018
Vendor Number:        253931
Jones Day ID:            011101
Total Amount:           9,474.40
Currency:                  USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 111417-690957 | 12/22/2017 | 2,073.55 |
| 111417-690958 | 12/22/2017 | 215.00 |
| 111417-690962 | 12/22/2017 | 1,601.30 |
| 111417-690963 | 12/22/2017 | 507.50 |
| 112117-690967 | 12/22/2017 | 1,828.90 |
| 112117-690968 | 12/22/2017 | 317.50 |
| 112117-690973 | 12/22/2017 | 2,715.65 |
| 112117-690974 | 12/22/2017 | 215.00 |
| Total | | 9,474.40 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                                    1                                    11:53:21 AM

**INVOICE**

Page    1

Phone:    **877-489-0367**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-166912 |
| **Invoice Date:** | 12/31/17 |
| **Our Order #:** | MP-148331-01 |
| **Customer #:** | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 11/16/17 | | | | |
| | | | | |
| Deponent: Enno Balz | | | | |
| Shipping & Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition Transcript - Copy | 320 | PAGE | $3.00 | $960.00 |
| Interactive Realtime | 281 | EACH | $1.25 | $351.25 |
| Rough ASCII | 281 | EACH | $1.20 | $337.20 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| Total Transcript CD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | **$1,748.45** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,748.45** |

**Depo Location:**    250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

**DTI**

**INVOICE**

Page    1

**Phone:**   **877-489-0367**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-166916 |
| **Invoice Date:** | 12/31/17 |
| **Our Order #:** | MP-148331-02 |
| **Customer #:** | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America
Job Date: 11/16/17

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Deponent: Enno Balz | | | | |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Tape Stock - DV Cam | 5 | EACH | $20.00 | $100.00 |
| Video Hourly | 8 | HOUR | $135.00 | $1,080.00 |
| | | | **Subtotal:** | **$1,195.00** |
| | | | **Sales Tax** | **$0.00** |
| | | | **Total Invoice USD** | **$1,195.00** |

**Depo Location:**    250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:                                           PLEASE PAY FROM THIS INVOICE
DTI                                                 ABA Routing #: 121000248
PO Box 936158                                  Beneficiary Account #: 4125126904
Atlanta, GA 31193-6158                           Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:          DTI

Payment Initiated:    01/19/2018
Vendor Number:        279099
Jones Day ID:         011101
Total Amount:         2,943.45
Currency:             USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-166912 | 12/31/2017 | 1,748.45 |
| M-166916 | 12/31/2017 | 1,195.00 |
| Total | | 2,943.45 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



**INVOICE**

**DATE:** 12/22/2017
**INVOICE #** 112117-690967

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**Bill To:**  Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**  Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**  James Byrnes
**DATE:**  11/21/2017
**LOCATION:**  Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 144 | $3.35 | $482.40 |
| Local Real-time Transcription | 144 | $1.75 | $252.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 120 | $0.30 | $36.00 |
| Exhibits - OCR Processing - Color | 336 | $0.50 | $168.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 120 | $0.15 | $18.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 336 | $2.50 | $840.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $1,796.40 |
| SHIPPING & HANDLING | $32.50 |
| TOTAL | $1,828.90 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/22/2017
**INVOICE #** 112117-690968

**Bill To:**   Nancy Adamczyk
             Jones Day
             North Point
             901 Lakeside Avenue
             Cleveland, OH 44114-1190

**CASE:**      Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   James Byrnes
**DATE:**      11/21/2017
**LOCATION:**  Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $285.00 |
| | | SHIPPING & HANDLING | $32.50 |
| | | TOTAL | $317.50 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:               TSG REPORTING, INC.

Payment Initiated:   01/08/2018
Vendor Number:       253931
Jones Day ID:           011101
Total Amount:          9,474.40
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 111417-690957 | 12/22/2017 | 2,073.55 |
| 111417-690958 | 12/22/2017 | 215.00 |
| 111417-690962 | 12/22/2017 | 1,601.30 |
| 111417-690963 | 12/22/2017 | 507.50 |
| 112117-690967 | 12/22/2017 | 1,828.90 |
| 112117-690968 | 12/22/2017 | 317.50 |
| 112117-690973 | 12/22/2017 | 2,715.65 |
| 112117-690974 | 12/22/2017 | 215.00 |
| Total | | 9,474.40 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                                         1                                    11:53:21 AM



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 12/22/2017
**INVOICE #** 112117-690973

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**        Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**     Tammy Spriggs
**DATE:**        11/21/2017
**LOCATION:**    Jacksonville, FL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 239 | $3.35 | $800.65 |
| Local Real-time Transcription | 239 | $2.25 | $537.75 |
| Rough Transcript | 239 | $2.25 | $537.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - OCR Processing - B&W | 450 | $0.30 | $135.00 |
| Exhibits - OCR Processing - Color | 204 | $0.50 | $102.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 450 | $0.15 | $67.50 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 204 | $2.50 | $510.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,690.65 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $2,715.65 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/22/2017
**INVOICE #** 112117-690974

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**        Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Tammy Spriggs
**DATE:**         11/21/2017
**LOCATION:**  Jacksonville, FL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $190.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | **TOTAL** | $215.00 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                    TSG REPORTING, INC.

Payment Initiated:      01/08/2018
Vendor Number:         253931
Jones Day ID:             011101
Total Amount:            9,474.40
Currency:                   USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 111417-690957 | 12/22/2017 | 2,073.55 |
| 111417-690958 | 12/22/2017 | 215.00 |
| 111417-690962 | 12/22/2017 | 1,601.30 |
| 111417-690963 | 12/22/2017 | 507.50 |
| 112117-690967 | 12/22/2017 | 1,828.90 |
| 112117-690968 | 12/22/2017 | 317.50 |
| 112117-690973 | 12/22/2017 | 2,715.65 |
| 112117-690974 | 12/22/2017 | 215.00 |
| Total |  | 9,474.40 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

# epiq

**INVOICE**

Page    1

**Phone:**    **770-390-2700**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-175495 |
| **Invoice Date:** | 02/17/18 |
| **Our Order #:** | MP-159694-01 |
| **Customer #:** | 101029 |

Attn:  SAM WALLING

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 01/22/18 | | | | |
| . | | | | |
| Deponent: Peter Collins | | | | |
| Production & Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition (Expert) Transcript - Copy | 379 | PAGE | $3.50 | $1,326.50 |
| Interactive Realtime | 332 | EACH | $1.25 | $415.00 |
| Rough ASCII-Pg | 332 | EACH | $1.20 | $398.40 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |

| | |
|---|---|
| **Subtotal:** | **$2,219.90** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$2,219.90** |

**Depo Location:**    250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

**REMIT TO:**

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:** ▮0248
**Beneficiary Account #:** ▮6904
**Beneficiary Name: Epiq**

# epiq

**INVOICE**

Page    1

**Phone:**    **770-390-2700**

| | |
|---|---|
| Jones Day | **Invoice #:** M-179232 |
| 901 Lakeside Avenue East | **Invoice Date:** 02/28/18 |
| Suite 2 | **Our Order #:** MP-159694-02 |
| Cleveland, OH 44114-1190 | **Customer #:** 101029 |

Attn: NANCY ADAMCZYK

Terms: NET 30 DAY

**Case No: 14-10116**

|  | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 01/22/18 | | | | |
| . | | | | |
| Deponent: Peter Collins | | | | |
| Delivery - Video | 1 | EACH | $35.00 | $35.00 |
| Tape Stock - DV Cam | 6 | EACH | $20.00 | $120.00 |
| Video Hourly | 10 | HOUR | $135.00 | $1,350.00 |

| | |
|---|---|
| **Subtotal:** | **$1,505.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,505.00** |

**Depo Location:**    250 Vesey Street
34th floor
New York, NY 10281

Thank You. Your Business is appreciated.

---

**REMIT TO:**

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:** ████0248
**Beneficiary Account #:** ████6904
**Beneficiary Name: Epiq**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:       EPIQ COURT REPORTING

| | |
|---|---|
| Payment Initiated: | 02/23/2018 |
| Vendor Number: | 334502 |
| Jones Day ID: | 011101 |
| Total Amount: | 5,511.15 |
| Currency: | USD |

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-175495 | 02/17/2018 | 2,219.90 |
| M-175498 | 02/17/2018 | 1,996.25 |
| M-175499 | 02/17/2018 | 1,295.00 |
| Total | | 5,511.15 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                    EPIQ COURT REPORTING

Payment Initiated:     03/12/2018
Vendor Number:        334502
Jones Day ID:             011101
Total Amount:             8,004.30
Currency:                     USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-179232 | 02/28/2018 | 1,505.00 |
| M-179248 | 02/28/2018 | 1,970.75 |
| M-179249 | 02/28/2018 | 1,235.00 |
| M-179254 | 02/28/2018 | 2,011.05 |
| M-179255 | 02/28/2018 | 1,282.50 |
| Total | | 8,004.30 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

**epiq**

**Phone:    770-390-2700**

| | |
|---|---|
| Jones Day | **Invoice #:** M-175498 |
| 901 Lakeside Avenue East | **Invoice Date:** 02/17/18 |
| Suite 2 | **Our Order #:** MP-159698-01 |
| Cleveland, OH  44114-1190 | **Customer #:** 101029 |

Attn:  SAM WALLING

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 01/23/18 | | | | |
| . | | | | |
| Deponent: Peter Collins | | | | |
| Production & Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition (Expert) Transcript - Copy | 341 | PAGE | $3.50 | $1,193.50 |
| Interactive Realtime | 295 | EACH | $1.25 | $368.75 |
| Rough ASCII | 295 | EACH | $1.20 | $354.00 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |

|  |  |
|---|---|
| **Subtotal:** | **$1,996.25** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,996.25** |

**Depo Location:**    250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:

**Document Technologies, LLC
DBA Epiq Court Reporting
PO Box 936158
Atlanta, GA 31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE
ABA Routing #:** ■■■0248
**Beneficiary Account #:** ■■■6904
**Beneficiary Name: Epiq**

# epiq

**INVOICE**

Page    1

**Phone:**    **770-390-2700**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-175499 |
| **Invoice Date:** | 02/17/18 |
| **Our Order #:** | MP-159698-02 |
| **Customer #:** | 101029 |

Attn:  SAM WALLING

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 01/23/18 | | | | |
| . | | | | |
| Deponent: Peter Collins | | | | |
|   Tape Stock - DV Cam | 4 | EACH | $20.00 | $80.00 |
|   Video Hourly | 9 | HOUR | $135.00 | $1,215.00 |

| | |
|---|---|
| **Subtotal:** | **$1,295.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,295.00** |

**Depo Location:**   250 Vesey Street
34th floor
New York, NY  10281

Thank You. Your Business is appreciated.

REMIT TO:

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:**      0248
**Beneficiary Account #:**      6904
**Beneficiary Name: Epiq**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              EPIQ COURT REPORTING

Payment Initiated:      02/23/2018
Vendor Number:         334502
Jones Day ID:            011101
Total Amount:           5,511.15
Currency:                USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-175495 | 02/17/2018 | 2,219.90 |
| M-175498 | 02/17/2018 | 1,996.25 |
| M-175499 | 02/17/2018 | 1,295.00 |
| Total | | 5,511.15 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 2/26/2018
**INVOICE #** 013118-704744
**JOB #** 136741

**Bill To:**   Nancy Adamczyk
              Jones Day
              North Point
              901 Lakeside Avenue
              Cleveland, OH 44114-1190

**CASE:**      Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Nicolas Valaperta (30B6: TBD)
**DATE:**      1/31/2018
**LOCATION:**  Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 148 | $3.45 | $510.60 |
| Certified Transcript - Daily Delivery | 148 | $3.45 | $510.60 |
| Local Real-time Transcription (2) | 296 | $1.50 | $444.00 |
| Rough Transcript | 148 | $1.50 | $222.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 555 | $0.20 | $111.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 30 | $2.50 | $75.00 |
| Exhibits - OCR Processing | 555 | $0.30 | $166.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | | |
|---|---|---|---|
| | | SUBTOTAL | $2,039.70 |
| | | SHIPPING & HANDLING | $65.00 |
| | | TOTAL | $2,104.70 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 2/26/2018
**INVOICE #** 013118-704745
**JOB #** 136741

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**  Nicolas Valaperta (30B6: TBD)
**DATE:**       1/31/2018
**LOCATION:**  Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $420.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                TSG REPORTING, INC.

Payment Initiated:      04/04/2018
Vendor Number:        253931
Jones Day ID:            011101
Total Amount:            5,524.55
Currency:                  USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|----------------|--------------|-------------|
| 013118-704744 | 02/26/2018 | 2,104.70 |
| 013118-704745 | 02/26/2018 | 420.00 |
| 020218-704748 | 02/28/2018 | 2,674.85 |
| 020218-704749 | 02/28/2018 | 325.00 |
| Total | | 5,524.55 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 4/25/2018
**INVOICE #** 020118-621095
**JOB #** 136743

**Bill To:**  Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**       Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Susan Franklin (30B6: Bank of America)
**DATE:**       2/1/2018
**LOCATION:**  Columbus, OH

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 309 | $3.45 | $1,066.05 |
| Certified Transcript - Evening Pages | 39 | $1.25 | $48.75 |
| Local Real-time Transcription | 309 | $1.75 | $540.75 |
| Rough Transcript | 309 | $1.75 | $540.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 270 | $0.20 | $54.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 266 | $2.50 | $665.00 |
| Exhibits - OCR Processing | 270 | $0.30 | $81.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,996.30 |
| | | SHIPPING & HANDLING | $65.00 |
| | | TOTAL | $3,061.30 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 4/25/2018
**INVOICE #** 020118-621096
**JOB #** 136743

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**   Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Susan Franklin (30B6: Bank of America)
**DATE:**   2/1/2018
**LOCATION:**   Columbus, OH

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 5 | $95.00 | $475.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $475.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $515.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:               TSG REPORTING, INC.

Payment Initiated:     05/09/2018
Vendor Number:         253931
Jones Day ID:            011101
Total Amount:           6,369.70
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|----------------|--------------|-------------|
| 020118-621095 | 04/25/2018 | 3,061.30 |
| 020118-621096 | 04/25/2018 | 515.00 |
| 020218-621100 | 04/25/2018 | 2,373.40 |
| 020218-621101 | 04/25/2018 | 420.00 |
| Total | | 6,369.70 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



# INVOICE

**DATE:** 4/25/2018
**INVOICE #** 020218-621100
**JOB #** 136747

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**   Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Susan Franklin cont w/ pg ?
**DATE:**   2/2/2018
**LOCATION:**   Columbus, OH

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 192 | $3.45 | $662.40 |
| Certified Transcript - Early AM Pages | 16 | $1.25 | $20.00 |
| Local Real-time Transcription (2) | 384 | $1.75 | $672.00 |
| Rough Transcript | 192 | $1.75 | $336.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 706 | $0.20 | $141.20 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 112 | $2.50 | $280.00 |
| Exhibits - OCR Processing | 706 | $0.30 | $211.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,323.40 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $2,373.40 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 4/25/2018
**INVOICE #** 020218-621101
**JOB #** 136747

**Bill To:**  Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:** Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:** Susan Franklin cont w/ pg ?
**DATE:** 2/2/2018
**LOCATION:** Columbus, OH

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $380.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $420.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:               TSG REPORTING, INC.

Payment Initiated:    05/09/2018
Vendor Number:       253931
Jones Day ID:           011101
Total Amount:          6,369.70
Currency:                USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|----------------|--------------|-------------|
| 020118-621095  | 04/25/2018   | 3,061.30    |
| 020118-621096  | 04/25/2018   | 515.00      |
| 020218-621100  | 04/25/2018   | 2,373.40    |
| 020218-621101  | 04/25/2018   | 420.00      |
| Total          |              | 6,369.70    |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 2/28/2018
**INVOICE #** 020218-704748
**JOB #** 136744

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

| | |
|---|---|
| **CASE:** | Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA |
| **WITNESS:** | Eve Kaplan cont w/ pg 301 (30B6: U.S. Bank) cont w/ pg ? |
| **DATE:** | 2/2/2018 |
| **LOCATION:** | Boston, MA |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 198 | $3.45 | $683.10 |
| Certified Transcript - Early AM Pages | 49 | $1.25 | $61.25 |
| Local Real-time Transcription | 198 | $1.75 | $346.50 |
| Rough Transcript | 198 | $1.50 | $297.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - B&W | 736 | $0.20 | $147.20 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 305 | $2.50 | $762.50 |
| Exhibits - OCR Processing | 1041 | $0.30 | $312.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,609.85 |
| | | SHIPPING & HANDLING | $65.00 |
| | | **TOTAL** | $2,674.85 |

Please mail all payments to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 2/28/2018
**INVOICE #** 020218-704749
**JOB #** 136744

**Bill To:**   Nancy Adamczyk
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

**CASE:**   Phoenix Light SF Limited, et al. v. U.S. Bank National Association and Bank of America, NA
**WITNESS:**   Eve Kaplan cont w/ pg 301 (30B6: U.S. Bank) cont w/ pg ?
**DATE:**   2/2/2018
**LOCATION:**   Boston, MA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | SUBTOTAL | | $285.00 |
| | SHIPPING & HANDLING | | $40.00 |
| | **TOTAL** | | $325.00 |

Please mail all payments to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                TSG REPORTING, INC.

Payment Initiated:     04/04/2018
Vendor Number:        253931
Jones Day ID:             011101
Total Amount:            5,524.55
Currency:                   USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 013118-704744 | 02/26/2018 | 2,104.70 |
| 013118-704745 | 02/26/2018 | 420.00 |
| 020218-704748 | 02/28/2018 | 2,674.85 |
| 020218-704749 | 02/28/2018 | 325.00 |
| Total | | 5,524.55 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                                1                                11:56:23 AM

# epiq

**INVOICE**
Page    1

|  | **Phone:** | **770-390-2700** |
|---|---|---|

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

Attn:  SAM WALLING

| | |
|---|---|
| **Invoice #:** | M-179248 |
| **Invoice Date:** | 02/28/18 |
| **Our Order #:** | MP-162041-01 |
| **Customer #:** | 101029 |

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 02/08/18 | | | | |
| . | | | | |
| Deponent: Thomas Donovan | | | | |
| Production & Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition (Technical) Transcript - Original | 310 | PAGE | $3.65 | $1,131.50 |
| Deposition Appearance Fee - Regular - Full Day | 1 | HOUR | $90.00 | $90.00 |
| Interactive Realtime | 265 | EACH | $1.25 | $331.25 |
| Rough ASCII | 265 | EACH | $1.20 | $318.00 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

| | | |
|---|---|---|
| **Subtotal:** | **$1,970.75** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,970.75** |

**Depo Location:**    1251 Avenue of the Americas
New York, NY  10020

Thank You. Your Business is appreciated.

**REMIT TO:**

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:** ■■0248
**Beneficiary Account #:** ■■■6904
**Beneficiary Name: Epiq**

# epIQ

**INVOICE**

Page    1

**Phone:**   **770-390-2700**

| | |
|---|---|
| Jones Day | **Invoice #:**   M-179249 |
| 901 Lakeside Avenue East | **Invoice Date:**   02/28/18 |
| Suite 2 | **Our Order #:**   MP-162041-02 |
| Cleveland, OH  44114-1190 | **Customer #:**   101029 |

Attn:  SAM WALLING

Terms: NET 30 DAY

**Case No: 14-10116**

|  | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 02/08/18 | | | | |
| . | | | | |
| Deponent: Thomas Donovan | | | | |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Tape Stock - DV Cam | 7 | EACH | $20.00 | $140.00 |
| Video Hourly | 8 | HOUR | $135.00 | $1,080.00 |

| | |
|---|---|
| **Subtotal:** | **$1,235.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,235.00** |

**Depo Location:**     1251 Avenue of the Americas
New York, NY  10020

Thank You. Your Business is appreciated.

**REMIT TO:**

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:**         0248
**Beneficiary Account #:**         6904
**Beneficiary Name: Epiq**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              EPIQ COURT REPORTING

Payment Initiated:        03/12/2018
Vendor Number:            334502
Jones Day ID:             011101
Total Amount:             8,004.30
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-179232 | 02/28/2018 | 1,505.00 |
| M-179248 | 02/28/2018 | 1,970.75 |
| M-179249 | 02/28/2018 | 1,235.00 |
| M-179254 | 02/28/2018 | 2,011.05 |
| M-179255 | 02/28/2018 | 1,282.50 |
| Total | | 8,004.30 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

**INVOICE**
Page     1

# epiq

**Phone:**    **770-390-2700**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-179254 |
| **Invoice Date:** | 02/28/18 |
| **Our Order #:** | MP-162044-01 |
| **Customer #:** | 101029 |

Attn:  SAM WALLING

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 02/09/18 | | | | |
| . | | | | |
| Deponent: Harin De Silva | | | | |
| Deposition Transcript - Original | 315 | PAGE | $3.65 | $1,149.75 |
| Production & Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition Appearance Fee - Regular - Full Day | 1 | HOUR | $90.00 | $90.00 |
| Interactive Realtime | 274 | EACH | $1.25 | $342.50 |
| Rough ASCII | 274 | EACH | $1.20 | $328.80 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | **$2,011.05** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$2,011.05** |

**Depo Location:**    1251 Avenue of the Americas
New York, NY  10020

Thank You. Your Business is appreciated.

**REMIT TO:**

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:** ████0248
**Beneficiary Account #:** ███6904
**Beneficiary Name: Epiq**

# epiq

**INVOICE**

Page    1

| | |
|---|---|
| | **Phone:**    **770-390-2700** |

| | | |
|---|---|---|
| Jones Day | **Invoice #:** | M-179255 |
| 901 Lakeside Avenue East | **Invoice Date:** | 02/28/18 |
| Suite 2 | **Our Order #:** | MP-162044-02 |
| Cleveland, OH  44114-1190 | **Customer #:** | 101029 |

Attn:  SAM WALLING

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 02/09/18 | | | | |
| . | | | | |
| Deponent: Harin De Silva | | | | |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Tape Stock - DV Cam | 6 | EACH | $20.00 | $120.00 |
| Video Hourly | 8.5 | HOUR | $135.00 | $1,147.50 |

| | | |
|---|---|---|
| | **Subtotal:** | **$1,282.50** |
| | **Sales Tax** | **$0.00** |
| | **Total Invoice USD** | **$1,282.50** |

**Depo Location:**    1251 Avenue of the Americas
New York, NY  10020

Thank You. Your Business is appreciated.

**REMIT TO:**

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:**    0248
**Beneficiary Account #:**    6904
**Beneficiary Name: Epiq**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:             EPIQ COURT REPORTING

Payment Initiated:    03/12/2018
Vendor Number:       334502
Jones Day ID:           011101
Total Amount:          8,004.30
Currency:                USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|----------------|--------------|-------------|
| M-179232 | 02/28/2018 | 1,505.00 |
| M-179248 | 02/28/2018 | 1,970.75 |
| M-179249 | 02/28/2018 | 1,235.00 |
| M-179254 | 02/28/2018 | 2,011.05 |
| M-179255 | 02/28/2018 | 1,282.50 |
| Total | | 8,004.30 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

# epiq

**Phone:**   **770-390-2700**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-190429 |
| **Invoice Date:** | 04/30/18 |
| **Our Order #:** | MP-167304-01 |
| **Customer #:** | 101029 |

Attn:  JOSEPH VAN ASTEN

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 03/30/18 | | | | |
| . | | | | |
| Deponent: David Gault | | | | |
|   Production, Handling & Delivery | 1 | EACH | $35.00 | $35.00 |
| Rough ASCII | 173 | EACH | $1.20 | $207.60 |
| Interactive Realtime | 173 | EACH | $1.25 | $216.25 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| Deposition (Technical) Transcript - Copy | 210 | PAGE | $3.25 | $682.50 |

| | |
|---|---|
| **Subtotal:** | **$1,206.35** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,206.35** |

**Depo Location:**   9040 Towncenter Parkway
Bradenton, FL  34202

Thank You. Your Business is appreciated.

---

**REMIT TO:**

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:** ████0248
**Beneficiary Account #:** ████6904
**Beneficiary Name: Epiq**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

# epiQ

**INVOICE**

Page   1

**Phone:**   **770-390-2700**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-190431 |
| **Invoice Date:** | 04/30/18 |
| **Our Order #:** | MP-167304-03 |
| **Customer #:** | 101029 |

Attn:  NANCY ADAMCZYK

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 03/30/18 | | | | |
| . | | | | |
| Deponent: David Gault | | | | |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Video Hourly | 6 | HOUR | $135.00 | $810.00 |
| Tape Stock - DV Cam | 3 | EACH | $20.00 | $60.00 |
| | | | **Subtotal:** | **$885.00** |
| | | | **Sales Tax** | **$0.00** |
| | | | **Total Invoice USD** | **$885.00** |

**Depo Location:**       9040 Towncenter Parkway
                        Bradenton, FL  34202

Thank You. Your Business is appreciated.

REMIT TO:                                              PLEASE PAY FROM THIS INVOICE
Document Technologies, LLC                                    ABA Routing #: ███ 0248
DBA Epiq Court Reporting                             Beneficiary Account #: ███ 6904
PO Box 936158                                              Beneficiary Name: Epiq
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                EPIQ COURT REPORTING

Payment Initiated:       05/11/2018
Vendor Number:          334502
Jones Day ID:             011101
Total Amount:             8,918.80
Currency:                   USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-190218 | 04/30/2018 | 920.85 |
| M-190219 | 04/30/2018 | 615.00 |
| M-190429 | 04/30/2018 | 1,206.35 |
| M-190431 | 04/30/2018 | 885.00 |
| M-190433 | 04/30/2018 | 1,187.65 |
| M-190434 | 04/30/2018 | 750.00 |
| M-190441 | 04/30/2018 | 962.30 |
| M-190443 | 04/30/2018 | 424.00 |
| M-190450 | 04/30/2018 | 1,082.65 |
| M-190451 | 04/30/2018 | 885.00 |
| Total | | 8,918.80 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                                    1                                    10:17:34 AM

# epiq

**INVOICE**

Page 1

**Phone:** **770-390-2700**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH 44114-1190

| | |
|---|---|
| **Invoice #:** | M-190450 |
| **Invoice Date:** | 04/30/18 |
| **Our Order #:** | MP-169672-01 |
| **Customer #:** | 101029 |

Attn: ALBERT ROTA

Terms: NET 30 DAY

**Case No: 14-10116**

Phoenix Light v. U.S. Bank and Bank of America
Job Date: 04/05/18
.
Deponent: Alex Cigolle

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Production, Handling & Delivery | 1 | EACH | $35.00 | $35.00 |
| Rough ASCII | 157 | EACH | $1.20 | $188.40 |
| Interactive Realtime | 157 | EACH | $1.25 | $196.25 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| Deposition (Technical) Transcript - Copy | 184 | PAGE | $3.25 | $598.00 |

| | |
|---|---|
| **Subtotal:** | **$1,082.65** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,082.65** |

**Depo Location:**  1701 Market Street
Philadelphia, PA 19103

Thank You. Your Business is appreciated.

---

**REMIT TO:**

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:** ████0248
**Beneficiary Account #:** ████6904
**Beneficiary Name: Epiq**

# epiq

**INVOICE**

Page 1

**Phone:** **770-390-2700**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH 44114-1190

Attn: NANCY ADAMCZYK

| | |
|---|---|
| **Invoice #:** | M-190451 |
| **Invoice Date:** | 04/30/18 |
| **Our Order #:** | MP-169672-02 |
| **Customer #:** | 101029 |

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 04/05/18 | | | | |
| . | | | | |
| Deponent: Alex Cigolle | | | | |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Video Hourly | 6 | HOUR | $135.00 | $810.00 |
| Tape Stock - DV Cam | 3 | EACH | $20.00 | $60.00 |

| | |
|---|---|
| **Subtotal:** | **$885.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$885.00** |

**Depo Location:** 1701 Market Street
Philadelphia, PA 19103

Thank You. Your Business is appreciated.

**REMIT TO:**
**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:** ██████0248
**Beneficiary Account #:** ██████6904
**Beneficiary Name: Epiq**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                EPIQ COURT REPORTING

Payment Initiated:    05/11/2018
Vendor Number:        334502
Jones Day ID:            011101
Total Amount:            8,918.80
Currency:                    USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-190218 | 04/30/2018 | 920.85 |
| M-190219 | 04/30/2018 | 615.00 |
| M-190429 | 04/30/2018 | 1,206.35 |
| M-190431 | 04/30/2018 | 885.00 |
| M-190433 | 04/30/2018 | 1,187.65 |
| M-190434 | 04/30/2018 | 750.00 |
| M-190441 | 04/30/2018 | 962.30 |
| M-190443 | 04/30/2018 | 424.00 |
| M-190450 | 04/30/2018 | 1,082.65 |
| M-190451 | 04/30/2018 | 885.00 |
| Total | | 8,918.80 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                                    1                                    10:17:34 AM

# epiq

**INVOICE**

Page    1

|  |  |
|---|---|
| **Phone:** | **770-390-2700** |

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-190441 |
| **Invoice Date:** | 04/30/18 |
| **Our Order #:** | MP-169635-01 |
| **Customer #:** | 101029 |

Attn:  JOSEPH VAN ASTEN

Terms: NET 30 DAY

**Case No: 14-10116**

Phoenix Light v. U.S. Bank and Bank of America
Job Date: 04/05/18
.

Deponent: Munish Sood

| Description | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Production, Handling & Delivery | 1 | EACH | $35.00 | $35.00 |
| Rough ASCII | 127 | EACH | $1.20 | $152.40 |
| Interactive Realtime | 127 | EACH | $1.25 | $158.75 |
| Deposition (Technical) Transcript - Original | 151 | PAGE | $3.65 | $551.15 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |

| | |
|---|---|
| **Subtotal:** | **$962.30** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$962.30** |

**Depo Location:**    301 Carnegie Center
Suite 400
Princeton, NJ  08543-5276

Thank You. Your Business is appreciated.

**REMIT TO:**

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:**        0248
**Beneficiary Account #:**        6904
**Beneficiary Name: Epiq**

# epiq

**INVOICE**

Page 1

**Phone:** **770-390-2700**

Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515

| | |
|---|---|
| **Invoice #:** | M-190443 |
| **Invoice Date:** | 04/30/18 |
| **Our Order #:** | MP-169635-02 |
| **Customer #:** | 105868 |

Attn: JOSEPH VAN ASTEN

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 04/05/18 | | | | |
| . | | | | |
| Deponent: Munish Sood | | | | |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Video Hourly | 3 | HOUR | $135.00 | $405.00 |
| Tape Stock - DV Cam | 2 | EACH | $2.00 | $4.00 |

| | |
|---|---|
| **Subtotal:** | **$424.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$424.00** |

**Depo Location:**   301 Carnegie Center
Suite 400
Princeton, NJ 08543-5276

Thank You. Your Business is appreciated.

**REMIT TO:**
**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:** ████0248
**Beneficiary Account #:** ████6904
**Beneficiary Name: Epiq**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              EPIQ COURT REPORTING

Payment Initiated:    05/11/2018
Vendor Number:        334502
Jones Day ID:            011101
Total Amount:           8,918.80
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|----------------|--------------|-------------|
| M-190218 | 04/30/2018 | 920.85 |
| M-190219 | 04/30/2018 | 615.00 |
| M-190429 | 04/30/2018 | 1,206.35 |
| M-190431 | 04/30/2018 | 885.00 |
| M-190433 | 04/30/2018 | 1,187.65 |
| M-190434 | 04/30/2018 | 750.00 |
| M-190441 | 04/30/2018 | 962.30 |
| M-190443 | 04/30/2018 | 424.00 |
| M-190450 | 04/30/2018 | 1,082.65 |
| M-190451 | 04/30/2018 | 885.00 |
| Total | | 8,918.80 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

Dec 3, 2021                                    1                                    10:17:34 AM

# epiq

**INVOICE**

Page    1

Phone:    **770-390-2700**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

**Invoice #:**  M-190433
**Invoice Date:**  04/30/18
**Our Order #:**  MP-167949-02
**Customer #:**  101029

Attn:  MICHAEL MARCUCCI

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 04/06/18 | | | | |
| . | | | | |
| Deponent: Diane Westerback | | | | |
| Deposition (Technical) Transcript - Original | 176 | PAGE | $3.65 | $642.40 |
| Production, Handling & Delivery | 1 | EACH | $35.00 | $35.00 |
| Deposition Appearance Fee - Regular - Full Day | 1 | HOUR | $90.00 | $90.00 |
| Interactive Realtime with Laptop | 145 | EACH | $1.25 | $181.25 |
| Rough ASCII | 145 | EACH | $1.20 | $174.00 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

**Subtotal:**    $1,187.65
**Sales Tax**    $0.00
**Total Invoice USD**    $1,187.65

**Depo Location:**    250 Vesey Street
New York, NY  10281

Thank You. Your Business is appreciated.

**REMIT TO:**

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:** ███0248
**Beneficiary Account #:** ██████6904
**Beneficiary Name: Epiq**

# epiq

**INVOICE**

Page    1

**Phone:** **770-390-2700**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-190434 |
| **Invoice Date:** | 04/30/18 |
| **Our Order #:** | MP-167949-03 |
| **Customer #:** | 101029 |

Attn:  MICHAEL MARCUCCI

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 04/06/18 | | | | |
| . | | | | |
| Deponent: Diane Westerback | | | | |
| Delivery - Video | 1 | EACH | $35.00 | $35.00 |
| Tape Stock - DV Cam | 2 | EACH | $20.00 | $40.00 |
| Video Hourly | 5 | HOUR | $135.00 | $675.00 |

| | |
|---|---|
| **Subtotal:** | **$750.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$750.00** |

**Depo Location:**      250 Vesey Street
New York, NY  10281

Thank You. Your Business is appreciated.

---

**REMIT TO:**                                                          **PLEASE PAY FROM THIS INVOICE**
**Document Technologies, LLC**                         ABA Routing #: ████0248
**DBA Epiq Court Reporting**                         Beneficiary Account #: ████6904
**PO Box 936158**                                                   Beneficiary Name: Epiq
**Atlanta, GA 31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              EPIQ COURT REPORTING

Payment Initiated:    05/11/2018
Vendor Number:       334502
Jones Day ID:           011101
Total Amount:          8,918.80
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-190218 | 04/30/2018 | 920.85 |
| M-190219 | 04/30/2018 | 615.00 |
| M-190429 | 04/30/2018 | 1,206.35 |
| M-190431 | 04/30/2018 | 885.00 |
| M-190433 | 04/30/2018 | 1,187.65 |
| M-190434 | 04/30/2018 | 750.00 |
| M-190441 | 04/30/2018 | 962.30 |
| M-190443 | 04/30/2018 | 424.00 |
| M-190450 | 04/30/2018 | 1,082.65 |
| M-190451 | 04/30/2018 | 885.00 |
| Total | | 8,918.80 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

# epiq

**INVOICE**

Page    1

**Phone:**    **770-390-2700**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-190218 |
| **Invoice Date:** | 04/30/18 |
| **Our Order #:** | MP-169675-01 |
| **Customer #:** | 101029 |

Attn:  ALBERT ROTA

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 04/06/18 | | | | |
| . | | | | |
| Deponent: Tyler Wynn | | | | |
| Deposition (Technical) Transcript - Original | 143 | PAGE | $3.65 | $521.95 |
| Processing & Handling | 1 | EACH | $35.00 | $35.00 |
| Interactive Realtime | 122 | EACH | $1.25 | $152.50 |
| Rough ASCII | 122 | EACH | $1.20 | $146.40 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | **$920.85** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$920.85** |

**Depo Location:**    1701 Market Street
Philadelphia, PA  19103

Thank You. Your Business is appreciated.

REMIT TO:

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

PLEASE PAY FROM THIS INVOICE
ABA Routing #: ████0248
Beneficiary Account #: ████6904
Beneficiary Name: Epiq

# epiq

**INVOICE**

Page     1

**Phone:**     **770-390-2700**

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

Attn:  NANCY ADAMCZYK

| | |
|---|---|
| **Invoice #:** | M-190219 |
| **Invoice Date:** | 04/30/18 |
| **Our Order #:** | MP-169675-02 |
| **Customer #:** | 101029 |

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| Job Date: 04/06/18 | | | | |
| . | | | | |
| Deponent: Tyler Wynn | | | | |
| Delivery - Video | 1 | EACH | $35.00 | $35.00 |
| Tape Stock - DV Cam | 2 | EACH | $20.00 | $40.00 |
| Video Hourly | 4 | HOUR | $135.00 | $540.00 |

| | |
|---|---|
| **Subtotal:** | **$615.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$615.00** |

**Depo Location:**     1701 Market Street
Philadelphia, PA  19103

Thank You. Your Business is appreciated.

**REMIT TO:**

**Document Technologies, LLC**
**DBA Epiq Court Reporting**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #:** █████0248
**Beneficiary Account #:** ████████6904
**Beneficiary Name: Epiq**

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:          EPIQ COURT REPORTING

Payment Initiated:    05/11/2018
Vendor Number:        334502
Jones Day ID:         011101
Total Amount:         8,918.80
Currency:             USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-190218 | 04/30/2018 | 920.85 |
| M-190219 | 04/30/2018 | 615.00 |
| M-190429 | 04/30/2018 | 1,206.35 |
| M-190431 | 04/30/2018 | 885.00 |
| M-190433 | 04/30/2018 | 1,187.65 |
| M-190434 | 04/30/2018 | 750.00 |
| M-190441 | 04/30/2018 | 962.30 |
| M-190443 | 04/30/2018 | 424.00 |
| M-190450 | 04/30/2018 | 1,082.65 |
| M-190451 | 04/30/2018 | 885.00 |
| Total | | 8,918.80 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

# epiq

**INVOICE**

Page    1

**Email:** customerinquiry@epiqglobal.com

| | |
|---|---|
| Jones Day | **Invoice #:** M-195730 |
| 901 Lakeside Avenue East | **Invoice Date:** 05/31/18 |
| Suite 2 | **Our Order #:** MP-171158-01 |
| Cleveland, OH  44114-1190 | **Customer #:** 101029 |

Attn:  SHERLI FURST

Terms: NET 30 DAY

**Case No: 14-10116**

Phoenix Light v. U.S. Bank and Bank of America

Job Date: 05/04/18
Deponent: Michael McLoughlin

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Deposition Transcript - Original | 226 | PAGE | $3.65 | $824.90 |
| Delivery - Transcript | 1 | EACH | $35.00 | $35.00 |
| Deposition Appearance Fee - Regular - Full Day | 1 | HOUR | $90.00 | $90.00 |
| Interactive Realtime | 195 | EACH | $1.25 | $243.75 |
| Rough ASCII | 195 | EACH | $1.20 | $234.00 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | **$1,492.65** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,492.65** |

**Depo Location:**     399 Park Avenue
Suite 3600
New York, NY  10022

Thank You. Your Business is appreciated.

**REMIT TO:**                                          **PLEASE PAY FROM THIS INVOICE**

**Epiq Court Reporting**                        ABA Routing #: ███0248
**P.O. Box 936158**                              Beneficiary Account #: ███6904
**Atlanta, GA  31193-6158**                  Beneficiary Name: Epiq

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI                          Tax ID: 20-2665382

**epiq**

**INVOICE**

Page    1

**Email:**    customerinquiry@epiqglobal.com

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-195733 |
| **Invoice Date:** | 05/31/18 |
| **Our Order #:** | MP-171158-02 |
| **Customer #:** | 101029 |

Attn:  SHERLI FURST

Terms: NET 30 DAY

Case No: 14-10116

Phoenix Light v. U.S. Bank and Bank of America

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 05/04/18 | | | | |
| Deponent: Michael McLoughlin | | | | |
| Tape Stock - DV Cam | 5 | EACH | $20.00 | $100.00 |
| Video Hourly | 5 | HOUR | $135.00 | $675.00 |

| | |
|---|---|
| **Subtotal:** | **$775.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$775.00** |

**Depo Location:**     399 Park Avenue
Suite 3600
New York, NY  10022

Thank You. Your Business is appreciated.

REMIT TO:
**Epiq Court Reporting**
**P.O. Box 936158**
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: ▮▮▮▮0248
Beneficiary Account #: ▮▮▮▮6904
Beneficiary Name: Epiq

Tax ID: 20-2665382

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:            EPIQ COURT REPORTING

Payment Initiated:      06/11/2018
Vendor Number:          334502
Jones Day ID:           011101
Total Amount:           2,267.65
Currency:               USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|----------------|--------------|-------------|
| M-195730       | 05/31/2018   | 1,492.65    |
| M-195733       | 05/31/2018   | 775.00      |
| Total          |              | 2,267.65    |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

**INVOICE**

Page    1

**Email:**    customerinquiry@epiqglobal.com

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

Attn:  MICHAEL MARCUCCI

| | |
|---|---|
| **Invoice #:** | M-210820 |
| **Invoice Date:** | 08/27/18 |
| **Our Order #:** | MP-183437-02 |
| **Customer #:** | 101029 |

Terms: NET 30 DAY

**Case No: 14-10116**

Phoenix Light v. U.S. Bank and Bank of America

Job Date: 07/19/18
Deponent: Ivan Halpern

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Tape Stock - DV Cam | 1 | EACH | $20.00 | $20.00 |
| Video Hourly | 3 | HOUR | $135.00 | $405.00 |
| | | | **Subtotal:** | **$440.00** |
| | | | **Sales Tax** | **$0.00** |
| | | | **Total Invoice USD** | **$440.00** |

**Depo Location:**    250 Vesey Street
New York, NY  10281

Thank You. Your Business is appreciated.

---

**REMIT TO:**

**Epiq Court Reporting**
**P.O. Box 936158**
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**

ABA Routing #: ▇▇▇0248
Beneficiary Account #: ▇▇▇6904
Beneficiary Name: Epiq

Tax ID: 20-2665382

**INVOICE**

Page    1

**Email:**    customerinquiry@epiqglobal.com

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

Attn:  MICHAEL MARCUCCI

| | |
|---|---|
| **Invoice #:** | M-208970 |
| **Invoice Date:** | 08/15/18 |
| **Our Order #:** | MP-183437-01 |
| **Customer #:** | 101029 |

Terms: NET 30 DAY

**Case No: 14-10116**

Phoenix Light v. U.S. Bank and Bank of America

Job Date: 07/19/18
Deponent: Ivan Halpern

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Delivery - Transcript | 1 | EACH | $35.00 | $35.00 |
| Deposition (Technical/Expert) Transcript - Copy | 114 | PAGE | $3.65 | $416.10 |
| Deposition Appearance Fee - Regular - Half Day | 1 | HOUR | $45.00 | $45.00 |
| Interactive Realtime | 93 | EACH | $1.25 | $116.25 |
| Rough ASCII | 93 | EACH | $1.20 | $111.60 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | **$788.95** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$788.95** |

**Depo Location:**    250 Vesey Street
New York, NY  10281

Thank You. Your Business is appreciated.

---

**REMIT TO:**
**Epiq Court Reporting**
P.O. Box 936158
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 0248
Beneficiary Account #: 6904
Beneficiary Name: Epiq

Tax ID: 20-2665382

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:            EPIQ COURT REPORTING

Payment Initiated:      08/24/2018
Vendor Number:          271017
Jones Day ID:           011101
Total Amount:           788.95
Currency:               USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-208970 | 08/15/2018 | 788.95 |
| Total | | 788.95 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              EPIQ COURT REPORTING

Payment Initiated:        09/21/2018
Vendor Number:            271017
Jones Day ID:             011101
Total Amount:             440.00
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|----------------|--------------|-------------|
| M-210820       | 08/27/2018   | 440.00      |
| Total          |              | 440.00      |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

# epiq

**INVOICE**

Page    1

**Email:**    customerinquiry@epiqglobal.com

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

Attn:  NANCY ADAMCZYK

| | |
|---|---|
| **Invoice #:** | M-215513 |
| **Invoice Date:** | 09/24/18 |
| **Our Order #:** | MP-186537-01 |
| **Customer #:** | 101029 |

Terms: NET 30 DAY

**Case No: 14-10116**

Phoenix Light v. U.S. Bank and Bank of America

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 08/16/18 | | | | |
| Deponent: Angel Wong | | | | |
| Deposition (Technical/Expert) Transcript - Original | 189 | PAGE | $3.65 | $689.85 |
| Deposition Appearance Fee - Regular - Full Day | 1 | HOUR | $135.00 | $135.00 |
| Interactive Realtime | 165 | EACH | $1.25 | $206.25 |
| Rough ASCII | 165 | EACH | $1.20 | $198.00 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | $1,294.10 |
| **Sales Tax** | $0.00 |
| **Total Invoice USD** | $1,294.10 |

**Depo Location:**    399 Park Avenue
Suite 3600
New York, NY  10022

Thank You. Your Business is appreciated.

---

**REMIT TO:**
**Epiq Court Reporting**
**P.O. Box 936158**
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: ████0248
Beneficiary Account #: ████6904
Beneficiary Name: Epiq

Tax ID: 20-2665382

**INVOICE**

Page   1

**Email:**   customerinquiry@epiqglobal.com

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

Attn:  NANCY ADAMCZYK

| | |
|---|---|
| **Invoice #:** | M-215514 |
| **Invoice Date:** | 09/24/18 |
| **Our Order #:** | MP-186537-03 |
| **Customer #:** | 101029 |

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| | | | | |
| Job Date: 08/16/18 | | | | |
| Deponent: Angel Wong | | | | |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Tape Stock - DV Cam | 6 | EACH | $20.00 | $120.00 |
| Video Hourly | 6 | HOUR | $135.00 | $810.00 |

| | |
|---|---|
| **Subtotal:** | **$945.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$945.00** |

**Depo Location:**   399 Park Avenue
Suite 3600
New York, NY  10022

Thank You. Your Business is appreciated.

---

REMIT TO:

**Epiq Court Reporting**
**P.O. Box 936158**
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE

ABA Routing #: ████0248
Beneficiary Account #: ████6904
Beneficiary Name: Epiq

Tax ID: 20-2665382

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              EPIQ COURT REPORTING

Payment Initiated:    09/26/2018
Vendor Number:      271017
Jones Day ID:           011101
Total Amount:          3,824.00
Currency:                USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| M-215502 | 09/24/2018 | 909.90 |
| M-215503 | 09/24/2018 | 675.00 |
| M-215513 | 09/24/2018 | 1,294.10 |
| M-215514 | 09/24/2018 | 945.00 |
| Total | | 3,824.00 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

# epiq

**INVOICE**

Page    1

**Email:**    customerinquiry@epiqglobal.com

Jones Day
90 South 7th Street
Suite 4950
Minneapolis, MN  55402

| | |
|---|---|
| **Invoice #:** | M-215502 |
| **Invoice Date:** | 09/24/18 |
| **Our Order #:** | MP-185754-03 |
| **Customer #:** | 119834 |

Attn:  SAM WALLING

Terms: NET 30 DAY

**Case No: 14-10116**

Phoenix Light v. U.S. Bank and Bank of America

Job Date: 08/24/18
Deponent: William Cody

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Shipping and Handling | 1 | EACH | $35.00 | $35.00 |
| Deposition (Technical/Expert) Transcript - Copy | 146 | PAGE | $3.50 | $511.00 |
| Interactive Realtime with Laptop | 122 | EACH | $1.25 | $152.50 |
| Rough ASCII | 122 | EACH | $1.20 | $146.40 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | **$909.90** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$909.90** |

**Depo Location:**    Executive Room 4
598 Broad Hollow Road
Melville, NY  11747

Thank You. Your Business is appreciated.

---

**REMIT TO:**

**Epiq Court Reporting**
**P.O. Box 936158**
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**

ABA Routing #: ████0248
Beneficiary Account #: ████6904
Beneficiary Name: Epiq

Tax ID: 20-2665382

**INVOICE**

Page   1

**Email:**   customerinquiry@epiqglobal.com

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

Attn:  SAM WALLING

| | |
|---|---|
| **Invoice #:** | M-215503 |
| **Invoice Date:** | 09/24/18 |
| **Our Order #:** | MP-185754-04 |
| **Customer #:** | 101029 |

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| | | | | |
| Job Date: 08/24/18 | | | | |
| Deponent: William Cody | | | | |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Tape Stock - DV Cam | 6 | EACH | $20.00 | $120.00 |
| Video Hourly | 4 | HOUR | $135.00 | $540.00 |

| | |
|---|---|
| **Subtotal:** | **$675.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$675.00** |

**Depo Location:**   Executive Room 4
598 Broad Hollow Road
Melville, NY  11747

Thank You. Your Business is appreciated.

**REMIT TO:**
**Epiq Court Reporting**
P.O. Box 936158
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: ▮▮▮0248
Beneficiary Account #: ▮▮▮6904
Beneficiary Name: Epiq

Tax ID: 20-2665382

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:          EPIQ COURT REPORTING

Payment Initiated:     09/26/2018
Vendor Number:      271017
Jones Day ID:        011101
Total Amount:        3,824.00
Currency:           USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|----------------|--------------|-------------|
| M-215502 | 09/24/2018 | 909.90 |
| M-215503 | 09/24/2018 | 675.00 |
| M-215513 | 09/24/2018 | 1,294.10 |
| M-215514 | 09/24/2018 | 945.00 |
| Total | | 3,824.00 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

**INVOICE**

Page    1

**Email:**    customerinquiry@epiqglobal.com

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

| | |
|---|---|
| **Invoice #:** | M-219672 |
| **Invoice Date:** | 10/22/18 |
| **Our Order #:** | MP-192291-01 |
| **Customer #:** | 101029 |

Attn:  JOSEPH VAN ASTEN

Terms: NET 30 DAY

**Case No: 14-10116**

Phoenix Light v. U.S. Bank and Bank of America

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 09/18/18 | | | | |
| Deponent: Peter Collins | | | | |
| Administrative Fee - Court Reporting | 1 | EACH | $35.00 | $35.00 |
| Deposition (Technical/Expert) Transcript - Copy | 350 | PAGE | $3.25 | $1,137.50 |
| Interactive Realtime | 305 | EACH | $1.20 | $366.00 |
| Rough ASCII | 305 | EACH | $1.25 | $381.25 |
| Exhibit Scanning - OCR-PDF | 1 | PAGE | $45.00 | $45.00 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |

| | |
|---|---|
| **Subtotal:** | **$1,984.75** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,984.75** |

Thank You. Your Business is appreciated.

---

**REMIT TO:**

**Epiq Court Reporting**
**P.O. Box 936158**
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**

ABA Routing #: ████0248
Beneficiary Account #: ████6904
Beneficiary Name: Epiq

Tax ID: 20-2665382

**INVOICE**

Page    1

**Email:**    customerinquiry@epiqglobal.com

Jones Day
901 Lakeside Avenue East
Suite 2
Cleveland, OH  44114-1190

Attn:  JOSEPH VAN ASTEN

| | |
|---|---|
| **Invoice #:** | M-219673 |
| **Invoice Date:** | 10/22/18 |
| **Our Order #:** | MP-192291-02 |
| **Customer #:** | 101029 |

Terms: NET 30 DAY

**Case No: 14-10116**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Phoenix Light v. U.S. Bank and Bank of America | | | | |
| | | | | |
| Job Date: 09/18/18 | | | | |
| Deponent: Peter Collins | | | | |
| Delivery - Video | 1 | EACH | $35.00 | $35.00 |
| Tape Stock - DV Cam | 8 | EACH | $20.00 | $160.00 |
| Video Hourly | 9.5 | HOUR | $135.00 | $1,282.50 |

| | |
|---|---|
| **Subtotal:** | **$1,477.50** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,477.50** |

Thank You. Your Business is appreciated.

---

**REMIT TO:**

**Epiq Court Reporting**
P.O. Box 936158
**Atlanta, GA  31193-6158**

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**

ABA Routing #: ████0248
Beneficiary Account #: ████6904
Beneficiary Name: Epiq

Tax ID: 20-2665382

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:                EPIQ COURT REPORTING

Payment Initiated:    03/27/2019
Vendor Number:       271017
Jones Day ID:            011101
Total Amount:           3,462.25
Currency:                  USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|----------------|--------------|-------------|
| M-219672 | 10/22/2018 | 1,984.75 |
| M-219673 | 10/22/2018 | 1,477.50 |
| Total | | 3,462.25 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Nancy Adamczyk | | Invoice #: | CS3828410 |
|---|---|---|---|---|
| | Jones Day | | Invoice Date: | 7/24/2019 |
| | 901 Lakeside Avenue | | Balance Due: | $4,807.00 |
| | Cleveland , OH, | | | |

| Case: | Phoenix Light v. US Bank |
|---|---|
| Job #: | 3396553 | Job Date: 6/7/2019 | Delivery: Normal |
| Billing Atty: | Nancy Adamczyk |
| Location: | Jones Day |
| | 21 Tudor Street |
| | London, OTHER EC4Y 0DJ |
| Sched Atty: | Sam Walling | Jones Day |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Joachim Erhardt | Original with 1 Certified Transcript | Page | 124.00 | $5.75 | $713.00 |
| | Attendance Fee - Per Session | 1 | 1.00 | $275.00 | $275.00 |
| | Realtime Services | Page | 124.00 | $1.75 | $217.00 |
| | Rough Draft | Page | 124.00 | $1.75 | $217.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $20.00 | $20.00 |
| | Equipment Rental | 1 | 1.00 | $200.00 | $200.00 |
| Rob Dubitsky | Original with 1 Certified Transcript | Page | 172.00 | $5.75 | $989.00 |
| | Realtime Services | Page | 172.00 | $1.75 | $301.00 |
| | Rough Draft | Page | 172.00 | $1.75 | $301.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $20.00 | $20.00 |
| | Realtime Services | Page | 296.00 | $1.75 | $518.00 |
| | Realtime Services | Page | 296.00 | $1.75 | $518.00 |
| | Realtime Services | Page | 296.00 | $1.75 | $518.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $0.00 | $0.00 |

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42639

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS3828410 |
|---|---|
| Job #: | 3396553 |
| Invoice Date: | 7/24/2019 |
| Balance: | $4,807.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Notes: | Realtime Services : | Invoice Total: | $4,807.00 |
|---|---|---|---|
| | Sam Walling, Esq. | Payment: | $0.00 |
| | Victoria Banson, Esq. | Credit: | $0.00 |
| | witness: Rob Dubitsky | Interest: | $0.00 |
| | Examiner: Allan Dyer | Balance Due: | $4,807.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1 5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | **CS3828410** |
| Job #: | **3396553** |
| Invoice Date: | **7/24/2019** |
| Balance: | **$4,807.00** |

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Sam Walling | | Invoice #: | CS3834434 |
|---|---|---|---|---|
| | Jones Day | | Invoice Date: | 7/25/2019 |
| | 90 South Seventh Street | | Balance Due: | $2,017.99 |
| | Suite 4950 | | | |
| | Minneapolis, MN, 55402 | | | |

| Case: | Phoenix Light v. US Bank |
|---|---|
| Job #: | 3396553 | Job Date: 6/7/2019 | Delivery: Normal |
| Billing Atty: | Sam Walling |
| Location: | Jones Day |
| | 21 Tudor Street |
| | London, OTHER EC4Y 0DJ |
| Sched Atty: | Sam Walling | Jones Day |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Joachim Erhardt | Video - Extended Hours Surcharge | Hour | 0.50 | $187.50 | $93.75 |
| | Video Exhibits- Linked (LEF, PTZ, XMEF, SBF) | | 1.00 | $110.00 | $110.00 |
| | Video - Media and Cloud Services | Per disk | 4.00 | $42.00 | $168.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 4.00 | $0.00 | $0.00 |
| Rob Dubitsky | Video - Additional Hours | Hour | 7.50 | $135.00 | $1,012.50 |
| | Video Exhibits- Linked (LEF, PTZ, XMEF, SBF) | | 1.00 | $110.00 | $110.00 |
| | Video - Media and Cloud Services | Per disk | 3.00 | $42.00 | $126.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 3.00 | $0.00 | $0.00 |
| | Video - Initial Fee | 1 | 1.00 | $270.00 | $270.00 |
| | Expenses (Out of Pocket) | 1 | 1.00 | $92.74 | $92.74 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 | $35.00 |

| Notes: | Expensive out of pocket: | | Invoice Total: | $2,017.99 |
|---|---|---|---|---|
| | Taxis to and from location | | Payment: | $0.00 |
| | | | Credit: | $0.00 |
| | | | Interest: | $0.00 |
| | | | Balance Due: | $2,017.99 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1 5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS3834434 |
|---|---|
| Job #: | 3396553 |
| Invoice Date: | 7/25/2019 |
| Balance: | $2,017.99 |

42639

**Jones Day**
**Financial Services**
**Accounts Payable**

**Payment Remittance Advice**

Beneficiary:               VERITEXT

Payment Initiated:         07/30/2019
Vendor Number:             226597
Jones Day ID:              011101
Total Amount:              6,824.99
Currency:                  USD

**Remittance Detail**

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| CS3828410 | 07/24/2019 | 4,807.00 |
| CS3834434 | 07/25/2019 | 2,017.99 |
| Total | | 6,824.99 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | |
|---|---|
| **Bill To:** Nancy Adamczyk<br>Jones Day<br>901 Lakeside Avenue<br>Cleveland , OH. | **Invoice #:** CS3828410<br>**Invoice Date:** 7/24/2019<br>**Balance Due:** $4,807.00 |

| | |
|---|---|
| **Case:** | Phoenix Light v. US Bank |
| **Job #:** | 3396553 | Job Date: 6/7/2019 | Delivery: Normal |
| **Billing Atty:** | Nancy Adamczyk |
| **Location:** | Jones Day |
| | 21 Tudor Street<br>London, OTHER EC4Y 0DJ |
| **Sched Atty:** | Sam Walling | Jones Day |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 124.00 | $5.75 | $713.00 |
| | Attendance Fee - Per Session | 1 | 1.00 | $275.00 | $275.00 |
| Joachim Erhardt | Realtime Services | Page | 124.00 | $1.75 | $217.00 |
| | Rough Draft | Page | 124.00 | $1.75 | $217.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $20.00 | $20.00 |
| | Equipment Rental | 1 | 1.00 | $200.00 | $200.00 |
| | Original with 1 Certified Transcript | Page | 172.00 | $5.75 | $989.00 |
| Rob Dubitsky | Realtime Services | Page | 172.00 | $1.75 | $301.00 |
| | Rough Draft | Page | 172.00 | $1.75 | $301.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $20.00 | $20.00 |
| | Realtime Services | Page | 296.00 | $1.75 | $518.00 |
| | Realtime Services | Page | 296.00 | $1.75 | $518.00 |
| | Realtime Services | Page | 296.00 | $1.75 | $518.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $0.00 | $0.00 |

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42639

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CS3828410 |
| **Job #:** | 3396553 |
| **Invoice Date:** | 7/24/2019 |
| **Balance:** | $4,807.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Notes: | Realtime Services :<br>Sam Walling, Esq.<br>Victoria Banson, Esq.<br>witness: Rob Dubitsky<br>Examiner: Allan Dyer | Invoice Total: | $4,807.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $4,807.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1 5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42639

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | CS3828410 |
|---|---|
| Job #: | 3396553 |
| Invoice Date: | 7/24/2019 |
| Balance: | $4,807.00 |

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4098 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| Bill To: | Sam Walling | | | Invoice #: | CS3834434 |
|---|---|---|---|---|---|
| | Jones Day | | | Invoice Date: | 7/25/2019 |
| | 90 South Seventh Street | | | Balance Due: | $2,017.99 |
| | Suite 4950 | | | | |
| | Minneapolis, MN, 55402 | | | | |

| | |
|---|---|
| **Case:** | Phoenix Light v. US Bank |
| **Job #:** | 3396553 | Job Date: 6/7/2019 | Delivery: Normal |
| **Billing Atty:** | Sam Walling |
| **Location:** | Jones Day |
| | 21 Tudor Street |
| | London, OTHER EC4Y 0DJ |
| **Sched Atty:** | Sam Walling | Jones Day |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Video - Extended Hours Surcharge | Hour | 0.50 | $187.50 | $93.75 |
| | Video Exhibits- Linked (LEF, PTZ, XMEF, SBF) | | 1.00 | $110.00 | $110.00 |
| Joachim Erhardt | Video - Media and Cloud Services | Per disk | 4.00 | $42.00 | $168.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 4.00 | $0.00 | $0.00 |
| | Video - Additional Hours | Hour | 7.50 | $135.00 | $1,012.50 |
| | Video Exhibits- Linked (LEF, PTZ, XMEF, SBF) | | 1.00 | $110.00 | $110.00 |
| Rob Dubitsky | Video - Media and Cloud Services | Per disk | 3.00 | $42.00 | $126.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 3.00 | $0.00 | $0.00 |
| | Video - Initial Fee | 1 | 1.00 | $270.00 | $270.00 |
| | Expenses (Out of Pocket) | 1 | 1.00 | $92.74 | $92.74 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 | $35.00 |

| Notes: | Expensive out of pocket: | | Invoice Total: | $2,017.99 |
|---|---|---|---|---|
| | Taxis to and from location | | Payment: | $0.00 |
| | | | Credit: | $0.00 |
| | | | Interest: | $0.00 |
| | | | Balance Due: | $2,017.99 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CS3834434 |
|---|---|
| Job #: | 3396553 |
| Invoice Date: | 7/25/2019 |
| Balance: | $2,017.99 |

42639

**Jones Day**
**Financial Services**
**Accounts Payable**

### Payment Remittance Advice

Beneficiary:              VERITEXT

Payment Initiated:        07/30/2019
Vendor Number:            226597
Jones Day ID:             011101
Total Amount:             6,824.99
Currency:                 USD

### Remittance Detail

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| CS3828410 | 07/24/2019 | 4,807.00 |
| CS3834434 | 07/25/2019 | 2,017.99 |
| Total | | 6,824.99 |

This remittance advice is for informational purposes only.
Please confirm receipt of payment with your financial institution.

If you have any questions please contact us at APTeam@Jonesday.com