UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHOENIX LIGHT SF DAC., BLUE HERON FUNDING VI LTD., BLUE HERON FUNDING VII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LTD., C-BASS CBO XIV LTD., and C-BASS CBO XVII LTD.,

Plaintiffs,

-against-

U.S. BANK NATIONAL ASSOCIATION,

Defendant.

Case No. 14-cv-10116 (VSB) (DCF)

---

**NOTICE OF MOTION FOR REVIEW OF CLERK'S DECISION ON U.S. BANK NATIONAL ASSOCIATION'S BILL OF COSTS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Samuel L. Walling with exhibits annexed thereto, Defendant U.S. Bank National Association will move this Court before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Federal Rule of Civil Procedure 54(d)(1), for an order to increase the Bill of Costs entered by the Clerk against Plaintiffs in this action. ECF No. 451.

1

Dated:  February 2, 2022

Respectfully submitted,

/s/   Samuel L. Walling

JONES DAY
David F. Adler
Michael T. Marcucci
100 High Street, 21st Floor
Boston, Massachusetts  02110-1781
(617) 960-3939; (617) 449-6999 (fax)
dfadler@jonesday.com
mmarcucci@jonesday.com

Louis A. Chaiten (admitted *pro hac vice*)
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
(216) 586-3939; (216) 579-0212 (fax)
lachaiten@jonesday.com

Albert J. Rota
2727 N. Harwood Street, Suite 500
Dallas, TX 75201-1515
(214) 220-3939; (214) 969-5100 (Fax)
ajrota@jonesday.com

Samuel L. Walling
90 South Seventh Street, Suite 4950
Minneapolis, Minnesota  55402
(612) 217-8800; (844) 345-3178 (fax)
swalling@jonesday.com

*Attorneys for Defendant U.S. Bank National Association*