APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 9/5/2023

Given the parties' agreement, U.S. Bank is relieved of the obligation to submit a revised bill of costs. The Clerk of Court is respectfully directed to close this case.

JONES DAY

TE 4950 • MINNEAPOLIS, MINNESOTA 55402

2.217.8800 • JONESDAY.COM

Direct Number: 6122178871
swalling@jonesday.com

mber 1, 2023

VIA ECF

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

  Re: *Phoenix Light SF DAC, et al. v. U.S. Bank National Association*,
     Case No. 14-cv-10116

Dear Judge Broderick:

  The parties in the above-captioned case write jointly regarding the Court's Opinion & Order on U.S. Bank National Association's Motion for Review of Clerk's Decision on Taxation of Costs. [ECF No. 461]. The pending issue of taxation of costs is the last remaining issue in this case. Your Honor ordered U.S. Bank to submit to the Clerk a revised application to tax costs consistent with the Opinion & Order by October 4, 2023. [*Id.*]. Following Your Honor's instruction, and based on it, however, the parties reached an agreement to resolve the taxation of costs without the further involvement of the Clerk or the Court. In the interest of judicial economy, we request that Your Honor order the matter closed in recognition of the parties' agreement.

  The Clerk initially granted taxation of costs in favor of U.S. Bank against Plaintiffs in the amount of $5,193.50. [ECF No. 451]. U.S. Bank moved for review [ECF No. 452], and the Court granted in part and denied in part U.S. Bank's motion. [ECF No. 461]. U.S. Bank has calculated that its taxable costs, consistent with the Court's Opinion & Order, are $47,001.00.

  Counsel for U.S. Bank inquired with Plaintiffs' counsel whether Plaintiffs would agree to pay $47,000.00 without U.S. Bank submitting an updated Bill of Costs. Plaintiffs agreed. U.S. Bank has provided Plaintiffs with payment direction, and Plaintiffs will send such payment imminently. Accordingly, we request that the matter be ordered closed.

                   Very truly yours,

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Hon. Vernon S. Broderick
September 1, 2023
Page 2

| WOLLMUTH MAHER & DEUTSCH LLP | JONES DAY |
|---|---|
| By: /s/ *Steven S. Fitzgerald* | By: /s/ *Samuel L. Walling* |

WOLLMUTH MAHER & DEUTSCH LLP
David H. Wollmuth
Lyndon M. Tretter
Steven S. Fitzgerald
Roselind F. Hallinan
500 Fifth Avenue, 12th Floor
New York, NY 10110
(212) 382-3300; (212) 382-3300 (fax)
dwollmuth@wmd-law.com
ltretter@wmd-law.com
sfitzgerald@wmd-law.com
rhallinan@wmd-law.com

*Attorneys for Plaintiffs Phoenix Light SF DAC, et al.*

JONES DAY
David F. Adler
Louis A. Chaiten
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
(216) 586-3939; (216) 579-0212 (fax)
dfadler@jonesday.com
lachaiten@jonesday.com

JONES DAY
Michael T. Marcucci
100 High Street, 21st Floor
Boston, Massachusetts  02110-1781
(617) 960-3939; (617) 449-6999 (fax)
mmarcucci@jonesday.com

JONES DAY
Albert J. Rota
2727 North Harwood Street
Dallas, TX 75201
(214) 969-3939
ajrota@jonesday.com

JONES DAY
Samuel L. Walling
90 South Seventh Street, Suite 4950
Minneapolis, Minnesota  55402
(612) 217-8800; (844) 345-3178 (fax)
swalling@jonesday.com

*Attorneys for Defendant
U.S. Bank National Association*